IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ERIC ALBRITTON,<br>    PLAINTIFF.<br><br>v.<br><br>CISCO SYSTEMS, INC. AND<br>RICHARD FRENKEL,<br>    DEFENDANTS. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO.: _____<br><br>**JURY** |

## **DEFENDANT CISCO SYSTEMS, INC.'S REQUEST FOR JURY**

TO THE HONORABLE JUDGE OF SAID COURT:

Cisco Systems, Inc. ("Defendant") respectfully requests that all disputed issues of material fact be decided by a jury pursuant to Federal Rule of Civil Procedure 38.

                                          Respectfully submitted,

                                          JACKSON WALKER L.L.P.

                                By:  /s/ Charles L. Babcock
                                        Charles L. Babcock
                                        Federal Bar No.: 10982
                                        Crystal J. Parker
                                        Federal Bar No.: 621142
                                        1401 McKinney, Suite 1900
                                        Houston, Texas 77010
                                        (713) 752-4200
                                        (713) 752-4221 – Fax
                                        Email: cbabcock@jw.com

                                        ATTORNEY FOR DEFENDANT
                                        CISCO SYSTEMS, INC.

## CERTIFICATE OF SERVICE

This is to certify that on this 14th day of March, 2008, a true and correct copy of the foregoing document was served as indicated below:

**Via Hand Delivery**
James A. Holmes
605 South Main Street, Suite 203
Henderson, Texas 75654

**Via Certified Mail, Return Receipt Requested**
George L. McWilliams
406 Walnut
P.O. Box 58
Texarkana, Texas 75504-0058

/s/ Charles L. Babcock
Charles L. Babcock