# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS

NOTICE OF CASE ASSIGNMENT

Judge  M SCHNEIDER

CAUSE STYLE:                                   CAUSE NO:

ERIC ALBRITTON                                              6:08CV89
    V.
CISCO SYSTEMS ET AL

This is to advise you that the above cause has been filed/transferred and bears the above case number and style. All future instruments should be referred to by this number and filed with the appropriate divisional office of the Eastern District of Texas.

You are further advised that this case has been assigned to the above named judge.

Date:  March 14, 2008                          DAVID J. MALAND, CLERK