UAET (02-2008)



# Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

**CASE AND DEADLINE INFORMATION**

Civil Action No.: 6:08cv89

Name of party requesting extension: Richard Frenkel

Is this the first application for extension of time in this case?  ☑ Yes
☐ No

If no, please indicate which application this represents:  ☐ Second
☐ Third
☐ Other _____

Date of Service of Summons: Agrd 04/03/08

Number of days requested:  ☑ 30 days
☐ 15 days
☐ Other ____ days

New Deadline Date: 05/03/08   *(Required)*

**ATTORNEY FILING APPLICATION INFORMATION**

Albritton v. Cisco Systems, Inc. et al   Doc. 7

Full Name: George Louis McWilliams
State Bar No.: 00038777
Firm Name: Law Office of George L. McWilliams, P.C.
Address: 406 Walnut, P.O. Box 58
         Texarkana, AR-TX 75504-0058

Phone: 870-772-2055
Fax: 870-772-0513
Email: glmlawoffice@gmail.com

A certificate of conference does not need to be filed with this unopposed application.

Dockets.Justia.com