IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ERIC ALBRITTON | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | No. 6:08-CV-89 |
| | § | |
| CISCO SYSTEMS, INC. and | § | |
| RICHARD FRENKEL | § | |
| | § | |
| Defendants. | § | |

## PLAINTIFF'S NOTICE OF INITIAL DISCLOSURE

*TO THE HONORABLE UNITED STATES DISTRICT JUDGE:*

***COMES NOW, ERIC ALBRITTON***, Plaintiff in the above captioned and numbered cause, and would respectfully show unto the Court that he has made his Initial Disclosures in compliance with Rule 26 of the Federal Rules of Civil Procedure on this, the 2nd day of June 2008.

Respectfully submitted,

_____/s/_____
James A. Holmes (Attorney in Charge)
Texas Bar No. 00784290

***THE LAW OFFICE OF JAMES HOLMES, P.C.***

635 SOUTH MAIN, SUITE 203
HENDERSON, TX 75654
(903) 657-2800
(903) 657-2855 (fax)
jh@jamesholmeslaw.com



## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been forwarded to Charles Babcock, 1401 McKinney, Suite 1900, Houston, Texas 77010, attorney for Cisco Systems, Inc. and Mr. George McWilliams, attorney for Richard Frenkel, P.O. Box 58, Texarkana, Texas 75504-0058, via United States mail on this, the 2nd day of June 2008.

/s/
James A. Holmes