**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| ERIC ALBRITTON,<br>PLAINTIFF. | § <br> § <br> § | CIVIL ACTION NO.: 6:08-CV-89 |
| v. | § <br> § | **JURY TRIAL DEMANDED** |
| CISCO SYSTEMS, INC. AND<br>RICHARD FRENKEL,<br>DEFENDANTS. | § <br> § <br> § <br> § <br> § <br> § | |

## DEFENDANT CISCO SYSTEMS, INC. AND RICHARD FRENKEL'S NOTICE OF DISCLOSURE

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW, CISCO SYSTEMS, INC. AND RICHARD FRENKEL, Defendants in the above-captioned and numbered cause, and would respectfully show unto the Court that they have made their Initial Disclosures in compliance with Rule 26 of the Federal Rules of Civil Procedure on June 2, 2008.

DEFENDANT CISCO SYSTEMS, INC. AND RICHARD FRENKEL'S NOTICE OF DISCLOSURES – Page 1

Respectfully submitted,

JACKSON WALKER L.L.P.

By: _____
Charles L. Babcock
Federal Bar No.: 10982
Email: cbabcock@jw.com
Crystal J. Parker
Federal Bar No.: 621142
Email: cparker@jw.com
1401 McKinney
Suite 1900
Houston, Texas 77010
(713) 752-4200
(713) 752-4221 – Fax

ATTORNEYS FOR DEFENDANT
CISCO SYSTEMS, INC.


GEORGE MCWILLIAMS, P.C.

By: _____
George L. McWilliams
Texas Bar No: 13877000
GEORGE L. MCWILLIAMS, P.C.
406 Walnut
P.O. Box 58
Texarkana, Texas 75504-0058
(903) 277-0098
(870) 773-2967 - Fax
Email: glmlawoffice@gmail.com

ATTORNEY FOR DEFENDANT
RICHARD FRENKEL

# CERTIFICATE OF SERVICE

This is to certify that on this 3rd day of June, 2008, a true and correct copy of the foregoing was served upon:

George L. McWilliams
406 Walnut
P.O. Box 58
Texarkana, Texas 75504-0058
*Attorney for Defendant Richard Frenkel*

James A. Holmes
605 South Main Street, Suite 203
Henderson, Texas 75654
*Attorney for Plaintiff Eric Albritton*


Charles L. Babcock