# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS

## TYLER DIVISION

**DATE:** June 5, 2008

| | |
|---|---|
| **JUDGE**<br>**MICHAEL H. SCHNEIDER** | **COURT REPORTER:**     Jan Mason<br>**COURTROOM DEPUTY:** Linda Pritchard |

| | |
|---|---|
| ERIC ALBRITTON<br><br>**vs.**<br><br>CISCO SYSTEMS, ET AL | CAUSE NO:<br>6:08CV89 |

| ATTORNEY FOR PLAINTFF | ATTORNEY FOR DEFENDANT |
|---|---|
| JAMES HOLMES | CHARLES BABCOCK<br>CRYSTAL PARKER<br>GEORGE McWILLIAMS |

## <u>SCHEDULING CONFERENCE</u>

On this day, came the parties by their attorneys and the following proceedings were had:

**OPEN:**     1:35 P.M.            **ADJOURN:**     3:20 P.M.

| TIME: | MINUTES: |
|---|---|
| 1:35 pm | Case called. Mr. Holmes appeared on behalf of the plaintiff. Mr. Babcock, Ms. Parker and Mr. McWilliams appeared on behalf of the defendants. |
| 1:40 pm | Court discussed operative pleadings in the case. The Court requested all parties to refile pleadings in the federal court case. The plaintiff has until June 15th to refile complaint and defendant will have until June 25th to respond. |
| 1:46 pm | The Court addressed the issue of related pending lawsuits. Mr. Holmes responded. Mr. Babcock addressed a similar case filed by Johnny Ward. |
| 1:50 pm | The Court addressed allegations in the complaint regarding the Clerk of the Eastern District of Texas. Mr. Holmes responded. Mr. Babcock responded. |
| 1:57 pm | The Court addressed the issue of initial disclosures. Mr. Holmes responded. |
| 2:00 pm | Mr. Babcock addressed privilege issues. Mr. Holmes responded. |

| TIME: | MINUTES: |
|---|---|
| 2:03 pm | Mr. Holmes addressed issues in the case.  Mr. Babcock responded.  Mr. Holmes responded. |
| 2:15 pm | Mr. Holmes proposed 30 hours of depositions per side, in addition to the parties.  In addition, no individual deposition will exceed seven hours.  The Court will allow 25 interrogatories per side. |
| 2:18 pm | Mr. Holmes discussed previous settlement discussions.  Mr. Babcock responded.  Mr. McWilliams responded. |
| 2:22 pm | Recess taken. |
| 3:07 pm | Court reconvened. |
| 3:07 pm | Court will give deadline of September 1, 2008 to exchange privilege logs. |
| 3:09 pm | Court will change date of motions in limine to be due January 16th and objections to motion in limine filed on January 23rd.  Court will order parties to mediate within the next two weeks.  Court requests Judge Faulkner mediate the case.  All parties agreed.  Court orders parties to have someone present with authority to settle the case.  Mr. Holmes will contact Judge Faulkner regarding scheduling mediation.  The Court orders mediation to take place prior to July.  If Judge Faulkner is not available, the parties are to inform the Court. |
| 3:19 pm | Court signed Protective Order and it will be filed with the Clerk. |
| 3:20 pm | Court adjourned. |

**DAVID J. MALAND, CLERK**

BY: _____Linda Pritchard_____
Courtroom Deputy Clerk