# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **ERIC ALBRITTON** § | |
| § | |
| VS. § | **CIVIL ACTION NO. 6:08cv89** |
| § | |
| **CISCO SYSTEMS, INC. and** § | |
| **RICHARD FRENKEL** § | |

## SCHEDULING ORDER

In accordance with the parties' Rule 26(f) Scheduling Order and the Scheduling Conference held in this action on **June 5, 2008**, the Court enters this case specific order which controls disposition of this action pending further order of the Court. The following actions shall be completed by the date indicated.

## DEADLINES

| | |
|---|---|
| **June 15, 2008** | Plaintiff to file federal Complaint |
| **June 25, 2008** | Answer by defendant |
| **September 1, 2008** | Deadline to exchange privilege logs |
| **September 1, 2008** | Deadline to join additional parties. |
| **September 22, 2008** | Plaintiff's disclosure of expert testimony pursuant to Fed.R.Civ.P. 26(a)(2) and Local Rule CIV-26(b). Expert report due. |
| **October 24, 2008** | Defendant's disclosure of expert testimony pursuant to Fed. R. Civ. P. 26(a)(2) and Local Rule CV-26(b). Expert report due. |
| **October 20, 2008** | Deadline for amended pleadings. (A motion for leave to amend is not necessary before this deadline.) |
| **November 7, 2008** | Discovery deadline. |

1

| | |
|---|---|
| **December 1, 2008** | Plaintiff to Identify Trial Witnesses. |
| **December 8, 2008** | Defendant to Identify Trial Witnesses. |
| **November 21, 2008** | Deadline for filing dispositive motions and any other motions that might require a hearing. |
| **January 7, 2009** | Joint Pretrial Order and Proposed Jury Instructions/Form of Verdict (or Proposed Findings of Fact and Conclusions of Law). Counsel and unrepresented parties are each responsible for contacting opposing counsel and unrepresented parties to determine how they will prepare the Joint Final Pretrial Order (*See* Local Rule CV-16(b)) and Joint Proposed Jury Instructions and Verdict Form (or Proposed Findings of Fact and Conclusions of Law in nonjury cases). |
| **January 7, 2009** | Video Deposition Designation Due. Each party who proposes to offer a deposition by video shall file a disclosure identifying the line and page numbers to be offered. All other parties will have ten days to file a response requesting cross examination line and page numbers to be included. Any objections to testimony must be filed ten days prior to the Final Pretrial Conference. The party who filed the initial Video Deposition Designation is responsible for preparation of the final edited video in accordance with all parties designations and the court's rulings on objections. |
| **January 16, 2009** | Trial Exhibits due. |
| **January 23, 2009** | Objections to Trial Exhibits due. |
| **January 16, 2009** | Motions in limine due |
| **January 23, 2009** | Deadline to file objections to motions in limine |
| **February 2, 2009** | Pretrial Conference at 9:00 a.m.<br>Date for Jury Trial to be announced<br>at the Pretrial Conference.<br><br>Trial is anticipated to last 3-5 days. |

This Scheduling Order shall not be modified except by leave of Court upon showing of good cause, and shall be binding on all parties.

**SO ORDERED**.

**SIGNED this 5th day of June, 2008.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE