IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ERIC ALBRITTON § | |
| § | |
| v. § | CIVIL ACTION NO. 6:08-cv-89 |
| § | |
| CISCO SYSTEMS, INC., § | |
| RICHARD FRENKEL, MALLUN YEN, § | |
| and JOHN NOH § | |

## ORDER OF RECUSAL

TO ALL PARTIES AND COUNSEL OF RECORD:

The Court recuses itself from hearing this matter. The case is to be reassigned pursuant to the local rules.

**It is SO ORDERED.**

**SIGNED this 9th day of July, 2008.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE