# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **ERIC ALBRITTON**<br>　　**Plaintiff,**<br><br>vs.<br><br>**CISCO SYSTEMS, INC., RICHARD FRENKEL, MALLUN YEN, JOHN NOH**<br>　　**Defendants.** | **CASE NO. 6:08-CV-89** |

## ORDER OF RECUSAL

The undersigned judge hereby recuses himself with regard to the above-entitled and numbered civil action.

**So ORDERED and SIGNED this 10th day of July, 2008.**



_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**