

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ERIC ALBRITTON, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 6:08-CV-89 |
| | § | JURY |
| CISCO SYSTEMS, INC., RICHARD FRENKEL, | § | |
| MALLUM YEN and JOHN NOH, | § | |
| | § | |
| *Defendants.* | § | |

# ORDER OF REASSIGNMENT

Before the Court is the above captioned case. After removal on March 14, 2008 from state court to the Tyler Division of the Eastern District of Texas, this action was assigned to U.S. District Judge Michael H. Schneider. *See Notice of Removal* [Clerk's Docket No. 1]; *Notice of Case Assignment* [Clerk's Docket No. 3]. On July 7, 2008, Judge Schneider entered an *Order of Recusal* [Clerk's Docket No. 22], and the deputy clerk reassigned the case to U.S. District Judge Leonard Davis. Thereafter, Judge Davis also entered an *Order of Recusal* [Clerk's Docket No. 23].

As such, both judges assigned to the Tyler docket have recused. *See General Order 08-3 entered January 15, 2008.* Our local rules contemplate that "[i]n instances where each judge in a two-judge or a multi-judge division recuses himself or is disqualified, the action or matter systematically shall be reassigned and transferred in accordance with an order of the chief judge of the district to any judge in active service, in another division, who is not disqualified." LOCAL COURT RULE CV-63(b).

**IT IS THEREFORE ORDERED** that pursuant to LOCAL COURT RULE CV-63(b) this action is hereby **REASSIGNED** to U.S. District Judge Richard A. Schell.

SO ORDERED.

**SIGNED** this the **11** day of **July, 2008.**

_____
Thad Heartfield
United States District Judge