# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

| | | |
|---|---|---|
| ERIC ALBRITTON | § | |
| | § | |
| VS. | § | Case No. 6:08cv89 |
| | § | |
| CISCO SYSTEMS, INC. and | § | |
| RICHARD FRENKEL | § | |

## ORDER

This case is currently set for Final Pretrial Conference and Trial Scheduling on Monday, February 2, 2009 at 9:00 a.m. The court hereby **resets** this case for Final Pretrial Conference and Trial Scheduling on **Monday, February 2, 2009 at 1:30 p.m.**

This case shall be mediated by **December 1, 2008**. If the parties agree on a mediator, they shall so notify the court of the name, address, and telephone number of the attorney-mediator by **October 1, 2008**. Otherwise, the court will select a mediator.

IT IS SO ORDERED.

**SIGNED this the 25th day of July, 2008.**

_Richard A. Schell_
_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE