*IN THE UNITED STATES DISTRICT COURT*
*FOR THE EASTERN DISTRICT OF TEXAS*
*TYLER DIVISION*

| | |
|---|---|
| ERIC M. ALBRITTON, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | NO. 6:08-CV-00089 |
| § | |
| (1) CISCO SYSTEMS, INC., (2) RICHARD § | |
| FRENKEL, (3) MALLUN YEN and § | |
| (4) JOHN NOH, § | |
| § | |
| Defendants. § | |

### *PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME*

*TO THE HONORABLE UNITED STATES DISTRICT JUDGE:*

***COMES NOW, ERIC M. ALBRITTON***, Plaintiff in the above-captioned cause and files this, his Unopposed Motion for Extension of Time and, in support thereof, would respectfully show unto the Court as follows:

*I.*

Plaintiff filed his Motion Challenging the Designation of Certain Documents Labeled as Highly Confidential on July 7, 2008. Cisco filed its Response on July 18, 2008. Pursuant to the local rules, Plaintiff's Reply to Defendant's Response is due on Wednesday, July 31, 2008.

*II.*

Subject to the Court's approval, Plaintiff is requesting to extend the deadline for Plaintiff's Reply until Wednesday, August 6, 2008. The parties are attempting to reach an agreement that would eliminate the need for the Court to rule on Plaintiff's Motion. With an additional week to discuss the Motion, the parties may be in a position to present the Court an Agreed Order.

### III.

This extension is not sought for purposes of delay but only so that justice may be done.

***WHEREFORE, PREMISES CONSIDERED, ERIC M. ALBRITTON*** respectfully prays that his Unopposed Motion for Extension of Time be, in all respects, ***GRANTED.***

Respectfully submitted,

By: _____/s/_____
  James A. Holmes (attorney in charge)
  State Bar No. 00784290

***THE LAW OFFICE OF JAMES A. HOLMES, P.C.***

605 SOUTH MAIN STREET, SUITE 203
HENDERSON, TX 75654
(903) 657-2800
(903) 657-2855 (fax)
jh@jamesholmeslaw.com



## CERTIFICATE OF CONFERENCE

I hereby certify to the Court that Defendants are not opposed to the relief sought herein.

_____/s/_____
James A. Holmes

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of the foregoing Motion on all Counsel of Record via the electronic filing system for the Eastern District of Texas on this, the 30th day of July 2008.

_____/s/_____
James A. Holmes