*IN THE UNITED STATES DISTRICT COURT*
*FOR THE EASTERN DISTRICT OF TEXAS*
*TYLER DIVISION*

| | | |
|---|---|---|
| **ERIC M. ALBRITTON,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | |
| | § | **NO. 6:08-CV-00089** |
| **(1) CISCO SYSTEMS, INC., (2) RICHARD** | § | |
| **FRENKEL, (3) MALLUN YEN and** | § | |
| **(4) JOHN NOH,** | § | |
| | § | |
| **Defendants.** | § | |

### *PLAINTIFF'S NOTICE OF SUBPOENA*

*TO ALL PARTIES AND THEIR COUNSEL OF RECORD:*

*PLEASE TAKE NOTICE* that, pursuant to Rules 30 and 45, Fed. R. Civ. P., Plaintiff

will serve the attached Subpoena on the Custodian of Records for DENNIS CROUCH requesting

production of the documents and things described in Exhibit A on or before September 5, 2008,

at the offices of the undersigned Counsel of Record.

Respectfully submitted,

By:_____/s/_____
   James A. Holmes
   State Bar No. 00784290

**THE LAW OFFICE OF JAMES HOLMES, P.C.**

605 SOUTH MAIN, SUITE 203
HENDERSON, TEXAS 75654
(903) 657-2800
(903) 657-2855 (fax)
jh@jamesholmeslaw.com

*ATTORNEY FOR PLAINTIFF*



## *CERTIFICATE OF SERVICE*

I hereby certify that a true and correct copy of the foregoing Notice of Subpoena has been duly served on all parties via the electronic filing system of the Eastern District of Texas on this, the 5th day of August 2008.


_____/s/_____
James A. Holmes