*IN THE UNITED STATES DISTRICT COURT*
*FOR THE EASTERN DISTRICT OF TEXAS*
*TYLER DIVISION*

| | |
|---|---|
| ERIC M. ALBRITTON, § § Plaintiff, § § v. § § NO. 6:08-CV-00089 (1) CISCO SYSTEMS, INC., (2) RICHARD § FRENKEL, (3) MALLUN YEN and § (4) JOHN NOH, § § Defendants. § | |

### ORDER

Came on this day Plaintiff's Unopposed Motion for Extension of Time. The Court, after due consideration, find that the Motion is well-taken and should be, in all respects, **GRANTED**.

***IT IS, THEREFORE, ORDERED, ADJUDGED and DECREED*** that Plaintiff shall Reply to Cisco's Response to Plaintiff's Motion Challenging the Designation of Certain Documents Labeled as Highly Confidential on or before Wednesday, August 6, 2008.

~~SIGNED this 4 day of July 2008.~~

**SIGNED this the 4th day of August, 2008.**

*[signature: Richard A. Schell]*

RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE