IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ERIC M. ALBRITTON, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> (1) CISCO SYSTEMS, INC., (2) RICHARD § <br> FRENKEL, (3) MALLUN YEN and § <br> (4) JOHN NOH, § <br> § <br> Defendants. § | NO. 6:08-CV-00089 |

## PLAINTIFF'S NOTICE OF SUBPOENA

*TO ALL PARTIES AND THEIR COUNSEL OF RECORD:*

**PLEASE TAKE NOTICE** that, pursuant to Rules 30 and 45, Fed. R. Civ. P., Plaintiff will serve the attached Subpoena on the Custodian of Records for Google, Inc. ("Google") requesting production of the documents and things described in Exhibit A on or before September 5, 2008, at the offices of the undersigned Counsel of Record.

Respectfully submitted,

By: _____/s/_____
James A. Holmes
State Bar No. 00784290

*THE LAW OFFICE OF JAMES HOLMES, P.C.*

605 SOUTH MAIN, SUITE 203
HENDERSON, TEXAS 75654
(903) 657-2800
(903) 657-2855 (fax)
jh@jamesholmeslaw.com

*ATTORNEY FOR PLAINTIFF*



## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Subpoena has been duly served on all parties via the electronic filing system of the Eastern District of Texas on this, the 15th day of August 2008.

                                                  /s/
                                       James A. Holmes