### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

| | | |
|---|---|---|
| ERIC M. ALBRITTON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | NO. 6:08-CV-00089 |
| (1) CISCO SYSTEMS, INC., (2) RICHARD | § | |
| FRENKEL, (3) MALLUN YEN and | § | |
| (4) JOHN NOH, | § | |
| | § | |
| Defendants. | § | |

### *PLAINTIFF'S AGREED MOTION FOR EXTENSION*
### *OF THE DISCOVERY DEADLINE*

*TO THE HONORABLE UNITED STATES DISTRICT JUDGE:*

**COMES NOW**, **ERIC M. ALBRITTON**, Plaintiff in the above-captioned cause and files this, his Agreed Motion for Extension of the Discovery Deadline and, in support thereof, would respectfully show unto the Court as follows:

*I.*

The Court's current Scheduling Order requires that discovery in this case be completed by November 7, 2008. Subject to the Court's approval, the parties have agreed to extend discovery until November 20, 2008. This additional time is necessary to enable the parties to timely complete the depositions of various fact witnesses in Texas, Illinois and California. The trial date will not be affected.

**WHEREFORE, PREMISES CONSIDERED**, *ERIC M. ALBRITTON* respectfully prays that this Agreed Motion for Extension of the Discovery Deadline be, in all respects, ***GRANTED.***

Respectfully submitted,

By: _____/s/_____
  James A. Holmes (attorney in charge)
  State Bar No. 00784290

***THE LAW OFFICE OF JAMES A. HOLMES, P.C.***

605 SOUTH MAIN STREET, SUITE 203
HENDERSON, TX   75654
(903) 657-2800
(903) 657-2855 (fax)
jh@jamesholmeslaw.com



## CERTIFICATE OF CONFERENCE

I hereby certify to the Court that Defendants are not opposed to the relief sought herein.

_____/s/_____
James A. Holmes

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of the foregoing Motion on all Counsel of Record via the electronic filing system for the Eastern District of Texas on this, the 3rd day of October 2008.

_____/s/_____
James A. Holmes