IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ERIC ALBRITTON, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Case No. 6:08cv89 |
| § | |
| CISCO SYSTEMS, INC., § | |
| ET AL. § | |
| § | |
| Defendants. | |

## ORDER CONFIRMING APPOINTMENT OF MEDIATOR

The court has been informed that prior to the time this case was transferred from the Honorable Michael H. Schneider to the undersigned judge, Judge Schneider had appointed former U.S. Magistrate Judge Robert W. Faulkner as mediator in this case. The court was unaware of this appointment as there was no written order on the docket. The court hereby confirms the appointment of Judge Faulkner as the mediator in this case.

**SIGNED this the 7th day of October, 2008.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE