*IN THE UNITED STATES DISTRICT COURT*
*EASTERN DISTRICT OF TEXAS*
*TYLER DIVISION*

| | | |
|---|---|---|
| ERIC M. ALBRITTON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | NO.  6:08-CV-00089 |
| (1) CISCO SYSTEMS, INC., (2) RICHARD | § | |
| FRENKEL, (3) MALLUN YEN and | § | |
| (4) JOHN NOH, | § | |
| | § | |
| Defendants. | § | |

## *PLAINTIFF'S NOTICE OF FIRST SUPPLEMENTAL DISCLOSURE*

### *TO THE HONORABLE UNITED STATES DISTRICT JUDGE:*

*COMES NOW, ERIC ALBRITTON*, Plaintiff in the above captioned and numbered

cause, and would respectfully show unto the Court that he has made his First Supplemental

Disclosure on this, the 9th day of October 2008.

Respectfully submitted,


_____/s/_____
James A. Holmes (Attorney in Charge)
Texas Bar No. 00784290

***THE LAW OFFICE OF JAMES HOLMES, P.C.***

635 SOUTH MAIN, SUITE 203
HENDERSON, TX  75654
(903) 657-2800
(903) 657-2855 (fax)
jh@jamesholmeslaw.com



## *CERTIFICATE OF SERVICE*

I hereby certify that a true and correct copy of the foregoing has been forwarded to Charles Babcock, 1401 McKinney, Suite 1900, Houston, Texas 77010, attorney for Cisco Systems, Inc., Mallun Yen and John Noh and Mr. George McWilliams, attorney for Richard Frenkel, P.O. Box 58, Texarkana, Texas 75504-0058, via United States mail on this, the 9th day of October 2008.



___/s/_____
James A. Holmes