*IN THE UNITED STATES DISTRICT COURT*
*FOR THE EASTERN DISTRICT OF TEXAS*
*TYLER DIVISION*

| | |
|---|---|
| ERIC M. ALBRITTON, § § Plaintiff, § § v. § § (1) CISCO SYSTEMS, INC., (2) RICHARD § FRENKEL, (3) MALLUN YEN and § (4) JOHN NOH, § § Defendants. § | NO. 6:08-CV-00089 |

### *ORDER*

Came on this day Plaintiff's Agreed Motion for Extension of the Discovery Deadline. The Court, after due consideration, finds that the Motion [de #51] is well-taken and should be, in all respects, ***GRANTED***.

***IT IS, THEREFORE, ORDERED, ADJUDGED and DECREED*** that the parties shall complete all discovery in this case by November 20, 2008.

**SIGNED this the 12th day of October, 2008.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE