IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ERIC M. ALBRITTON, | § § § | |
| Plaintiff, | § § | |
| v. | § § | NO. 6:08-CV-00089 |
| (1) CISCO SYSTEMS, INC., (2) RICHARD FRENKEL, (3) MALLUN YEN and (4) JOHN NOH, | § § § § | |
| Defendants. | § § | |

## Certificate of Conference

Counsel for Cisco has complied with the meet and confer requirement in Local Rule CV-7(h) as of the date of filing Cisco System, Inc.'s Motion to Compel (the "Motion"). On August 26, 2008, Charles L. Babcock, attorney in charge for Cisco Systems, Inc., sent a letter to James Holmes, attorney in charge for Eric Albritton requesting the documents at issue in the Motion. On October 1, 2008, Charles L. Babcock, attorney in charge for Cisco Systems, Inc., and James Holmes, attorney in charge for Eric Albritton, spoke via telephone regarding the document requests. James Holmes advised that an agreement to produce the documents at issue could not be reached because it is Plaintiff's position that the requested documents are irrelevant. The parties have come to an impasse, leaving an open issue for the court to resolve.

/s/ Charles L. Babcock
Charles L. Babcock

Attorney in Charge for Cisco Systems, Inc.

## CERTIFICATE OF SERVICE

This is to certify that on this 22nd day of October, 2008, a true and correct copy of the foregoing was sent via electronic mail (ECF Filing) upon:

George L. McWilliams
406 Walnut
P.O. Box 58
Texarkana, Texas 75504-0058
*Attorney for Defendant Richard Frenkel*

James A. Holmes
605 South Main Street, Suite 203
Henderson, Texas 75654
*Attorney for Plaintiff Eric Albritton*

/s/ Charles L. Babcock
Charles L. Babcock

5325150v.1