IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ERIC ALBRITTON,<br>    PLAINTIFF.<br><br>v.<br><br>CISCO SYSTEMS, INC. AND<br>RICHARD FRENKEL,<br>    DEFENDANTS. | § § § § § § § § § § § | CIVIL ACTION NO.: 6:08-CV-89<br><br>**JURY TRIAL DEMANDED** |

## DEFENDANT CISCO SYSTEMS, INC. AND RICHARD FRENKEL'S NOTICE OF SUPPLEMENTAL DISCLOSURE

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW, CISCO SYSTEMS, INC. AND RICHARD FRENKEL, Defendants in the above-captioned and numbered cause, and would respectfully show the Court that they have made their Supplemental Disclosure of documents and an expert report, in compliance with Rule 26 of the Federal Rules of Civil Procedure and as directed by this Court.

Respectfully submitted,

JACKSON WALKER L.L.P.

By: /s/ Charles L. Babcock
    Charles L. Babcock
    Federal Bar No.: 10982
    Email: cbabcock@jw.com
    Crystal J. Parker
    Federal Bar No.: 621142
    Email: cparker@jw.com
    1401 McKinney
    Suite 1900
    Houston, Texas 77010
    (713) 752-4200
    (713) 752-4221 – Fax

ATTORNEYS FOR DEFENDANT
CISCO SYSTEMS, INC.


GEORGE MCWILLIAMS, P.C.

By: /s/ George L. McWilliams by permission by Charles Babcock
    George L. McWilliams
    Texas Bar No: 13877000
    GEORGE L. MCWILLIAMS, P.C.
    406 Walnut
    P.O. Box 58
    Texarkana, Texas 75504-0058
    (903) 277-0098
    (870) 773-2967—Fax
    Email: glmlawoffice@gmail.com

ATTORNEY FOR DEFENDANT
RICK FRENKEL

## CERTIFICATE OF SERVICE

This is to certify that on this 24th day of October, 2008, a true and correct copy of the foregoing was served upon:

George L. McWilliams
406 Walnut
P.O. Box 58
Texarkana, Texas 75504-0058
*Attorney for Defendant Richard Frenkel*

James A. Holmes
605 South Main Street, Suite 203
Henderson, Texas 75654
*Attorney for Plaintiff Eric Albritton*

/ Charles L. Babcock
Charles L. Babcock