IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ERIC M. ALBRITTON, | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| v. | § | No. 6:08cv00089 |
| | § | |
| CISCO SYSTEMS, INC. RICHARD | § | |
| FRENKEL, MAULLUN YEN and | § | |
| JOHN NOH, | § | |
| | § | |
| Defendant | § | |

## **NOTICE OF APPEARANCE**

COMES NOW Patricia L. Peden, of The Law Offices of Patricia L. Peden and hereby enters her appearance as attorney of record for Plaintiff Eric M. Albritton in the above styled and numbered cause.

                                            Respectfully Submitted,

By: *Patricia L. Peden*
Patricia L. Peden
California Bar No. 206440
Law Offices of Patricia L. Peden
5901 Christie Avenue
Suite 201
Emeryville, CA 94608
Phone: 510.268.8033
E-mail: ppeden@pedenlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this 27th day of October, 2008.

                                           */s/ Patricia L. Peden*
                                           Patricia L. Peden