### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

| | |
|---|---|
| ERIC M. ALBRITTON, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | |
| § | NO. 6:08-CV-00089 |
| (1) CISCO SYSTEMS, INC., (2) RICHARD § | |
| FRENKEL, (3) MALLUN YEN and § | |
| (4) JOHN NOH, § | |
| § | |
| Defendants. § | |

### *AGREED MOTION TO WITHDRAW PLAINTIFF'S MOTION CHALLENGING THE DESIGNATION OF CERTAIN DOCUMENTS LABELED "HIGHLY CONFIDENTIAL" PURSUANT TO THE PROTECTIVE ORDER OR, <u>IN THE ALTERNATIVE , TO MODIFY THE PROTECTIVE ORDER</u>*

### *TO THE HONORABLE UNITED STATES DISTRICT JUDGE:*

**COMES NOW**, **ERIC M. ALBRITTON**, Plaintiff in the above-captioned cause and files this, the Agreed Motion to Withdraw Plaintiff's Motion Challenging the Designation of Certain Documents Labeled "highly Confidential" Pursuant to the Protective Order or, in the Alternative, to Modify the Protective Order and, in support thereof, would respectfully show unto the Court as follows:

### *I.*

The parties have reached an agreement resolving the issues raised by Plaintiff's Motion Challenging the Designation of Certain Documents Labeled "Highly Confidential" Pursuant to the Protective Order or, in the Alternative, to Modify the Protective Order. Plaintiff moves the Court for and Order withdrawing the Motion.

**WHEREFORE, PREMISES CONSIDERED**, **ERIC M. ALBRITTON** respectfully prays that Plaintiff's Motion Challenging the Designation of Certain Documents Labeled "Highly Confidential" Pursuant to the Protective Order or, in the Alternative, to Modify the Protective Order, be withdrawn.

Respectfully submitted,

By: _____/s/_____
 James A. Holmes (attorney in charge)
 State Bar No. 00784290

***THE LAW OFFICE OF JAMES A. HOLMES, P.C.***

605 SOUTH MAIN STREET, SUITE 203
HENDERSON, TX   75654
(903) 657-2800
(903) 657-2855 (fax)
jh@jamesholmeslaw.com



## CERTIFICATE OF CONFERENCE

I hereby certify to the Court that I have discussed this agreement with the Defendants and they are in agreement to the relief sought herein.

_____/s/_____
James A. Holmes

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of the foregoing on all Counsel of Record via the electronic filing system for the Eastern District of Texas on this, the 28th day of October 2008.

_____/s/_____
James A. Holmes