IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ERIC ALBRITTON,<br>    PLAINTIFF. | § § § | CIVIL ACTION NO.: 6:08-CV-89 |
| v. | § § § | **JURY TRIAL DEMANDED** |
| CISCO SYSTEMS, INC. AND<br>RICHARD FRENKEL,<br>    DEFENDANTS. | § § § § § | |

**RESPONSE TO AGREED MOTION TO WITHDRAW PLAINTIFF'S MOTION CHALLENGING THE DESIGNATION OF CERTAIN DOCUMENTS LABELED "HIGHLY CONFIDENTIAL" PURSUANT TO THE PROTECTIVE ORDER OR, IN THE ALTERNATIVE, TO MODIFY THE PROTECTIVE ORDER**

TO THE HONORABLE COURT:

Cisco Systems, Inc. ("Cisco") and Rick Frenkel ("Frenkel") hereby file this response to Plaintiff's Motion to Withdraw with Prejudice Plaintiff's Motion Challenging the Designation of Certain Documents Labeled Highly Confidential Pursuant to the Protective Order (the "Motion").

The parties have reached an agreement that the documents at issue in the Motion, as well as other documents, will be treated as "Highly Confidential" pursuant to the Protective Order, and that Plaintiff would withdraw the Motion <u>with prejudice to refiling</u>. *See* Exhibit A.

Accordingly, defendants request that the Court enter an order that Plaintiff's Motion Challenging the Designation of Certain Documents Labeled "Highly Confidential" Pursuant to the Protective Order or, in the Alternative, to Modify the Protective Order be withdrawn <u>with prejudice to refiling</u> as agreed by the parties.

- 1 -

Respectfully submitted,

JACKSON WALKER L.L.P.

By: /s/ Charles L. Babcock
    Charles L. Babcock
    Federal Bar No.: 10982
    Email: cbabcock@jw.com
    Crystal J. Parker
    Federal Bar No.: 621142
    Email: cparker@jw.com
    1401 McKinney
    Suite 1900
    Houston, Texas 77010
    (713) 752-4200
    (713) 752-4221 – Fax

ATTORNEYS FOR DEFENDANT
CISCO SYSTEMS, INC.

GEORGE L. MCWILLIAMS, P.C.

By: /s/ George L. McWilliams by permission by Charles L. Babcock
    George L. McWilliams
    Arkansas Bar No: 68078
    GEORGE L. MCWILLIAMS, P.C.
    406 Walnut
    P.O. Box 58
    Texarkana, Texas 75504-0058
    (903) 277-0098
    (870) 773-2967—Fax
    Email: glmlawoffice@gmail.com

ATTORNEY FOR DEFENDANT
RICK FRENKEL

- 2 -

5331932v.1

## CERTIFICATE OF SERVICE

This is to certify that on this 29th day of October, 2008, a true and correct copy of the foregoing was served via electronic mail or ECF Filing System upon:

George L. McWilliams
406 Walnut
P.O. Box 58
Texarkana, Texas 75504-0058
*Attorney for Defendant Richard Frenkel*

James A. Holmes
605 South Main Street, Suite 203
Henderson, Texas 75654
*Attorney for Plaintiff Eric Albritton*

Patricia L. Peden
Law Offices of Patricia L. Peden
5901 Christie Avenue
Suite 201
Emeryville, CA 94608
*Attorney for Plaintiff Eric Albritton*

Nicholas H. Patton
Patton, Tidwell & Schroeder, LLP
4605 Texas Boulevard
P.O. Box 5398
Texarkana, Texas 75505-5398
*Attorney for Plaintiff Eric Albritton*

   /s/ Charles L. Babcock
Charles L. Babcock