IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ERIC M. ALBRITTON | § |
| | § |
| | § |
| v. | § |
| | § C. A. NO. 6:08-CV-00089 |
| CISCO SYSTEMS, INC., | § |
| RICK FRENKEL, MALLUN YEN & | § |
| JOHN NOH | § |

**ORDER WITHDRAWING PLAINTIFF'S MOTION CHALLENGING THE DESIGNATION OF CERTAIN DOCUMENTS LABELED HIGHLY CONFIDENTIAL PURSUANT TO THE PROTECTIVE ORDER AND CISCO SYSTEMS, INC.'S OR IN THE ALTERNATIVE, TO MODIFY THE PROTECTIVE ORDER WITH PREJUDICE**

Came on for consideration Plaintiff's Agreed Motion to Withdraw Plaintiff's Motion Challenging the Designation of Certain Documents Labeled Highly Confidential Pursuant to the Protective Order or in the Alternative, to Modify the Protective Order ("Motion") and Cisco Systems, Inc.'s and Richard Frenkel's response to the Motion ("Response"). The Court, having considered the Motion [de #72] and Response, GRANTS the motion and ORDERS as follows:

It is ORDERED that Plaintiff's Motion Challenging the Designation of Certain Documents Labeled Highly Confidential Pursuant to the Protective Order, or in the Alternative, to Modify the Protective Order [de #21] is hereby WITHDRAWN WITH PREJUDICE TO REFILING as agreed by the parties.

So ORDERED.

**SIGNED this the 3rd day of November, 2008.**

_Richard A. Schell_
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE