## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

| | | |
|---|---|---|
| ERIC M. ALBRITTON, | § | |
| | § | |
|    Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | NO. 6:08-CV-00089 |
| (1) CISCO SYSTEMS, INC., (2) RICHARD | § | |
| FRENKEL, (3) MALLUN YEN and | § | |
| (4) JOHN NOH, | § | |
| | § | |
|    Defendants. | § | |

### **PLAINTIFF'S NOTICE OF SECOND SUPPLEMENTAL DISCLOSURE**

*TO THE HONORABLE UNITED STATES DISTRICT JUDGE:*

    ***COMES NOW, ERIC ALBRITTON***, Plaintiff in the above captioned and numbered cause, and would respectfully show unto the Court that he has made his Second Supplemental Disclosure on the 11th day of November 2008.

    Respectfully submitted,

    */s/ Nicholas H. Patton*
    Nicholas H. Patton
    State Bar No. 63035
    Patton, Tidwell & Schroeder, LLP
    4605 Texas Boulevard
    Texarkana, Texas 75503
    903.792.7080 / 903.792.8233 (Fax)

    Patricia L. Peden
    LAW OFFICE OF PATRICIA L. PEDEN
    610 16th Street, Suite 400
    Oakland, California 94612
    Telephone: 510.268.8033

James A. Holmes
Texas Bar No. 00784290
THE LAW OFFICE OF JAMES HOLMES, P.C.
635 South Main, Suite 203
Henderson, Texas 75654
903.657.2800 / 903.657.2855 (Fax)

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

     I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this 12th day of November, 2008.

                                           */s/ Nicholas H. Patton*
                                           Nicholas H. Patton

## *CERTIFICATE OF SERVICE*

  I hereby certify that a true and correct copy of the foregoing has been forwarded to Charles Babcock, 1401 McKinney, Suite 1900, Houston, Texas 77010, attorney for Cisco Systems, Inc., Mallun Yen and John Noh and Mr. George McWilliams, attorney for Richard Frenkel, P.O. Box 58, Texarkana, Texas 75504-0058, via electronic mail on this, the 11th day of November 2008.

              */s/ Nicholas H. Patton*
              Nicholas H. Patton