## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| ERIC M. ALBRITTON, | § § § | |
| Plaintiff, | § § | |
| v. | § § § | NO. 6:08-CV-00089 |
| (1) CISCO SYSTEMS, INC., (2) RICHARD FRENKEL, (3) MALLUN YEN and (4) JOHN NOH, | § § § § § | |
| Defendants. | § | |

### *PLAINTIFF'S NOTICE ANSWERS AND OBJECTIONS TO CISCO SYSTEM, INC.'S FIRST SET OF INTERROGATORIES*

### *TO THE HONORABLE UNITED STATES DISTRICT JUDGE:*

***COMES NOW, ERIC ALBRITTON***, Plaintiff in the above captioned and numbered cause, and would respectfully show unto the Court that he has made his Answers and Objections to Cisco System, Inc's First Set of Interrogatories on this, the 17th day of November 2008.

Respectfully submitted,

_____/s/_____
James A. Holmes (Attorney in Charge)
Texas Bar No. 00784290

### *THE LAW OFFICE OF JAMES HOLMES, P.C.*

635 SOUTH MAIN, SUITE 203
HENDERSON, TX 75654
(903) 657-2800
(903) 657-2855 (fax)
jh@jamesholmeslaw.com



## *CERTIFICATE OF SERVICE*

I hereby certify that a true and correct copy of the foregoing has been forwarded to Charles Babcock, 1401 McKinney, Suite 1900, Houston, Texas 77010, attorney for Cisco Systems, Inc., Mallun Yen and John Noh and Mr. George McWilliams, attorney for Richard Frenkel, P.O. Box 58, Texarkana, Texas 75504-0058, via United States mail on this, the 17th day of November 2008.


James A. Holmes