IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ERIC ALBRITTON,<br>PLAINTIFF.<br><br>v.<br><br>(1)CISCO SYSTEMS, INC., (2) RICHARD FRENKEL, (3) MALLUN YEN and (4) JOHN NOH,<br><br>DEFENDANTS. | CIVIL ACTION NO.: 6:08-CV-89<br><br>**JURY TRIAL DEMANDED** |

**AGREED MOTION TO EXTEND THE DISCOVERY AND
DISPOSITIVE MOTION DEADLINES**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Plaintiff ERIC ALBRITTON and Defendants CISCO SYSTEMS, INC. AND RICHARD FRENKEL request the Court to modify two deadlines in the Court's Scheduling Order as follows: the Discovery cutoff from November 20, 2008 to November 24, 2008 for the sole purpose of taking the depositions of Kurt Pancrantz, Bart Showalter, Kevin Meek, Gillian Powell and Michael Smith; and the deadline for dispositive motions and any other motions that might require a hearing from November 21, 2008 to November 26, 2008.

The parties have been diligently working on completing discovery by the court imposed deadlines but because of these five non-party witnesses' schedules, were not able to complete them by the discovery deadline. The five witnesses have agreed to be deposed on November 24, 2008 and in the case of Mr. Smith has been subpoenaed for that date having been previously unable to respond to a subpoena on the date he was called to testify which was within the discovery cutoff.

Respectfully submitted,

PATTON, TIDWELL & SCHROEDER, L.L.P.

/s/ Nicholas H. Patton
By: by permission Charles L. Babcock
   Nicholas H. Patton
   Texas Bar No.: 15631000
   Email: nickpatton@texarkanalaw.com
   4605 Texas Blvd.
   P.O. Box 5398
   Texarkana, Texas 75505-5398
   (903) 792-7080
   (903) 792-8233 – Fax

ATTORNEYS FOR PLAINTIFF
ERIC ALBRITTON

JACKSON WALKER L.L.P.

By: /s/ Charles L. Babcock
   Charles L. Babcock
   Federal Bar No.: 10982
   Email: cbabcock@jw.com
   Crystal J. Parker
   Federal Bar No.: 621142
   Email: cparker@jw.com
   1401 McKinney
   Suite 1900
   Houston, Texas 77010
   (713) 752-4200
   (713) 752-4221 – Fax

ATTORNEYS FOR DEFENDANT
CISCO SYSTEMS, INC.

GEORGE MCWILLIAMS, P.C.

By: /s/ George L. McWilliams
by permission Charles L. Babcock
George L. McWilliams
Texas Bar No: 13877000
GEORGE L. MCWILLIAMS, P.C.
406 Walnut
P.O. Box 58
Texarkana, Texas 75504-0058
(903) 277-0098
(870) 773-2967—Fax
Email: glmlawoffice@gmail.com

ATTORNEY FOR DEFENDANT
RICK FRENKEL

## CERTIFICATE OF SERVICE

This is to certify that on this 18th day of November, 2008, a true and correct copy of the foregoing was served upon:

George L. McWilliams
406 Walnut
P.O. Box 58
Texarkana, Texas 75504-0058
*Attorney for Defendant Richard Frenkel*

James A. Holmes
605 South Main Street, Suite 203
Henderson, Texas 75654
*Attorney for Plaintiff Eric Albritton*

Patricia L. Peden
Law Offices of Patricia L. Peden
5901 Christie Avenue
Suite 201
Emeryville, CA 94608
*Attorney for Plaintiff Eric Albritton*

Nicholas H. Patton
Patton, Tidwell & Schroeder, LLP
4605 Texas Boulevard
P.O. Box 5398
Texarkana, Texas 75505-5398
*Attorney for Plaintiff Eric Albritton*

/s/ Charles L. Babcock
Charles L. Babcock