IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ERIC M. ALBRITTON | § § § | |
| v. | § § | C. A. NO. 6:08-CV-00089 |
| CISCO SYSTEMS, INC., RICK FRENKEL, MALLUN YEN & JOHN NOH | § § § | |

## CISCO SYSTEMS, INC.'S MOTION TO WITHDRAW WITHOUT PREJUDICE DOCKET #86– MOTION TO COMPEL COMPLIANCE WITH THE SUBPOENA ISSUED TO JOHN WARD, JR.

TO THE HONORABLE COURT:

Defendant Cisco Systems, Inc. ("Cisco") hereby files this Motion to Withdraw Without Prejudice Docket #86 - Motion to Compel Compliance with the Subpoena Issued to John Ward, Jr. ("Ward") (a non-party). Cisco's counsel mistakenly believed that the meet and confer process had run its course. Cisco reserves its right to refile the motion, and Ward's counsel has agreed not to object to a renewed motion as untimely, if Ward's document production is deemed by Cisco to be inadequate.

Cisco hereby requests that this motion to withdraw be granted.

5367789v.1

Respectfully submitted,

JACKSON WALKER L.L.P.

By: /s/ Charles L. Babcock
 Charles L. Babcock
 Federal Bar No.: 10982
 Email: cbabcock@jw.com
 Crystal J. Parker
 Federal Bar No.: 621142
 Email: cparker@jw.com
 1401 McKinney
 Suite 1900
 Houston, Texas 77010
 (713) 752-4200
 (713) 752-4221 – Fax

ATTORNEYS FOR DEFENDANT
CISCO SYSTEMS, INC.

## CERTIFICATE OF SERVICE

This is to certify that on this 25th day of November, 2008, a true and correct copy of the foregoing was served via electronic mail upon:

George L. McWilliams
406 Walnut
P.O. Box 58
Texarkana, Texas 75504-0058
*Attorney for Defendant Richard Frenkel*

Patricia L. Peden
Law Offices of Patricia L. Peden
5901 Christie Avenue
Suite 201
Emeryville, CA 94608
*Attorney for Plaintiff Eric Albritton*

James A. Holmes
605 South Main Street, Suite 203
Henderson, Texas 75654
*Attorney for Plaintiff Eric Albritton*

Nicholas H. Patton
Patton, Tidwell & Schroeder, LLP
4605 Texas Boulevard
P.O. Box 5398
Texarkana, Texas 75505-5398
*Attorney for John Ward, Jr.*

/s/ Charles L. Babcock
Charles L. Babcock