IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| ERIC M. ALBRITTON | § | |
| --- | --- | --- |
| | § | |
| v. | § | C. A. NO. 6:08-CV-00089 |
| | § | |
| CISCO SYSTEMS, INC., | § | |
| RICK FRENKEL, MALLUN YEN & | § | |
| JOHN NOH | § | |

## ORDER GRANTING CISCO SYSTEMS, INC.'S MOTION TO WITHDRAW WITHOUT PREJUDICE DOCKET #86 - MOTION TO COMPEL COMPLIANCE WITH SUBPOENA ISSUED TO JOHN WARD, JR.

Came on for consideration Cisco Systems, Inc.'s ("Cisco") Motion to Withdraw Without Prejudice Docket #86 - Motion to Compel Compliance with the Subpoena Issued to John Ward, Jr. ("Ward") in the above-referenced matter. The Court, having considered the Motion, GRANTS the Motion and ORDERS as follows:

It is ORDERED that Docket #86 is considered withdrawn without prejudice, but may be refiled as timely if Cisco believes that Ward's document production is inadequate.

SO ORDERED.

**SIGNED this the 25th day of November, 2008.**

*Richard A. Schell*
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE