IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| ERIC ALBRITTON, | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO.: 6:08-CV-89 |
| v. | § | |
| | § | |
| (1)CISCO SYSTEMS, INC., (2) RICHARD FRENKEL, (3) MALLUN YEN and (4) JOHN NOH, | § § § § | |
| Defendants. | § | |

## *ORDER*

Came on this day the Parties' Agreed Motion to Extend the Discovery and Dispositive Motions Deadlines. The Court, after due consideration, finds that the Motion is well-taken and should be in all respects, *GRANTED.*

*IT IS, THEREFORE, ORDERED, ADJUDGED and DECREED* that the discovery period (but not the time limits for hours of depositions) in this case shall be extended to November 24, 2008, for the sole purpose of completing the depositions of Kurt Pancratz, Bart Showalter, Kevin Meek, Gillian Powell and Michael Smith. It is further,

*ORDERED, ADJUDGED AND DECREED* that the deadline for the parties to file any dispositive motions and any other motions that might require a hearing shall be extended to November 26, 2008.

**SIGNED this the 25th day of November, 2008.**

_Richard A. Schell_
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE

AGREED:


/s/ Nicholas H. Patton
by permission Charles L. Babcock
Nicholas H. Patton
Attorney for Plaintiff Eric Albritton


/s/ Charles L. Babcock
Charles L. Babcock
Attorney for Defendant Cisco Systems, Inc.


/s/ George L. McWilliams
by permission Charles L. Babcock
George L. McWilliams
Attorney for Defendant Richard Frenkel