**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| ERIC M. ALBRITTON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | NO. 6:08-CV-00089 |
| (1) CISCO SYSTEMS, INC., (2) RICHARD | § | |
| FRENKEL, (3) MALLUN YEN and | § | |
| (4) JOHN NOH, | § | |
| | § | |
| Defendants. | § | |

## PLAINTIFF'S DESIGNATION OF TRIAL WITNESSES

Pursuant to the Scheduling Order (DE #14), Plaintiff hereby designates to Defendants the persons who may be called as witnesses at time of trial.

1. Eric Albritton
2. Marta Beckwith
3. Mark Chandler
4. Bart Showalter
5. Kurt Pankratz
6. Jillian Powell
7. Steve Schortgen
8. Kevin Meek
9. Michael Smith
10. Richard Frenkel
11. Mallun Yen
12. John Noh
13. T. John Ward, Jr.
14. David J. Maland
15. David Provines
16. Rhonda Lafitte
17. Peggy Thompson
18. Shelly Moore
19. Ms. Amie Mathis
20. Mr. Peter McAndrews
21. Elizabeth DeRieux
22. Robert M. Parker
23. Samuel Baxter
24. Danny Williams

25. Louis Brucculeri
26. Otis Carrol
27. John A. Albritton
28. Michelle L. Albritton
29. Scott E. Stevens
30. Faye Thompson
31. Rachel Wilson
32. Cynthia Parr
33. Doug Kubehl
34. Dr. Charles Silver

Plaintiff reserves the right to call any witness identified by Defendants.

Respectfully submitted,

*/s/ Nicholas H. Patton*
Nicholas H. Patton
State Bar No. 63035
Patton, Tidwell & Schroeder, LLP
4605 Texas Boulevard
Texarkana, Texas 75503
903.792.7080 / 903.792.8233 (Fax)

Patricia L. Peden
LAW OFFICE OF PATRICIA L. PEDEN
610 16th Street, Suite 400
Oakland, California 94612
Telephone: 510.268.8033

James A. Holmes
Texas Bar No. 00784290
THE LAW OFFICE OF JAMES HOLMES, P.C.
635 South Main, Suite 203
Henderson, Texas 75654
903.657.2800 / 903.657.2855 (Fax)

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this 1st day of December, 2008.

*/s/ Nicholas H. Patton*
Nicholas H. Patton