IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ERIC M. ALBRITTON, § § Plaintiff § § v. § No. 6:08cv00089 § CISCO SYSTEMS, INC. RICHARD § FRENKEL, MAULLUN YEN and § JOHN NOH, § § Defendant § | |

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND
TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

COMES NOW Plaintiff Eric M. Albritton and files this Unopposed Motion for Extension of Time to Respond to Defendants' Motion for Summary Judgment and would show unto the Court the following:

1.      Plaintiff was served with a copy of Defendants' Motion for Summary Judgment via electronic mail (without exhibits) on November 26, 2008 and was served with the complete filing via FedEx on December 1, 2008.

2.      Plaintiff respectfully requests the Court extend the date on which it must file its response to December 15, 2008.

3.      Counsel for Plaintiff has conferred with Defendants' counsel and there is no opposition to this Motion for Extension Time to File.

WHEREFORE, Plaintiff respectfully requests that this Court grant its Unopposed Motion for Extension of Time to Respond to Defendants' Motion for Summary Judgment.

Respectfully Submitted,

*/s/ Nicholas H. Patton*
Nicholas H. Patton (SBN 63035)
Patton, Tidwell & Schroeder, LLP
4605 Texas Boulevard
Texarkana, Texas 75503
903.792.7080 / 903.792.8233 (Fax)

Patricia L. Peden
LAW OFFICE OF PATRICIA L. PEDEN
610 16th Street, Suite 400
Oakland, California 94612
Telephone: 510-268-8033

ATTORNEYS FOR PLAINTIFF

# CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this 4th day of December, 2008.

*/s/ Nicholas H. Patton*
Nicholas H. Patton