IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ERIC M. ALBRITTON | § § § | |
| v. | § § | C. A. NO. 6:08-CV-00089 |
| CISCO SYSTEMS, INC., RICK FRENKEL, MALLUN YEN & JOHN NOH | § § § | |

**ORDER GRANTING CISCO SYSTEMS, INC.'S UNOPPOSED
MOTION TO UNSEAL DOCKET NUMBERS 97-102**

Came on for consideration Cisco Systems, Inc.'s Unopposed Motion to Unseal Docket Numbers 97-102 in the above-referenced matter. The Court, having considered the Motion, hereby ORDERS:

The motion is GRANTED for the reasons stated in the Motion.

It is hereby ORDERED that documents filed as Docket numbers 97-102 be unsealed.

SO ORDERED.

**SIGNED this the 5th day of December, 2008.**

_Richard A. Schell_
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE

5372047v.1