Albritton v. Cisco Systems, Inc. et al | Doc. 108

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ERIC M. ALBRITTON, | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| v. | § | No. 6:08cv00089 |
| | § | |
| CISCO SYSTEMS, INC. RICHARD FRENKEL, MAULLUN YEN and JOHN NOH, | § § § | |
| | § | |
| Defendant | § | |

## **O R D E R**

The Court, having considered Plaintiff's Unopposed Motion for Extension of Time to Respond to Defendants' Motion for Summary Judgment, concludes that the motion is well taken and therefore GRANTS the motion [de #106].

Accordingly, it is ORDERED, ADJUDGED and DECREED that Plaintiff is granted to and including December 15, 2008 to file its Response to Defendants' Motion for Summary Judgment. As a result of this postponement of the response, and consequently the court's ability to fully consider and resolve the Defendant's Motion for Summary Judgment, the final pretrial is hereby reset for March 2, 2009.

IT IS SO ORDERED.

**SIGNED this the 5th day of December, 2008.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE

Dockets.Justia.com