IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ERIC M. ALBRITTON | § | |
| | § | |
| | § | |
| v. | § | |
| | § | C. A. NO. 6:08-CV-00089 |
| CISCO SYSTEMS, INC., | § | |
| RICK FRENKEL, MALLUN YEN & | § | |
| JOHN NOH | § | |

## **DEFENDANTS' DESIGNATION OF TRIAL WITNESSES**

TO THE HONORABLE COURT:

Defendants Cisco Systems, Inc. ("Cisco"), Richard Frenkel ("Frenkel"), Mallun Yen[1] ("Yen") and John Noh[2] ("Noh"), hereby file this designation of trial witnesses in compliance with the Scheduling order:

1. Eric Albritton

2. Amie Mathis

3. Richard Frenkel

4. Michael Smith

5. Robert Parker

6. Samuel Baxter

7. Charles Herring

8. Mallun Yen

9. John Noh

---

[1] Subject to her Motion to Dismiss for Lack of Personal Jurisdiction, Docket #37.
[2] Subject to his Motion to Dismiss for Lack of Personal Jurisdiction, Docket #35.

10. Peter McAndrews

11. Rhonda Lafitte

12. David Maland

13. Shelly Moore

14. Cynthia Paar

15. David Provines

16. Faye Thompson

17. Peggy Thompson

18. Rachel Wilson

19. All individuals listed on the Plaintiff's Designation of Trial Witnesses

Respectfully submitted,

JACKSON WALKER L.L.P.

By: /s/ Charles L. Babcock
 Charles L. Babcock
 Federal Bar No.: 10982
 Email: cbabcock@jw.com
 Crystal J. Parker
 Federal Bar No.: 621142
 Email: cparker@jw.com
 1401 McKinney, Suite 1900
 Houston, Texas 77010
 (713) 752-4200
 (713) 752-4221 – Fax

ATTORNEYS FOR DEFENDANT
CISCO SYSTEMS, INC.

GEORGE MCWILLIAMS, P.C.

By: /s/ George L. McWilliams by permission by Charles L. Babcock
George L. McWilliams
Texas Bar No: 13877000
GEORGE L. MCWILLIAMS, P.C.
406 Walnut
P.O. Box 58
Texarkana, Texas 75504-0058
(903) 277-0098
(870) 773-2967—Fax
Email: glmlawoffice@gmail.com

ATTORNEY FOR DEFENDANT
RICK FRENKEL

## CERTIFICATE OF SERVICE

This is to certify that on this 8th day of December, 2008, a true and correct copy of the foregoing was served via electronic mail upon:

George L. McWilliams
406 Walnut
P.O. Box 58
Texarkana, Texas 75504-0058
*Attorney for Defendant Richard Frenkel*

James A. Holmes
605 South Main Street, Suite 203
Henderson, Texas 75654
*Attorney for Plaintiff Eric Albritton*

Patricia L. Peden
Law Offices of Patricia L. Peden
5901 Christie Avenue
Suite 201
Emeryville, CA 94608
*Attorney for Plaintiff Eric Albritton*

Nicholas H. Patton
Patton, Tidwell & Schroeder, LLP
4605 Texas Boulevard
P.O. Box 5398
Texarkana, Texas 75505-5398
*Attorney for Plaintiff Eric Albritton*

/s/ Charles L. Babcock
Charles L. Babcock