## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| **ERIC M. ALBRITTON,** § | |
| § | |
| **Plaintiff** § | |
| § | |
| v. § | No. 6:08cv00089 |
| § | |
| **CISCO SYSTEMS, INC. RICHARD** § | |
| **FRENKEL, MAULLUN YEN and** § | |
| **JOHN NOH,** § | |
| § | |
| **Defendants** § | |

### **O R D E R**

The Court, having reviewed Plaintiff's Unopposed Motion to Exceed Page Limit, finds the motion [de #113] is well taken and should be GRANTED.

IT IS THEREFORE ORDERED, ADJUGED, AND DECREED that Plaintiff is granted leave to file his Response to Defendant's Motion for Summary Judgment in excess of the page limit.

IT IS SO ORDERED.

SIGNED this the 17th day of December, 2008.

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE