## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| ERIC M. ALBRITTON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | NO. 6:08-CV-00089 |
| (1) CISCO SYSTEMS, INC., (2) RICHARD | § | |
| FRENKEL, (3) MALLUN YEN and | § | |
| (4) JOHN NOH, | § | |
| | § | |
| Defendants. | § | |

### PLAINTIFF'S CORRECTED DESIGNATION OF TRIAL WITNESSES

Pursuant to the Scheduling Order (DE #14), Plaintiff hereby designates to Defendants the persons who may be called as witnesses at time of trial.

Will Call

1. Eric Albritton
2. Michelle L. Albritton
3. Mr. Peter McAndrews
4. Ms. Amie Mathis
5. Samuel Baxter
6. T. John Ward, Jr.
7. David J. Maland

May Call

8. Shelly Moore
9. John A. Albritton
10. Marta Beckwith
11. Mark Chandler
12. Bart Showalter
13. Kurt Pankratz
14. Steve Schortgen
15. Kevin Meek
16. Michael Smith
17. Richard Frenkel
18. Mallun Yen

19. John Noh
20. David Provines
21. Rhonda Lafitte
22. Peggy Thompson
23. Jillian Powell
24. Elizabeth DeRieux
25. Robert M. Parker
26. Danny Williams
27. Louis Brucculeri
28. Otis Carrol
29. Scott E. Stevens
30. Faye Thompson
31. Rachel Wilson
32. Cynthia Parr
33. Doug Kubehl
34. Dr. Charles Silver

Plaintiff reserves the right to call any witness identified by Defendants.

Respectfully submitted,

*/s/ Nicholas H. Patton*
Nicholas H. Patton
State Bar No. 63035
Patton, Tidwell & Schroeder, LLP
4605 Texas Boulevard
Texarkana, Texas 75503
903.792.7080 / 903.792.8233 (Fax)

Patricia L. Peden
LAW OFFICE OF PATRICIA L. PEDEN
610 16th Street, Suite 400
Oakland, California 94612
Telephone: 510.268.8033

James A. Holmes
Texas Bar No. 00784290
THE LAW OFFICE OF JAMES HOLMES, P.C.
635 South Main, Suite 203
Henderson, Texas 75654
903.657.2800 / 903.657.2855 (Fax)

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this 23rd day of December, 2008.

*/s/ Nicholas H. Patton*
Nicholas H. Patton