IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| ERIC ALBRITTON, | § | |
|---|---|---|
| PLAINTIFF. | § | CIVIL ACTION NO.: 6:08-CV-89 |
| v. | § | **JURY TRIAL DEMANDED** |
| (1)CISCO SYSTEMS, INC., (2) RICHARD FRENKEL, (3) MALLUN YEN and (4) JOHN NOH, | § | |
| DEFENDANTS. | § | |

## DEFENDANTS' MOTION TO STRIKE PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGMENT

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Defendants CISCO SYSTEMS, INC., RICHARD FRENKEL, MALLUN YEN[1] AND JOHN NOH[2] request the Court to strike Plaintiff's untimely Cross-Motion for Summary Judgment filed on December 15, 2008 and in support of same would show the court as follows:

1. At the parties' request, this Court extended the dispositive motions deadline to November 26, 2008, the day before Thanksgiving. (Docket No. 95). Defendants served the Plaintiff with their Motion for Summary Judgment ("Motion") on November 26, 2008 before 5:00 p.m.

2. In response to Defendants' Motion, Plaintiff filed Plaintiff's Response to Defendants' Motion for Summary Judgment ("Response"), which was filed on December 15, 2008 and served on December 16, 2008 under the Local Rules. While the Response purports in its title to be only a "Response to Defendants' Motion for Summary Judgment," embedded in the

---

[1] Subject to her Motion to Dismiss.
[2] Subject to his Motion to Dismiss.

response is a "cross motion" that moves: (1) for a finding that Albritton is a private figure (Reponses p. 7 and 19); (2) for a finding that Frenkel's Oct. 17 and 18 posts are defamatory *per se* (Response p. 7); and (3) for a finding that Frenkel's statements are not rhetoric, hyperbole or opinion (Response p. 8) (referred to collectively as the "Cross Motion.")

3. The Court should strike Plaintiff's Cross Motion because (1) it is untimely; (2) Defendants did not move for summary judgment on whether the publication was defamatory and therefore, Plaintiff's request for a finding that the articles are defamatory *per se* is not a cross-motion; and (3) it does not comply with the requirements for a motion for summary judgment.

4. Plaintiff's Cross Motion should have been filed on or before November 26, 2008, the deadline for dispositive motions. All three points that Plaintiff has moved for summary judgment on have by the nature of the Plaintiff's claims been issues in this case since its inception. None of these issues were initially raised in Plaintiff's Motion. For these reasons alone, the Court should strike the Cross Motion.

5. Moreover, Defendants did not move for summary judgment on whether the publication was defamatory, and therefore Plaintiff's request for a finding that the articles are defamatory *per se* is not a cross-motion. As such, it should have been raised before the deadline for dispositive motions.

6. The Cross Motion also fails to comply with the formal requirements of a Cross Motion. Local Rule CV-10(a)(2) requires that all filings must have a "caption containing... a statement of the character of the document clearly identifying each included pleading" and advises: "do not include a motion and a response... in the same document." Here, Plaintiff has both failed to state the character of the document and has included a motion in its response. Therefore, the Court should strike the Cross Motion.

7. For these reasons, Defendants respectfully request that the Court strike Plaintiff's Cross Motion and deny the relief requested therein.

Respectfully submitted,

JACKSON WALKER L.L.P.

By: /s/ Charles L. Babcock
    Charles L. Babcock
    Federal Bar No.: 10982
    Email: cbabcock@jw.com
    Crystal J. Parker
    Federal Bar No.: 621142
    Email: cparker@jw.com
    1401 McKinney
    Suite 1900
    Houston, Texas 77010
    (713) 752-4200
    (713) 752-4221 – Fax

ATTORNEYS FOR DEFENDANT
CISCO SYSTEMS, INC., MALLUN YEN
and JOHN NOH

GEORGE MCWILLIAMS, P.C.

By: /s/ George L. McWilliams with permission by Charles L. Babcock
    George L. McWilliams
    Texas Bar No: 13877000
    GEORGE L. MCWILLIAMS, P.C.
    406 Walnut
    P.O. Box 58
    Texarkana, Texas 75504-0058
    (903) 277-0098
    (870) 773-2967—Fax
    Email: glmlawoffice@gmail.com

ATTORNEY FOR DEFENDANT
RICK FRENKEL

# CERTIFICATE OF SERVICE

This is to certify that on this 24th day of December, 2008, a true and correct copy of the foregoing was served upon:

George L. McWilliams
406 Walnut
P.O. Box 58
Texarkana, Texas 75504-0058
*Attorney for Defendant Richard Frenkel*

James A. Holmes
605 South Main Street, Suite 203
Henderson, Texas 75654
*Attorney for Plaintiff Eric Albritton*

Patricia L. Peden
Law Offices of Patricia L. Peden
5901 Christie Avenue
Suite 201
Emeryville, CA 94608
*Attorney for Plaintiff Eric Albritton*

Nicholas H. Patton
Patton, Tidwell & Schroeder, LLP
4605 Texas Boulevard
P.O. Box 5398
Texarkana, Texas 75505-5398
*Attorney for Plaintiff Eric Albritton*

/s/ Charles L. Babcock
Charles L. Babcock