IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| ERIC M. ALBRITTON | § | |
|---|---|---|
| | § | |
| v. | § | |
| | § | C. A. NO. 6:08-CV-00089 |
| CISCO SYSTEMS, INC., | § | |
| RICK FRENKEL, MALLUN YEN & | § | |
| JOHN NOH | § | |

## ORDER TO EXCEED PAGE LIMIT

The Court, having reviewed Defendants' Unopposed Motion to Exceed Page Limit, finds the motion is well taken and should be GRANTED. [de# 120]

IT IS THEREFORE ORDERED that Defendants are granted leave to file their Reply to Plaintiff's Response to Defendants' Motion for Summary Judgment in excess of the page limit.

IT IS SO ORDERED.

**SIGNED this the 29th day of December, 2008.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE

5386199v.1