IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ERIC M. ALBRITTON, | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| v. | § | No. 6:08cv00089 |
| | § | |
| CISCO SYSTEMS, INC. RICHARD | § | |
| FRENKEL, MAULLUN YEN and | § | |
| JOHN NOH, | § | |
| | § | |
| Defendant | § | |

## AGREED MOTION TO EXTEND PRETRIAL FILING DEADLINES
## SUBJECT TO COURT APPROVAL

COME NOW Plaintiff, Eric M. Albritton, and Defendants, Cisco Systems, Inc., Richard Frenkel, Mallun Yen and John Noh, and for their Agreed Motion to Extend Pretrial Filing Deadlines Subject to Court Approval would show unto the Court as follows:

1. On November 26, 2008, Defendants filed their Motion for Summary Judgment (DE #97)

2. Plaintiff filed its response (DE #115) on December 19, 2008.

3. Defendant's reply (DE #125) was filed on December 24, 2008.

4. In light of said pending Motion for Summary Judgment, the parties respectfully request the Court to extend the pretrial filing deadlines as proposed in Exh. A attached hereto.

WHEREFORE, the parties pray the Court grant their Agreed Motion to Extend Pretrial Filing Deadlines Subject to Court Approval.

Respectfully submitted,

_/s/ Nicholas H. Patton_
Nicholas H. Patton
State Bar No. 15631000

Patton, Tidwell & Schroeder, LLP
4605 Texas Boulevard
Texarkana, Texas 75503
903.792.7080 / 903.792.8233 (Fax)

Patricia L. Peden
LAW OFFICE OF PATRICIA L. PEDEN
610 16th Street, Suite 400
Oakland, California 94612
Telephone: 510.268.8033

James A. Holmes
Texas Bar No. 00784290
THE LAW OFFICE OF JAMES HOLMES, P.C.
635 South Main, Suite 203
Henderson, Texas 75654
903.657.2800 / 903.657.2855 (Fax)

ATTORNEYS FOR PLAINTIFF


By: /s/ Charles L. Babcock
Charles L. Babcock
Federal Bar No. 10982
Email: cbabcock@jw.com
Crystal J. Parker
Federal Bar No. 621142
Email: cparker@jw.com
1401 McKinney
Suite 1900
Houston, Texas 77010
713.752.4200
713.752.4221 (Fax)

ATTORNEYS FOR DEFENDANTS