IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ERIC M. ALBRITTON, | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| v. | § | No. 6:08cv00089 |
| | § | |
| CISCO SYSTEMS, INC. RICHARD | § | |
| FRENKEL, MAULLUN YEN and | § | |
| JOHN NOH, | § | |
| | § | |
| Defendant | § | |

## **PLAINTIFF'S UNOPPOSED MOTION TO EXCEED PAGE LIMIT**

Plaintiff respectfully requests leave to file his Surreply to Defendant's Motion for Summary Judgment in excess of the page limits permitted by Local Rule CV-7(a)(1) of the Eastern District of Texas. Counsel for Plaintiff has conferred with Defendants' counsel and they are not opposed to this motion.

Plaintiff seeks leave to exceed the page limit in order to fully respond to Defendants' arguments.

WHEREFORE, Plaintiff respectfully requests that the Court grant his motion.

Respectfully Submitted,

*/s/ Nicholas H. Patton*
Nicholas H. Patton (SBN 15631000)
Patton, Tidwell & Schroeder, LLP
4605 Texas Boulevard
Texarkana, Texas 75503
903.792.7080 / 903.792.8233 (Fax)

Patricia L. Peden
LAW OFFICE OF PATRICIA L. PEDEN
610 16th Street, Suite 400
Oakland, California 94612
Telephone: 510-268-8033

ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

    I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this 6th day of January, 2009.

                                  */s/ Nicholas H. Patton*
                                  Nicholas H. Patton