IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ERIC ALBRITTON, | § |
| Plaintiff, | § |
| v. | §  Case No. 6:08cv89 |
| CISCO SYSTEMS, INC., ET AL. | § |
| Defendants. | § |

### ORDER REFERRING CASE TO SECOND MEDIATION

The court hereby **ORDERS** that this case be submitted to a second mediation in accordance with this court's Mediation Plan. The mediator currently assigned is former U.S. Magistrate Judge Robert W. Faulkner.

The mediation conference shall be conducted by the following date: **February 16, 2009**.

The mediator shall be responsible for communicating with counsel to coordinate a date for the mediation.

Upon completion of the mediation, the mediator shall submit a report to the presiding judge within five days of the completion of the mediation conference.

Signed this the 9th of January, 2009.

*Richard A. Schell*
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE