IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ERIC M. ALBRITTON, § § Plaintiff § § v. § No. 6:08cv00089 § CISCO SYSTEMS, INC. RICHARD § FRENKEL, MAULLUN YEN and § JOHN NOH, § § Defendant § | |

## ORDER

The Court, having reviewed Plaintiff's Unopposed Motion to Exceed Page Limit, finds the motion [de #131] is well taken and should be GRANTED.

IT IS THEREFORE ORDERED, ADJUGED, AND DECREED that Plaintiff is granted leave to file his Surreply to Defendant's Motion for Summary Judgment in excess of the page limit.

IT IS SO ORDERED.

Signed this the 9th day of January, 2009.

*Richard A. Schell*
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE