IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ERIC M. ALBRITTON, | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| v. | § | No. 6:08cv00089 |
| | § | |
| CISCO SYSTEMS, INC. RICHARD | § | |
| FRENKEL, MAULLUN YEN and | § | |
| JOHN NOH, | § | |
| | § | |
| Defendants | § | |

### PLAINTIFF'S UNOPPOSED MOTION TO EXCEED PAGE LIMIT

Plaintiff respectfully requests leave to file his Sur-Reply to Defendants' Reply to Plaintiff's Untimely Response to Defendants' Amended Motion to Compel in excess of the page limits permitted by Local Rule CV-7(a)(1) of the Eastern District of Texas.

Counsel for Plaintiff has conferred with Defendants' counsel and they are not opposed to this motion.

Plaintiff seeks leave to exceed the page limit in order to fully respond to the arguments presented by Defendants in their Reply.

WHEREFORE, Plaintiff respectfully requests that the Court grant his motion.

Respectfully Submitted,

*/s/ Nicholas H. Patton*
Nicholas H. Patton
TX Bar No. 15631000
Patton, Tidwell & Schroeder, LLP
4605 Texas Boulevard
Texarkana, Texas 75503
903.792.7080 / 903.792.8233 (Fax)

Patricia L. Peden
LAW OFFICE OF PATRICIA L. PEDEN
610 16th Street, Suite 400
Oakland, California 94612
Telephone: 510-268-8033

ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

      I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this 13th day of January, 2009.

                                  */s/ Nicholas H. Patton*
                                  Nicholas H. Patton