Albritton v. Cisco Systems, Inc. et al                                                                  Doc. 139

## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| ERIC M. ALBRITTON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | NO. 6:08-CV-00089 |
| CISCO SYSTEMS, INC., RICHARD | § | |
| FRENKEL, MALLUN YEN and | § | |
| JOHN NOH, | § | |
| | § | |
| Defendants. | § | |

## AMENDED SCHEDULING ORDER

| | |
|---|---|
| February 9, 2009 | Joint Pretrial Order and Proposed Jury Instructions/Form of Verdict (or Proposed Findings of Fact and Conclusions of Law). Counsel and unrepresented parties are each responsible for contacting opposing counsel and unrepresented parties to determine how they will prepare the Joint Final Pretrial Order *(See* Local Rule CV-16(b)) and Joint Proposed Jury Instructions and Verdict Form (or Proposed Findings of Fact and Conclusions of Law in nonjury cases). |
| February 9, 2009 | Video Deposition Designation Due. Each party who proposes to offer a deposition by video shall file a disclosure identifying the line and page numbers to be offered. All other parties will have ten days to file a response requesting cross examination line and page numbers to be included. Any objections to testimony must be filed ten days prior to the Final Pretrial Conference. The party who filed the initial Video Deposition Designation is responsible for preparation of the final edited video in accordance with all parties designations and the court's rulings on objections. |
| February 18, 2009 | Trial Exhibits due. |
| February 25, 2009 | Objections to Trial Exhibits due. |
| February 18, 2009 | Motions in limine due |

Dockets.Justia.com

February 24, 2009	Deadline to file objections to motions in limine

March 2, 2009	Pretrial Conference after 1:30 pm
	Date for Jury Trial to be announced
	at the Pretrial Conference.

	Trial is anticipated to last 3-5 days.

This Amended Scheduling Order shall not be modified except by leave of Court upon showing of good cause, and shall be binding on all parties. The Agreed Motion to Extend Pretrial Filing Deadlines Subject to Court Approval [de #128] is GRANTED.

IT IS SO ORDERED.

**SIGNED this the 12th day of January, 2009.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE