# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| ERIC ALBRITTON, | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | §    Case No. 6:08-CV-89 |
| | § |
| CISCO SYSTEMS, INC. *et al.*, | § |
| | § |
| Defendants. | § |

## ORDER

"Cisco Systems, Inc.'s Motion to Compel Production of Documents" (docket entry #55), "Cisco Systems, Inc.'s Motion to Compel Plaintiff's Interrogatory Responses" (docket entry #88), and "Cisco Systems, Inc.'s Amended Motion to Compel" (docket entry #104) are hereby referred to United States Magistrate Judge Don D. Bush for disposition.

IT IS SO ORDERED.

**SIGNED this the 13th day of January, 2009.**

_Richard A. Schell_
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE