# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **ERIC M. ALBRITTON,** § | |
| § | |
| Plaintiff § | |
| § | |
| v. § | No. 6:08cv00089 |
| § | |
| **CISCO SYSTEMS, INC. RICHARD** § | |
| **FRENKEL, MAULLUN YEN and** § | |
| **JOHN NOH,** § | |
| § | |
| **Defendants** § | |

## O R D E R

The Court, having reviewed Plaintiff's Unopposed Motion to Exceed Page Limit, finds the motion [de # 138] is well taken and should be GRANTED.

IT IS THEREFORE ORDERED, ADJUGED, AND DECREED that Plaintiff is granted leave to file his Sur-Reply to Defendants' Reply to Plaintiff's Untimely Response to Defendants' Amended Motion to Compel in excess of the page limit.

IT IS SO ORDERED.

**SIGNED this the 14th day of January, 2009.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE