IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| **ERIC ALBRITTON,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | Case No. 6:08cv89 |
| | § | (Judge Schell) |
| **CISCO SYSTEMS, INC., ET AL.,** | § | |
| | § | |
| Defendants. | § | |

## ORDER

Defendant Cisco Systems, Inc.'s Motion to Compel Plaintiff's Interrogatory Responses (Dkt. 88) and Amended Motion to Compel (Dkt. 104) have been referred to the undersigned by the Hon. Richard A. Schell. Having reviewed the Motions and Responses with the exhibits attached, the Court DENIES Cisco's Motion to Compel as MOOT (Dkt. 88). The Court GRANTS Cisco's Amended Motion to Compel (Dkt. 104). Plaintiff Eric Albritton is ordered to fully answer Interrogatories 1-5 within five (5) days of this order. Counsel for Albritton should follow the Federal Rules of Civil Procedure and expected local practice in this District. Defendant is granted an additional ten (10) days after actual receipt of the answers to supplement its evidence. **No further argument or briefs are allowed on this matter.**

SO ORDERED.

SIGNED this 15th day of January, 2009.

_____
DON D. BUSH
UNITED STATES MAGISTRATE JUDGE