## CERTIFICATE OF CONFERENCE

Counsel for Defendants had a phone conversation with counsel for Plaintiffs regarding the above-referenced motion. After the conversation, Plaintiff notified Defendants by email that Plaintiff was opposed to the motion.

 /s/ Charles L. Babcock
Charles L. Babcock