IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ERIC ALBRITTON, | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | §  Case No. 6:08cv89 |
| | § |
| CISCO SYSTEMS, INC., | § |
| ET AL. | § |
| | § |
| Defendants. | |

**ORDER WITHDRAWING REFERRAL OF CASE**
**TO SECOND MEDIATION**

Subsequent to the court's January 9, 2009 order referring this case to the court appointed mediator for a second mediation, the court received letters from counsel for the various parties concerning the prospects for success at a second mediation. After considering the letters and the advice of the mediator, the court is of the opinion that a second mediation is unlikely to be successful given the posture of the opposing parties. Therefore, the court's January 9, 2009 order referring this case to a second mediation [de #135] is hereby WITHDRAWN.

**SIGNED this the 26th day of January, 2009.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE