IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ERIC M. ALBRITTON, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | |
| § | NO. 6:08-CV-00089 |
| (1) CISCO SYSTEMS, INC., (2) RICHARD § | |
| FRENKEL, (3) MALLUN YEN and § | |
| (4) JOHN NOH, § | |
| § | |
| Defendants. § | |

## JOINT MOTION TO EXTEND THE DEADLINE FOR PLAINTIFF AND DEFENDANTS TO FILE JOINT PRE-TRIAL ORDER, EXHIBIT LISTS, PROPOSED JURY INSTRUCTIONS, AND DEPOSITION DESIGNATIONS

COMES NOW Plaintiff and Defendants and for their Joint Motion, state:

1.     The deadline for filing the Joint Pre-Trial Order, Exhibit Lists, Proposed Jury Instructions and Video Deposition Designations set by this Court's Amended Scheduling Order (DE #32) is February 9, 2009.

2.     The parties are in agreement and request that the Court grant them until February 16, 2009 to file the Joint Pre-Trial Order, Exhibit Lists, Proposed Jury Instructions and Video Deposition Designations.

WHEREFORE, PREMISES CONSIDERED, the parties respectfully request that the Court grant this Joint Motion to Extend the Deadline for Plaintiff and Defendants to File Joint Pre-Trial Order, Exhibit Lists, Proposed Jury Instruction and Deposition Designations.

Respectfully submitted,

*/s/ Nicholas H. Patton*
Nicholas H. Patton (TBN: 15631000)
PATTON, TIDWELL & SCHROEDER, LLP
4605 Texas Boulevard – P.O. Box 5398
Texarkana, Texas 7550505398
(903) 792-7080     (903) 792-8233 (fax)

Patricia L. Peden
LAW OFFICE OF PATRICIA L. PEDEN
610 16th Street, Suite 400
Oakland, California 94612
Telephone: 510.268.8033

James A. Holmes
Texas Bar No. 00784290
THE LAW OFFICE OF JAMES HOLMES, P.C.
635 South Main, Suite 203
Henderson, Texas 75654
903.657.2800 / 903.657.2855 (Fax)

ATTORNEYS FOR PLAINTIFF


*/s/ Charles L. Babcock (with permission NHP)*
Charles L. Babcock
Federal Bar No. 10982
Email: cbabcock@jw.com
Crystal J. Parker
Federal Bar No. 621142
Email: cparker@jw.com
1401 McKinney
Suite 1900
Houston, Texas 77010
713.752.4200
713.752.4221 (Fax)

*/s/ George L. McWilliams (with permission NHP)*
George L. McWilliams
GEORGE L. MCWILLIAMS, P.C.
406 Walnut – P.O. Box 58
Texarkana, Texas 75504-0058
903.277.0098 / 870.773.2937 (Fax)

ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this 9th day of February, 2009.

                                        */s Nicholas H. Patton*
                                        Nicholas H. Patton