**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| ERIC M. ALBRITTON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | NO. 6:08-CV-00089 |
| (1) CISCO SYSTEMS, INC., (2) RICHARD | § | |
| FRENKEL, (3) MALLUN YEN and | § | |
| (4) JOHN NOH, | § | |
| | § | |
| Defendants. | § | |

## O R D E R

The Court, having considered the Joint Motion to Extend the Deadline for Plaintiff and Defendants to File Joint Pre-Trial Order, Exhibit Lists, Proposed Jury Instructions and Deposition Designations, concludes that the motion [de #168] is well taken and therefore GRANTS the motion.

Accordingly, it is ORDERED, that the parties are granted to and including February 16, 2009 to file Joint Pre-Trial Order, Exhibit Lists, Proposed Jury Instructions and Deposition Designations.

**SIGNED this the 10th day of February, 2009.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE