IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

The following cases are set for final pretrial conference and trial scheduling on Monday, March 2, 2009, at the times shown on the attached list. **All** cases will be heard in the **United States Courthouse, 7940 Preston Road, Plano, Texas.** <u>**Dates for jury selection and trial will be determined at this time**</u>. *<u>Change of pleas will be taken at the final pretrial hearing unless other arrangements have been made through the deputy clerk.</u>* Requested jury instructions and exhibit and witness lists in criminal cases shall be delivered to the court at least **TWO** business days prior to the scheduled trial date. Joint final pre-trial orders and requested jury instructions for civil cases should be delivered to the court **by the date set out in the Scheduling Order**. In civil cases, for each proposed instruction or question to be submitted to the jury, the parties shall provide the court with the applicable legal authority that supports the submission. In addition to filing the proposed jury instructions in the clerk's office, the parties shall provide this court's chambers with their instructions via email or on a diskette (Word Perfect compatible).

All counsel in civil cases shall exchange exhibits prior to trial. All exhibits which are without objection shall be offered into evidence, together with an index of exhibits, immediately prior to the commencement of trial. All proposed exhibits that are objected to by any party may be presented to the court prior to the trial, and a ruling on such exhibits made prior to the presentation of evidence, or counsel may elect to offer the exhibits during the presentation of evidence.

**SIGNED this the 19th day of February, 2009.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE

**FINAL PRETRIAL HEARING AND TRIAL SCHEDULING**
**Judge Richard A. Schell, Presiding**
**SHERMAN DIVISION**

**Monday, March 2, 2009**
**9:00 a.m.**

4:08 CR 107 (1) UNITED STATES OF AMERICA v. OSCAR CANTU-RAMIREZ

    G: Heather Rattan
    D: Bill Bratton

(2) UNITED STATES OF AMERICA v. OSCAR GUADALUPE RAMIREZ

    G: Heather Rattan
    D: Ronald Goranson

(3) UNITED STATES OF AMERICA v. RAUL CANTU-RAMIREZ

    G: Heather Rattan
    D: Stuart Parker

(7) UNITED STATES OF AMERICA v. KEVIN MORAN SMITH

    G: Heather Rattan
    D: Heather Barbieri

(12) UNITED STATES OF AMERICA v. MACARIO GARCIA, JR.

