IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ERIC M. ALBRITTON, | § § § | |
| Plaintiff | § § | |
| v. | § | No. 6:08cv00089 |
| CISCO SYSTEMS, INC. RICHARD FRENKEL, MAULLUN YEN and JOHN NOH, | § § § § § | |
| Defendant | § § | |

## ORDER GRANTING JOINT MOTION TO EXTEND DEADLINE TO FILE OBJECTIONS TO DEPOSITION DESIGNATIONS

The Court, having considered the parties' Joint Motion to Extend Deadline for Plaintiff and Defendants to File Objections to Deposition Designations in the above-referenced lawsuit, hereby ORDERS that:

The Motion is GRANTED for the reasons stated in the Motion.

It is hereby ORDERED that the deadline for Plaintiffs and Defendants to file any objections to designated deposition designations is February 25, 2009.

**SIGNED this the 23rd day of February, 2009.**

*Richard A. Schell*
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE

5439784v.1