# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| ERIC M. ALBRITTON, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | |
| § | NO. 6:08-CV-00089 |
| (1) CISCO SYSTEMS, INC., (2) RICHARD § | |
| FRENKEL, (3) MALLUN YEN and § | |
| (4) JOHN NOH, § | |
| § | |
| Defendants. § | |

## NOTICE OF PLAINTIFF'S CORRECTED EXHIBIT LIST

PLEASE TAKE NOTICE that Plaintiff has served its Corrected Exhibit List upon opposing counsel in substitution of its previous Exhibit List (Ex. G) to the Joint Pretrial Order (DE #189) filed February 18, 2009. Defendants are unopposed to said substitution.

Attached hereto as Ex. G is Plaintiff's Corrected Exhibit List.

Respectfully submitted,

Nicholas H. Patton
Texas Bar No.: 15631000
PATTON, TIDWELL & SCHROEDER, LLP
4605 Texas Boulevard
P. O. Box 5398
Texarkana, Texas 7550505398
(903) 792-7080        (903) 792-8233 (fax)

Patricia L. Peden
LAW OFFICE OF PATRICIA L. PEDEN
610 16th Street, Suite 400
Oakland, California 94612
Telephone: 510.268.8033

James A. Holmes
Texas Bar No. 00784290
THE LAW OFFICE OF JAMES HOLMES, P.C.
635 South Main, Suite 203
Henderson, Texas 75654
903.657.2800 / 903.657.2855 (Fax)

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this 24th day of February, 2009.

Nicholas H. Patton