# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| ERIC M. ALBRITTON, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | |
| § | NO. 6:08-CV-00089 |
| (1) CISCO SYSTEMS, INC., (2) RICHARD § | |
| FRENKEL, (3) MALLUN YEN and § | |
| (4) JOHN NOH, § | |
| § | |
| Defendants. § | |

## PLAINTIFF'S OBJECTIONS TO DEFENDANTS' TRIAL EXHIBITS

COMES NOW Eric Albritton, Plaintiff herein, and provides to the Court his Objections to Defendants' Trial Exhibits attached hereto as Ex. A.

In addition to these objections, Plaintiff reserves the right to assert objections to any exhibit offered by Defendant based upon the manner in which Plaintiff ultimately seeks to introduce such exhibit at trial.

Plaintiff further objects to the introduction at trial of any exhibits that were not designated by Defendant pursuant to the Pretrial Order. Plaintiff further objects to the introduction at trial of any information or documents not timely produced during discovery. In the event the Court permits Defendant to use or introduce such exhibits, Plaintiff reserves the right to assert additional objection to such exhibits and to designate additional exhibits as necessary.

Respectfully submitted,

_____
Nicholas H. Patton
Texas Bar No.: 15631000
PATTON, TIDWELL & SCHROEDER, LLP
4605 Texas Boulevard
P. O. Box 5398
Texarkana, Texas 7550505398
(903) 792-7080     (903) 792-8233 (fax)

Patricia L. Peden
LAW OFFICE OF PATRICIA L. PEDEN
610 16th Street, Suite 400
Oakland, California 94612
Telephone: 510.268.8033

James A. Holmes
Texas Bar No. 00784290
THE LAW OFFICE OF JAMES HOLMES, P.C.
635 South Main, Suite 203
Henderson, Texas 75654
903.657.2800 / 903.657.2855 (Fax)

ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

 I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this 25th day of February, 2009.

Nicholas H. Patton