## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| ERIC M. ALBRITTON, | § | |
| | § | |
|    Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | NO. 6:08-CV-00089 |
| (1) CISCO SYSTEMS, INC., (2) RICHARD | § | |
| FRENKEL, (3) MALLUN YEN and | § | |
| (4) JOHN NOH, | § | |
| | § | |
|    Defendants. | § | |

### PLAINTIFF'S OBJECTIONS TO DEPOSITION TESTIMONY
### DESIGNATED BY DEFENDANT

COMES NOW, Plaintiff, Eric M. Albritton, and hereby files his objections to the deposition testimony designated by Defendants[1] in the parties' Proposed Joint Pretrial Order (DE #189) as follows:

<u>Deposition of David Maland (November 3, 2008)</u>:

| | |
|---|---|
| Pages 20:25 – 21:5 | FRE 602, 802, 805 |
| Page 26:4-18 | Form; FRE 602, 802 |
| Pages 26:22 – 27:24 | FRE 402, 602, 403, 802 |
| Page 32:6-19 | FRE 802, 805 |
| Page 33:10-16 | FRE 802 |
| Page 41:12-18 | FRE 802, 805 |
| Pages 41:22 – 42:2 | FRE 402, 602, 802, 805 |
| Pages 42:10 - 45:5 | FRE 802, 805 |
| Page 53: 11-15 | FRE 106, 802, 805 |
| Page 54:7 – 55:1 | FRE 602, 802, 805 |
| Pages 55:24 – 56:20 | FRE 602, 802, 805 |
| Pages 56:25 – 57:3 | FRE 602, 802, 805 |
| Page 57:4-19 | FRE 602, 802, 805 |
| Pages 57:20 – 59:7 | FRE 602, 802, 805 |
| Page 61:6-14 | FRE 602, 802, 805 |
| Pages 61:24 – 63:1 | FRE 602, 802, 805 |

---

[1] Defendants' cross-designations contained several typographical errors. Plaintiff has responded as it believed Defendant designated. However, if Defendants correct their cross-designations, Plaintiff reserves the right to amend his objections.

| | |
|---|---|
| Pages 63:21 – 64:14 | FRE 802, 805 |
| Page 65: 12-19 | FRE 106, 403, 802, 805 |
| Page 69:1-10 | FRE 402, 403, 802 |
| Pages 71:9 – 72:2 | FRE 106, 402, 403, 602, 802, 805 |
| Pages 73:3 – 74:8 | FRE 106, 402, 403, 602, 802, 805 |
| Pages 74:20 – 75:1 | FRE 402, 403, 802, 805 |
| Pages 75:2 – 76:25 | FRE 402, 403, 608, 802, 805 |
| Page 78:6-15 | FRE 402, 403, 802 |
| Pages 78:16 – 79:9 | FRE 802, 805 |
| Page 79:15-18 | FRE 802, 805 |
| Pages 79:24 – 80:5 | FRE 402, 403, 802, 805 |
| Pages 81:19 – 82:14 | FRE 402, 403, 602, 802, 805 |
| Pages 84:10-24 | FRE 403, 602, 802, 805 |
| Pages 87:22 – 88:11 | FRE 802 |
| Pages 88:17 – 89:11 | FRE 402, 403, 802, 805 |
| Page 93:2-13 | FRE 402, 802, 805 |
| Page 94:1-9 | FRE 402, 403, 802, 805 |
| Page 94:24 – 95:1 | FRE 402, 602, 802, 805 |
| Page 95:20-22 | FRE 403, 602, 802, 805 |
| Page 97:7-12 | FRE 402, 802 |
| Page 97:13-14 | FRE 402, 403, 802 |
| Page 97:15-22 | FRE 402, 403, 802 |
| Pages 98:24 – 99:18 | FRE 402, 403, 802, 805 |
| Page 105:13-22 | FRE 402, 403, 802, 805 |
| Page 106:18-22 | FRE 402, 403, 802 |
| Pages 106:23 – 107:1 | Form;  FRE 402, 403, 802 |
| Page 107:2-21 | FRE 402, 403, 701, 802 |
| Pages 114:20 – 115:3 | FRE 403, 802 |
| Page 115:4 – 116:2 | FRE 802 |
| Page 117:5-15 | FRE 402, 403, 602, 802 |
| Page 118:2-8 | FRE 402, 403, 802, 805, leading |
| Page 118:9-15 | FRE 402, 403, 802, 805, leading |
| Pages 119:17 – 120:1 | FRE 402, 403, 802, |
| Page 126:7-13 | FRE 403, 602, 802 |
| Page 127:18-24 | FRE 403, 602, 802, Form |
| Page 130:20-23 | FRE 802 |
| Page 131:4-21 | FRE 402, 802 |
| Page 154:19-22 | FRE 106, 802 |
| Page 170:8-15 | FRE 802, 805 |
| Pages 170:18 – 171:2 | FRE 802 |
| Page 183:14-22 | FRE 802, 805 |
| Page 185:6-13 | FRE 402, 802 |
| Page 185:23-25 | FRE 402, 602, 802, 805, |
| Page 188:8-24 | FRE 402, 403, 602, 802, 805 |
| Page 191:9-192:5 | FRE 402, 403, 802, 805 |
| Page 194:8-12 | FRE 802 |