    G: Heather Rattan
    D: Denise Benson

(13) UNITED STATES OF AMERICA v. LAURO ABEL GRIMALDO

    G: Heather Rattan
    D: Garland Cardwell

4:08 CR 118 (1) UNITED STATES OF AMERICA v. LONNIE MATHEW JOHNSON

        G: Ernest Gonzalez
        D: Denise Benson

(3) UNITED STATES OF AMERICA v. TERRANCE DONNELLE WILSON

        G: Ernest Gonzalez
        D: David Pire

(4) UNITED STATES OF AMERICA v. KENDRICK DEMONE GOLDEN

        G: Ernest Gonzalez
        D: James Walker

(5) UNITED STATES OF AMERICA v. KERRICK DEWAIN WILSON

        G: Ernest Gonzalez
        D: John Teakell

---

4:08 CR 141 (1) UNITED STATES OF AMERICA v. MARKO RAY SHAW

        G: Tracey Batson
        D: Denise Benson

---

4:08 CR 177 (1) UNITED STATES OF AMERICA v. HIGINIO HERNANDEZ

        G: Ernest Gonzalez
        D: Brady Wyatt, III

(2) UNITED STATES OF AMERICA v. HENRY HERNANDEZ

        G: Ernest Gonzalez
        D: Micah Belden

(4) UNITED STATES OF AMERICA v. MANUEL MERCADO

        G: Ernest Gonzalez
        D: Hilda Hahn

(5) UNITED STATES OF AMERICA v. MAURICE SMITH

        G: Ernest Gonzalez
        D: Doug Mulder

(6) UNITED STATES OF AMERICA v. RANDALL ROBINSON

    G:    Ernest Gonzalez
    D:    John Haughton

(9) UNITED STATES OF AMERICA v. MOISES DUARTE

    G:    Ernest Gonzalez
    D:    Frank Perez

(10) UNITED STATES OF AMERICA v. RAMIRO NAVA

    G:    Ernest Gonzalez
    D:    Clark Birdsall
          Heather Fisher

(11) UNITED STATES OF AMERICA v. EDUARD SPAHIU

    G:    Ernest Gonzalez
    D:    Christopher Lewis

(13) UNITED STATES OF AMERICA v. BRENDA MEDINA SALINAS

    G:    Ernest Gonzalez
    D:    Rafael De La Garza, II

---

4:08 CR 189 (1) UNITED STATES OF AMERICA v. CHIMEZIE OSONDU

    G:    Howard Blackmon, Jr.
    D:    Talmadge Nix, III

---

4:08 CR 190 (1) UNITED STATES OF AMERICA v. SHAWN LYNN DAVIS

    G:    Ernest Gonzalez
    D:    Jeffrey Bragg

(2) UNITED STATES OF AMERICA v. BOBBY ANTONIO ANDERSON

    G:    Ernest Gonzalez
    D:    Robert Arrambide

---

4:08 CR 214 (1) UNITED STATES OF AMERICA v. VICTOR MANUEL VILLALPANDO

       G:    Ernest Gonzalez
       D:    Cynthia Barbare

(2) UNITED STATES OF AMERICA v. NORBERTO ESTRADA

       G:    Ernest Gonzalez
       D:    John Hunter Smith

---

4:08 CR 223 (1) UNITED STATES OF AMERICA v. JOSE RICARDO RODRIGUEZ-HERNANDEZ

       G:    Heather Rattan
       D:    Gerald Cobb

(2) UNITED STATES OF AMERICA v. SAUL BEDOLLA-MARTINEZ

       G:    Heather Rattan
       D:    Mark Perez

---

4:08 CR 226 (1) UNITED STATES OF AMERICA v. BOBBY BRANDON KINSEY

       G:    Ernest Gonzalez
       D:    Jeff Pierce

(2) UNITED STATES OF AMERICA v. KIMBERLY LYNNE HANEY

       G:    Ernest Gonzalez
       D:    Jeff Pierce

---

4:08 CR 227 (1) UNITED STATES OF AMERICA v. MARQUIS FEN ROSS

       G:    Ernest Gonzalez
       D:    Reed Prospere

(2) UNITED STATES OF AMERICA v. RICHARD TYRONE PASCOE

       G:    Ernest Gonzalez
       D:    William Cox, III

(3) UNITED STATES OF AMERICA v. ELOY FLORES

       G:    Ernest Gonzalez
       D:    Cynthia Barbare
            Rafael De La Garza, II

|   |   | (4) | UNITED STATES OF AMERICA v. RAYMOND WASHINGTON |
|---|---|---|---|
|   |   | G: | Ernest Gonzalez |
|   |   | D: | Ron Uselton |

---

4:09 CR 5   (1)   UNITED STATES OF AMERICA v. ADOLFO MALDONADO-MENDEZ

      G:    Terri Hagan
      D:    Denise Benson

---

4:09 CR 6   (1)   UNITED STATES OF AMERICA v. WALLACE EUGENE JUDKINS

      G:    Tracey Batson
      D:    Denise Benson

---

4:09 CR 8   (1)   UNITED STATES OF AMERICA v. PEDRO ANTONIO SANCHEZ-HERNANDEZ

      G:    Andrew Stover
      D:    Denise Benson

---

4:09 CR 11   (1)   UNITED STATES OF AMERICA v. CYNTHIA MAE GARCIA

      G:    Andrew Stover
      D:    Denise Benson

      (2)   UNITED STATES OF AMERICA v. FRANCIS DENISE ANDERSON

      G:    Andrew Stover
      D:    Ron Uselton

---

4:09 CR 16   (1)   UNITED STATES OF AMERICA v. MARIO CARRION

      G:    Tracey Batson
      D:    Denise Benson

---

CIVIL TRIAL DOCKET - SHERMAN DIVISION
Judge Richard A Schell, Presiding

___

**Monday, March 2, 2009**

___

**1:00 pm**
**4:07 CV 285**   Clems Ye Olde Homestead Farms, Ltd., Bettye Crider Clem, Clarence Truman Clem, Kelly Clem, and Clarence Clem, Jr. v. Bill Briscoe, Individually and d/b/a Briscoe Land Reclamation Project, and d/b/a Bill Briscoe Enterprises, Inc., Hensley Industries, Inc., LBJ Trucking Co., Inc., Robert Ramirez, Individually and d/b/a LBJ Trucking Co., Inc., Janet Briscoe, Individually and d/b/a Briscoe Land Reclamation Project, and d/b/a Bill Briscoe Enterprises, Inc., Paradigm Engineering, LLC f/k/a Paradigm Engineering, Ltd., Gracombs, LLC, General Partner of Paradigm Engineering, Ltd., and Leigh Anne Prins

| | |
|---|---|
| For Plaintiffs: | Vincent Hess |
| | Kirsten Casteneda |
| | James McGuire |
| For Defendants Briscoe: | Stephen Dickman |
| | Jonathan Buck |
| For Defendant Hensley: | John W. Slates |
| | Kelly Musser |
| For Defendants LBJ Trucking Co. and Robert Ramirez: | David Medack |
| For Defendant Paradigm Gracombs and Prins: | John M. Cox |

___

**2:00 pm**
**4:07 CV 373**   Jack Hill v. Kroger Texas, L.P.

| | |
|---|---|
| For Plaintiff: | Todd Brantley Turner |
| For Defendant: | Donna Cay Peavler |

___

**3:00 pm**
**6:08 CV 89**      Eric Albritton v. Cisco Systems, Inc., Richard Frenkel, Mallum Yen, John Noh

                For Plaintiff:          James Holmes
                                           Nicholas Patton
                                           Patricia Peden

                For Defendants:     Charles Babcock
                                             Crystal Parker
                                           George McWilliams

---