Page 194:21 – 196:3        FRE 402, 802
Page 196:12-16             FRE 402, 602, 802
Page 196:17-22             FRE 403, 802
Page 197:22-24             FRE 106, 403, 802
Page 201:13-18             FRE 402, 403, 802
Pages 201:19 – 202:1       Form; FRE 402, 403, 602, 802
Pages 202:5 – 203:5        FRE 403, 602, 802


Deposition of David Provines (November 3, 2008)

Page 6:21 – 7:2            FRE 402
Page 7:3-20                FRE 402, 802
Page 8:3 – 9:13            FRE 802
Pages 10:11 – 11:20        FRE 802
Pages 13:25 – 14:2         FRE 403, 602, 802
Page 15:18 – 25            Form; FRE 403, 602, 802
Pages 16:20 – 17:16        FRE 602, 802
Pages 21:12 – 22:11        FRE 402, 403, 602, 802, 805
Pages 23:15 – 24:14        FRE 402, 403, 602, 802
Pages 24:15 – 25:12        FRE 402, 602, 802, 805
Page 28:10-14              FRE 402, 403, 602, 802, 805
Page 30:12-18              Form; FRE 403, 602, 802, 805
Page 38:2-14               FRE 602, 608

Deposition of Shelley Moore (November 3, 2008)

Page 8:8-21                FRE 802, 805
Page 9:16-25               FRE 802, 805
Page 10:1-6                FRE 802, 805
Pages 10:25 – 12:3         FRE 403, 602, 802, 805
Page 10:4-6                FRE 802, 805
Page 13:1-7                FRE 402, 403, 802
Page 13:8-22               FRE 402, 403, 802
Pages 13:23 – 14:2         FRE 402, 403
Pages 14:15 – 17:25        FRE 602, 802, 805
Pages 18:1 – 19:9          FRE 403, 602, 802, 805
Page 20:3-8                FRE 403, 802, 805
Page 20:9-11               FRE 602, 802
Page 20:12-16              FRE 602, 802, 805
Page 23:4-8                FRE 403, 602, 802
Page 23:9 – 24:1           FRE 602, 802, 805
Page 24:2-7                FRE 802, 805
Page 24:8-12               FRE 402, 403, 602, 802, 805

Deposition of Cynthia Paar (November 3, 2008)

| | |
|---|---|
| Pages 6:25 – 7:14 | FRE 802, 805 |
| Page 7:19-21 | FRE 106, 402, 403, 602, 802 |
| Page 7:22-24 | FRE 402, 403, 602, 802 |
| Page 8:9-16 | FRE 402, 403, 802, 805 |
| Page 8:17-21 | FRE 402, 602, 802 |
| Page 9:2-9 | FRE 403, 602, 802, 805 |
| Page 13:5-11 | FRE 802 |
| Pages 13:12 – 14:22 | FRE 403, 602, 802 |
| Pages 14:23 – 15:14 | FRE 403, 802 |
| Pages 25:20 – 26:6 | FRE 602, 802 |
| Page 26:18 – 27:2 | FRE 402, 403, 602, 802 |
| Page 27:14-20 | FRE 602, 802 |

Deposition of Peggy Thompson (November 3, 2008)

| | |
|---|---|
| Pages 8:23 – 9:11 | FRE 802, 805 |
| Page 10:9-15 | FRE 802, 805 |
| Pages 10:16 – 11:7 | FRE 402, 802 |
| Page 11:8-12 | FRE 403, 602, 802, 805 |
| Page 16:3-11 | FRE 402, 403. 802, 805 |
| Page 19:19-25 | FRE 402, 403, 802, 805 |
| Page 28:2-16 | FRE 802 |

Deposition of Faye Thompson (November 3, 2008)

| | |
|---|---|
| Pages 7:2 – 10:12 | FRE 802 |
| Page 10: 12 – 15 | FRE 602, 802 |

Deposition of Rachel Wilson (November 3, 2008)

| | |
|---|---|
| Pages 7:12 – 8:10 | FRE 402, 602, 802, 805 |
| Pages 8:11 – 19:4 | FRE 802 |
| Pages 15:9 – 16:1 | FRE 802 |

Deposition of Rhonda Lafitte (November 3, 2008)

| | |
|---|---|
| Page 7:11-20 | FRE 402, 403 |
| Pages 15:24 – 16:4 | FRE 403, 602, 802 805 |
| Pages 16:9-24 | FRE 403, 602, 802, 805 |
| Page 18:2-5 | FRE 802, 805 |
| Page 21:19-23 | FRE 402, 403, 602, 802, 805 |

Deposition of Peter McAndrews (November 7, 2008)

| | |
|---|---|
| Pages 55:12 – 56:18 | FRE 402, 403, 602, 802, 805 |
| Page 60: 1-9 | FRE 402, 403 |
| Pages 60:24 – 61:7 | FRE 106, 402, 403 |
| Page 71:6-9 | FRE 402, 403, 602 |
| Page 75:9-24 | FRE 402, 403, 602, 802, 805 |

Deposition of Mallun Yen (November 17, 2008)

| | |
|---|---|
| Page 101:17-20 | FRE 402, 403, 602, 701, 802 |
| Page 203:12-16 | FRE 402, 403, 802 |
| Page 230:8-16 | FRE 602, 802 |

Deposition of John Noh (November 17, 2008)

| | |
|---|---|
| Page 19:5-20 | FRE 402 |
| Page 65:12-23 | FRE 402, 403 |

Deposition of Richard Frenkel (November 18, 2008)

| | |
|---|---|
| Pages 13:2 – 14:5 | FRE 402 |
| Pages 39:16 – 40:9 | FRE 402, 403 |
| Pages 49:13 – 50:19 | FRE 401, 402, 403, 602, 701, 802 |
| Page 53:16-21 | FRE 401, 402, 403, 802, Fed.R.Civ.P. 37(c) |
| Page 72:8-10 | FRE 106, 802; Fed.R.Civ.P.37(c); |
| Page 72:23 – 73:2 | FRE 106, 802; Fed.R.Civ.P.37(c); |
| Pages 74:13 – 75:3 | FRE 401, 402, 403, 602, 802 |
| Pages 158:8 – 159 | FRE 401, 402, 403, 802 |

Plaintiff reserves his right to further object to Defendants' introduction of any of its designated deposition testimony at trial to the extent that such designations fail to comply with the Federal Rules of Civil Procedure, the Federal Rules of Evidence, and the Local Rules and orders of this Court.

This 25th day of February 2009.

Respectfully submitted,

*[signature: Nicholas H. Patton]*

Nicholas H. Patton
Texas Bar No.: 15631000
PATTON, TIDWELL & SCHROEDER, LLP
4605 Texas Boulevard
P. O. Box 5398
Texarkana, Texas 7550505398
(903) 792-7080 (903) 792-8233 (fax)


Patricia L. Peden
LAW OFFICE OF PATRICIA L. PEDEN
610 16th Street, Suite 400
Oakland, California 94612
Telephone: 510.268.8033

James A. Holmes
Texas Bar No. 00784290
THE LAW OFFICE OF JAMES HOLMES, P.C.
635 South Main, Suite 203
Henderson, Texas 75654
903.657.2800 / 903.657.2855 (Fax)

ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this 25th day of February, 2009**.**

*[signature: Nicholas H. Patton]*

Nicholas H. Patton