IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ERIC M. ALBRITTON | § | |
| | § | |
| | § | |
| v. | § | |
| | § | C. A. NO. 6:08-CV-00089 |
| CISCO SYSTEMS, INC., | § | |
| RICK FRENKEL, MALLUN YEN & | § | |
| JOHN NOH | § | |

## DEFENDANTS' OBJECTIONS TO PLAINTIFF'S
## DEPOSITION DESIGNATIONS AND CROSS-DESIGNATIONS

TO THE HONORABLE COURT:

Defendants Cisco Systems, Inc. ("Cisco"), Richard Frenkel ("Frenkel"), Mallun Yen[1] ("Yen") and John Noh[2] ("Noh"), file objections to Plaintiff's deposition designations of trial witnesses:

Defendants object to the use of the following in open Court or in any publicly filed document: (1) all testimony that involves the use of Cisco Privileged documents and/or (2) testimony that has been designated as Highly Confidential pursuant to the Protective Order in this case.

---

[1] Subject to her Motion to Dismiss for Lack of Personal Jurisdiction, Docket #37.

[2] Subject to his Motion to Dismiss for Lack of Personal Jurisdiction, Docket #35.

Respectfully submitted,

JACKSON WALKER L.L.P.

By: /s/ Charles L. Babcock
    Charles L. Babcock
    Federal Bar No.: 10982
    Email: cbabcock@jw.com
    Crystal J. Parker
    Federal Bar No.: 621142
    Email: cparker@jw.com
    1401 McKinney, Suite 1900
    Houston, Texas 77010
    (713) 752-4200
    (713) 752-4221 – Fax

ATTORNEYS FOR DEFENDANT
CISCO SYSTEMS, INC., MALLUN
YEN, AND JOHN NOH

GEORGE MCWILLIAMS, P.C.

    /s/ George L. McWilliams by
By:  permission by Charles L. Babcock
    George L. McWilliams
    Texas Bar No: 13877000
    GEORGE L. MCWILLIAMS, P.C.
    406 Walnut
    P.O. Box 58
    Texarkana, Texas 75504-0058
    (903) 277-0098
    (870) 773-2967—Fax
    Email: glmlawoffice@gmail.com

ATTORNEY FOR DEFENDANT
RICK FRENKEL

## CERTIFICATE OF SERVICE

This is to certify that on this 25th day of February 2009, a true and correct copy of the foregoing was served via electronic mail upon:

George L. McWilliams
406 Walnut
P.O. Box 58
Texarkana, Texas 75504-0058
***Attorney for Defendant Richard Frenkel***

James A. Holmes
605 South Main Street, Suite 203
Henderson, Texas 75654
***Attorney for Plaintiff Eric Albritton***

Patricia L. Peden
Law Offices of Patricia L. Peden
5901 Christie Avenue
Suite 201
Emeryville, CA 94608
***Attorney for Plaintiff Eric Albritton***

Nicholas H. Patton
Patton, Tidwell & Schroeder, LLP
4605 Texas Boulevard
P.O. Box 5398
Texarkana, Texas 75505-5398
***Attorney for Plaintiff Eric Albritton***

/s/ Charles L. Babcock
Charles L. Babcock

| Deponent | Page/Line | Objections |
|---|---|---|
| David Maland | 16:11-13 | Offer does not include a question. |
| David Maland | 23:6-9 | The offer is not in question/answer format the designation does not include a question and only includes part of the witnesses answer. |
| David Maland | 36:8-37:6 | The offer is not in question/answer format the designation does not start with a question and begins in the middle of an answer. |
| David Maland | 39:6 | Side bar not a question or answer. |
| David Maland | 39:13-39:22 | Irrelevant and immaterial under Fed. R. Evid. 402. |
| David Maland | 42:3-9 | Sidebar. Irrelevant and immaterial under Fed. R. Evid. 402. |
| David Maland | 48:8-14 | The offer is not in question/answer format; the designation does not include a question. |
| David Maland | 49:13-50:11 | Hearsay. Irrelevant and immaterial under Fed. R. Evid. 402. |
| David Maland | 55:14-15 | Sidebar. Irrelevant and immaterial under Fed. R. Evid. 402 |
| David Maland | 59:8-14 | The offer is not in question/answer format; the designation does not start with a question and only includes part of an answer. |
| David Maland | 59:15 | Sidebar. Irrelevant and immaterial under Fed. R. Evid. 402. |
| David Maland | 61:15-23 | Offer does not include a question. |
| David Maland | 66:13-15 | The offer is not in question/answer format; the designation is only a question without any answer. |
| David Maland | 68:11-16 | Nonresponsive |
| David Maland | 76:21-78:2 | The offer is not in question/answer format; the designation does not include a question. Hearsay. |
| David Maland | 84:1-5 | The offer is not in question/answer format the designation is only part of an answer. |
| David Maland | 86:16-87:21 | The offer is not in question/answer format; the designation does not include any question and only includes part of an answer. |
| David Maland | 92:23-24 | The offer is not in question/answer format; the designation does not include any question and only has part of the answer. |
| David Maland | 110:6-111:20 | Irrelevant and immaterial under Fed. R. Evid. 402. |
| David Maland | 118:17-119:6 | The offer is not in question/answer format; the designation does not include any question. |

| Deponent | Page/Line | Objections |
|---|---|---|
| David Maland | 140:1-4 | Leading; Irrelevant and immaterial under Fed. R. Evid. 402. If deemed relevant, the probative value is outweighed by danger of unfair prejudice under Fed. R. 403. Unreliable lay opinion testimony, and no designation of this witness as an expert. Fed. R. Evid. 701, 702. |
| David Maland | 147:25-148:4 | Leading; Speculation |
| David Maland | 152:18-19 | Leading. The offer is not in question/answer format; the designation is a question without any answer. |
| David Maland | 154:3-10 | The offer is not in question/answer format; the designation is a question without any answer. |
| David Maland | 156:16-24 | Nonresponsive |
| David Maland | 159:3-5 and 7 | Leading, Speculation |
| David Maland | 160:4-7 | Hearsay |
| David Maland | 161:6-11 | Misstatement of the facts. Irrelevant and immaterial under Fed. R. Evid. 402. If deemed relevant, the probative value is outweighed by danger of unfair prejudice under Fed. R. 403. |
| David Maland | 163:6-15 | Irrelevant and immaterial under Fed. R. Evid. 402. |
| David Maland | 163:24-165:13 | Irrelevant and immaterial under Fed. R. Evid. 402. |
| David Maland | 165:5-7 | The offer is not in question/answer format; the designation is a question without any answer. |
| David Maland | 165:16-20 | The offer is not in question/answer format; the designation does not include a question. Further the question above is leading and calls for Specualtion. |
| David Maland | 172:18-173:3 | Irrelevant and immaterial under Fed. R. Evid. 402. If deemed relevant, the probative value is outweighed by danger of unfair prejudice under Fed. R. 403. |
| David Maland | 175:1-25 | Irrelevant and immaterial under Fed. R. Evid. 402. |
| David Maland | 177:12-180:14 | Irrelevant and immaterial under Fed. R. Evid. 402. |
| David Maland | 181:5-182:24 | Unreliable speculative lay opinion testimony, and no designation of this witness as an expert. Fed. R. Evid. 701, 702. Irrelevant and immaterial under Fed. R. Evid. 402. |

| Deponent | Page/Line | Objections |
|---|---|---|
| David Maland | 187:21-188:7 | Irrelevant and immaterial under Fed. R. Evid. 402. If deemed relevant, the probative value is outweighed by danger of unfair prejudice under Fed. R. 403. |
| David Maland | 189:5-191:5 | The offer is not in question/answer format; the designation does not include a question. Irrelevant and immaterial under Fed. R. Evid. 402. |
| David Maland | 193:22 | Objection not to be read to the jury. |
| David Maland Cross Designations | 11:6-13:2 (Cross) | Already included in Plaintiff's Designation of David Maland Deposition Testimony. Cumulative under Fed. R. Evid 403 |
| David Maland Cross Designations | 15:20-16:1 (Cross) | Improper cross examination on area not covered in direct. Already included in Plaintiff's Designation of David Maland Deposition Testimony. Cumulative under Fed. R. Evid 403 |
| David Maland Cross Designations | 17:13-18:20 (Cross) | Improper cross examination on area not covered in direct. Already included in Plaintiff's Designation of David Maland Deposition Testimony. Cumulative under Fed. R. Evid 403 |
| David Maland Cross Designations | 23:1-8 (Cross) | The offer is not in question/answer format; the designation does not include a question and then ends with a question with no answer. |
| David Maland Cross Designations | 27:10-12 (Cross) | The offer is not in question/answer format; the designation does not include a question. |
| David Maland Cross Designations | 34:3-4 (Cross) | The offer is not in question/answer format; the designation does not include a question. |
| David Maland Cross Designations | 38:9 (Cross) | Objection not to be read to the jury. |
| David Maland Cross Designations | 39:4 (Cross) | Objection not to be read to the jury. |
| David Maland Cross Designation | 49:13-50:11 (Cross) | Hearsay. Irrelevant and immaterial under Fed. R. Evid. 402. |
| David Maland Cross Designations | 48:8-50:11 (Cross) | Already included in Plaintiff's Designation of David Maland Deposition Testimony. Cumulative under Fed. R. Evid 403. The offer is not in question/answer format; the designation does not start with a question |

| Deponent | Page/Line | Objections |
|---|---|---|
| David Maland Cross Designations | 51:2-52:25(Cross) | Already included in Plaintiff's Designation of David Maland Deposition Testimony. Cumulative under Fed. R. Evid 403.. The offer is not in question/answer format; the designation does not start with a question. |
| David Maland Cross Designations | 59:8-14 (Cross) | Already included in Plaintiff's Designation of David Maland Deposition Testimony. Cumulative under Fed. R. Evid 403. The offer is not in question/answer format; the designation does not start with a question and only includes part of an answer. |
| David Maland Cross Designations | 67:23-68:25 (Cross) | Already included in Plaintiff's Designation of David Maland Deposition Testimony. Cumulative under Fed. R. Evid 403 |
| David Maland Cross Designations | 70:6-71:8 (Cross) | Already included in Plaintiff's Designation of David Maland Deposition Testimony. Cumulative under Fed. R. Evid 403. The offer is not in question/answer format; the designation does not start with a question. |
| David Maland Cross Designations | 77:1-78:2 (Cross) | Already included in Plaintiff's Designation of David Maland Deposition Testimony. Cumulative under Fed. R. Evid 403. The offer is not in question/answer format; the designation does not include a question. |
| David Maland Cross Designations | 82:15-83:5 (Cross) | The offer is not in question/answer format; the designation does not include a question. Irrelevant and immaterial under Fed. R. Evid. 402. |
| David Maland Cross Designations | 84:1-9 (Cross) | The offer is not in question/answer format the designation is an answer. |
| David Maland Cross Designations | 84:25-85:12 (Cross) | Already included in Plaintiff's Designation of David Maland Deposition Testimony. Cumulative under Fed. R. Evid 403 |
| David Maland Cross Designations | 86:16-87:21 (Cross) | Already included in Plaintiff's Designation of David Maland Deposition Testimony. Cumulative under Fed. R. Evid 403 |
| David Maland Cross Designations | 89:12-19 (Cross) | The offer is not in question/answer format the designation is only part of an answer. Irrelevant and immaterial under Fed. R. Evid. 402. |
| David Maland Cross Designations | 89:20-92:8 (Cross) | Already included in Plaintiff's Designation of David Maland Deposition Testimony. Cumulative under Fed. R. Evid 403 |

| Deponent | Page/Line | Objections |
|----------|-----------|------------|
| David Maland Cross Designations | 92:9-93:23 (Cross) | Irrelevant and immaterial under Fed. R. Evid. 402. Hearsay. |
| David Maland Cross Designations | 94:11-12 (Cross) | The offer is not in question/answer format the designation is an answer. |
| David Maland Cross Designations | 94:13-17 (Cross) | Irrelevant and immaterial under Fed. R. Evid. 402. If deemed relevant, the probative value is outweighed by danger of unfair prejudice under Fed. R. 403. |
| David Maland Cross Designations | 96:17-96:25 (Cross) | Already included in Plaintiff's Designation of David Maland Deposition Testimony. Cumulative under Fed. R. Evid 403 |
| David Maland Cross Designations | 100:1-19 (Cross) | Already included in Plaintiff's Designation of David Maland Deposition Testimony. Cumulative under Fed. R. Evid 403 |
| David Maland Cross Designations | 100:21-101:25 (Cross) | Already included in Plaintiff's Designation of David Maland Deposition Testimony. Cumulative under Fed. R. Evid 403 The offer is not in question/answer format the designation is an answer. |
| David Maland Cross Designations | 108:3-109:5 (Cross) | Already included in Plaintiff's Designation of David Maland Deposition Testimony. Cumulative under Fed. R. Evid 403 |
| David Maland Cross Designations | 110:6-111:20 (Cross) | Already included in Plaintiff's Designation of David Maland Deposition Testimony. Cumulative under Fed. R. Evid 403. Irrelevant and immaterial under Fed. R. Evid. 402. |
| David Maland Cross Designations | 111:21-112:3 (Cross) | Irrelevant and immaterial under Fed. R. Evid. 402. Cumulative under Fed. R. Evid 403 |
| David Maland Cross Designations | 112:14-24 (Cross) | Already included in Plaintiff's Designation of David Maland Deposition Testimony. Cumulative under Fed. R. Evid 403 |
| David Maland Cross Designations | 114:14-19 (Cross) | Irrelevant and immaterial under Fed. R. Evid. 402. |
| David Maland Cross Designations | 116:2 (Cross) | The offer is not in question/answer format the designation is only two words of an answer. |
| David Maland Cross Designations | 122:10-16 (Cross) | Already included in Plaintiff's Designation of David Maland Deposition Testimony. Cumulative under Fed. R. Evid 403. |
| David Maland Cross Designations | 122:24-123:13 (Cross) | Already included in Plaintiff's Designation of David Maland Deposition Testimony. Cumulative under Fed. R. Evid 403. |

| Deponent | Page/Line | Objections |
|---|---|---|
| David Maland Cross Designations | 126:20-127:17 (Cross) | Already included in Plaintiff's Designation of David Maland Deposition Testimony. Cumulative under Fed. R. Evid 403. |
| David Maland Cross Designations | 129:6-130:19 (Cross) | Improper cross examination on area not covered in direct. Objection should not be read to the jury. Cumulative under Fed. R. Evid 403. |
| David Maland Cross Designations | 135:23-140:8 (Cross) | Already included in Plaintiff's Designation of David Maland Deposition Testimony. Cumulative under Fed. R. Evid 403. |
| David Maland Cross Designations | 142:3-142:19 (Cross) | Already included in Plaintiff's Designation of David Maland Deposition Testimony. Cumulative under Fed. R. Evid 403. |
| David Maland Cross Designations | 143:3-145:5 (Cross) | Already included in Plaintiff's Designation of David Maland Deposition Testimony. Cumulative under Fed. R. Evid 403. |
| David Maland Cross Designations | 146:5-148:4 (Cross) | Already included in Plaintiff's Designation of David Maland Deposition Testimony. Cumulative under Fed. R. Evid 403. |
| David Maland Cross Designations | 148:6-13 (Cross) | Already included in Plaintiff's Designation of David Maland Deposition Testimony. Cumulative under Fed. R. Evid 403. |
| David Maland Cross Designations | 149:7-18 (Cross) | Already included in Plaintiff's Designation of David Maland Deposition Testimony. Cumulative under Fed. R. Evid 403. |
| David Maland Cross Designations | 149:21-150:17; 150:24-152:19 (Cross) | Already included in Plaintiff's Designation of David Maland Deposition Testimony. Cumulative under Fed. R. Evid 403. |
| David Maland Cross Designations | 152:18-19 (Cross) | Leading. The offer is not in question/answer format; the designation is a question without any answer. |
| David Maland Cross Designations | 152:22-153:25 (Cross) | Cumulative under Fed. R. Evid 403. The offer is not in question/answer format; the designation does not include a question |
| David Maland Cross Designations | 155:21-156:24 (Cross) | Already included in Plaintiff's Designation of David Maland Deposition Testimony. Cumulative under Fed. R. Evid 403. |
| David Maland Cross Designations | 157:3-161:11 (Cross) | Already included in Plaintiff's Designation of David Maland Deposition Testimony. Cumulative under Fed. R. Evid 403. |
| David Maland Cross Designations | 160:4-7 (Cross) | Hearsay |

| Deponent | Page/Line | Objections |
|---|---|---|
| David Maland Cross Designations | 162:6-165:6 (Cross) | Already included in Plaintiff's Designation of David Maland Deposition Testimony. Cumulative under Fed. R. Evid 403 |
| David Maland Cross Designations | 165:8-9 (Cross) | Leading and Speculation. |
| David Maland Cross Designations | 163:6-15 (Cross) | Irrelevant and immaterial under Fed. R. Evid. 402. |
| David Maland Cross Designations | 163:24-165:13 (Cross) | Irrelevant and immaterial under Fed. R. Evid. 402. |
| David Maland Cross Designations | 165:13-14 (Cross) | Leading. Speculation. |
| David Maland Cross Designations | 165:16-20 (Cross) | Already included in Plaintiff's Designation of David Maland Deposition Testimony. Cumulative under Fed. R. Evid 403. |
| David Maland Cross Designations | 168:12-175:25 (Cross) | Already included in Plaintiff's Designation of David Maland Deposition Testimony. Cumulative under Fed. R. Evid 403. |
| David Maland Cross Designations | 176:12-180:14 (Cross) | Already included in Plaintiff's Designation of David Maland Deposition Testimony. Cumulative under Fed. R. Evid 403. |
| David Maland Cross Designations | 181:5-182:24 (Cross) | Already included in Plaintiff's Designation of David Maland Deposition Testimony. Cumulative under Fed. R. Evid 403. |
| David Maland Cross Designations | 183:9-24 (Cross) | Already included in Plaintiff's Designation of David Maland Deposition Testimony. Cumulative under Fed. R. Evid 403. |
| David Maland Cross Designations | 187:8-16 (Cross) | Already included in Plaintiff's Designation of David Maland Deposition Testimony. Cumulative under Fed. R. Evid 403. |
| David Maland Cross Designations | 187:21-188:1 (Cross) | Already included in Plaintiff's Designation of David Maland Deposition Testimony. Cumulative under Fed. R. Evid 403. |
| David Maland Cross Designations | 189:5-191:5 (Cross) | Already included in Plaintiff's Designation of David Maland Deposition Testimony. Cumulative under Fed. R. Evid 403. |
| David Maland Cross Designations | 192:10-193:14 (Cross) | Already included in Plaintiff's Designation of David Maland Deposition Testimony. Cumulative under Fed. R. Evid 403. |
| David Maland Cross Designations | 199:9-21 (Cross) | Already included in Plaintiff's Designation of David Maland Deposition Testimony. Cumulative under Fed. R. Evid 403. |
| David Maland Cross Designations | 199:25-200:19 (Cross) | Already included in Plaintiff's Designation of David Maland Deposition Testimony. Cumulative under Fed. R. Evid 403. |

| Deponent | Page/Line | Objections |
|---|---|---|
| David Maland Cross Designations | 200:21-23 (Cross) | Already included in Plaintiff's Designation of David Maland Deposition Testimony. Cumulative under Fed. R. Evid 403. The offer is not in question/answer format; the designation does not include a question |

| Deponent | Page/Line | Objections |
|---|---|---|
| Cynthia Paar | 6:5-5 | Optional completeness to avoid confusion. |
| Cynthia Paar | 6:15-24 | Optional completeness to avoid confusion. |
| Cynthia Paar | 7:19-21 | Optional completeness to avoid confusion. |
| Cynthia Paar | 8:9-9:1 | Optional completeness to avoid confusion. |
| Cynthia Paar | 10:12-22 | Optional completeness to avoid confusion. |
| Cynthia Paar | 16:25 | Objection not to be read to the jury. |
| Cynthia Paar | 17:9-12 | Leading |
| Cynthia Paar | 17:13-14 | Objection not to be read to the jury. |
| Cynthia Paar | 17:15-16 | Irrelevant and immaterial under Fed. R. Evid. 402. |
| Cynthia Paar | 18:7-9-10 | Leading. Speculation |
| Cynthia Paar | 19:9 | Leading. Speculation |
| Cynthia Paar | 19:13-15 | Leading |
| Cynthia Paar | 19:17-19 | Leading |
| Cynthia Paar | 19:22-25 | Leading. |
| Cynthia Paar | 20:2-8 | Leading. |
| Cynthia Paar | 20: 15-18 | Compound. Speculation. Lack of foundation for lay opinion testimony. Fed. R. Evid. 701. |
| Cynthia Paar | 20:19-21 | Compound. Speculation. Lack of foundation for lay opinion testimony. Fed. R. Evid. 701. |
| Cynthia Paar | 20:24-21:2 | Compound. Speculation. Lack of foundation for lay opinion testimony. Fed. R. Evid. 701. |
| Cynthia Paar | 21:3-5 | Leading. Compound. Speculation. Lack of foundation for lay opinion testimony. Fed. R. Evid. 701. |
| Cynthia Paar | 23:15-18 | Leading |
| Cynthia Paar | 24: 2-8 | Leading. Speculation. Lack of foundation for lay opinion testimony. Fed. R. Evid. 701. |
| Cynthia Paar | 24:5-6 | Objection not to be read to the jury. |
| Cynthia Paar | 24:18-20 | Leading. Speculation. Lack of foundation for lay opinion testimony. Fed. R. Evid. 701. |
| Cynthia Paar | 24: 21 and 23 | Objections not to be read to the jury. |
| Cynthia Paar | 28:13-175 | Leading |
| Cynthia Paar | 28:16 | Objection not to be read to the jury. |
| Cynthia Paar | 28:21 | Sidebar |
| Cynthia Paar Cross Designations | 8:1 (Cross) | The offer is not in question/answer format; the designation does not include a question. |
| Cynthia Paar Cross Designations | 15:25-16:24 (Cross) | Already included in Plaintiff's Designation of Cynthia Paar Deposition Testimony. Cumulative under Fed. R. Evid 403. |
| Cynthia Paar Cross Designations | 15:20-16:1 (Cross) | Leading |

| Deponent | Page/Line | Objections |
|---|---|---|
| Cynthia Paar Cross Designations | 17:1-17 (Cross) | Already included in Plaintiff's Designation of Cynthia Paar Deposition Testimony. Cumulative under Fed. R. Evid 403. |
| Cynthia Paar Cross Designations | 17:9-12 (Cross) | Leading. |
| Cynthia Paar Cross Designations | 17:15-18:2 (Cross) | Already included in Plaintiff's Designation of Cynthia Paar Deposition Testimony. Cumulative under Fed. R. Evid 403. |
| Cynthia Paar Cross Designations | 18:7-9 (Cross) | Leading. Speculation. Already included in Plaintiff's Designation of Cynthia Paar Deposition Testimony. Cumulative under Fed. R. Evid 403. |
| Cynthia Paar Cross Designations | 19:9-10 (Cross) | Leading. Speculation. Already included in Plaintiff's Designation of Cynthia Paar Deposition Testimony. Cumulative under Fed. R. Evid 403. |
| Cynthia Paar Cross Designations | 19:13-15 (Cross) | Leading. Already included in Plaintiff's Designation of Cynthia Paar Deposition Testimony. Cumulative under Fed. R. Evid 403. |
| Cynthia Paar Cross Designations | 19:17-19 (Cross) | Leading. Already included in Plaintiff's Designation of Cynthia Paar Deposition Testimony. Cumulative under Fed. R. Evid 403. |
| Cynthia Paar Cross Designations | 19:22-25 (Cross) | Leading. Already included in Plaintiff's Designation of Cynthia Paar Deposition Testimony. Cumulative under Fed. R. Evid 403. |
| Cynthia Paar Cross Designations | 20:2-5 (Cross) | Leading. Already included in Plaintiff's Designation of Cynthia Paar Deposition Testimony. Cumulative under Fed. R. Evid 403. |
| Cynthia Paar Cross Designations | 20: 15-18 (Cross) | Compound. Speculation. Lack of foundation for lay opinion testimony. Fed. R. Evid. 701. Already included in Plaintiff's Designation of Cynthia Paar Deposition Testimony. Cumulative under Fed. R. Evid 403. |
| Cynthia Paar Cross Designations | 20:19-22 (Cross) | Compound. Speculation. Lack of foundation for lay opinion testimony. Fed. R. Evid. 701. Already included in Plaintiff's Designation of Cynthia Paar Deposition Testimony. Cumulative under Fed. R. Evid 403. |

| Deponent | Page/Line | Objections |
|---|---|---|
| Cynthia Paar Cross Designations | 20:24-21:2 (Cross) | Compound. Speculation. Lack of foundation for lay opinion testimony. Already included in Plaintiff's Designation of Cynthia's Paar Deposition Testimony. Cumulative under Fed. R. Evid 403. |
| Cynthia Paar Cross Designations | 21:3-5 (Cross) | Compound. Leading. Speculation. Lack of foundation for lay opinion testimony. Fed. R. Evid. 701. Already included in Plaintiff's Designation of Cynthia Paar Deposition Testimony. Cumulative under Fed. R. Evid 403. |
| Cynthia Paar Cross Designations | 23:15-18 (Cross) | Leading. Already included in Plaintiff's Designation of Cynthia Paar Deposition Testimony. Cumulative under Fed. R. Evid 403. |
| Cynthia Paar Cross Designations | 25:6-19 (Cross) | Already included in Plaintiff's Designation of Cynthia Paar Deposition Testimony. Cumulative under Fed. R. Evid 403. |
| Cynthia Paar Cross Designations | 27:25-28:15 (Cross) | Already included in Plaintiff's Designation of Cynthia Paar Deposition Testimony. Cumulative under Fed. R. Evid 403. |
| Cynthia Paar Cross Designations | 28:13-17 (Cross) | Leading |
| Cynthia Paar Cross Designations | 28:17-21 (Cross) | Already included in Plaintiff's Designation of Cynthia Paar Deposition Testimony. Cumulative under Fed. R. Evid 403. |
| Cynthia Paar Cross Designations | 28:21 (Cross) | Sidebar |

| Deponent | Page/Line | Objections |
|---|---|---|
| Peggy Thompson | 8:20-9:11 | Optional completeness to avoid confusion. |
| Peggy Thompson | 10:9-11:12 | Optional completeness to avoid confusion. |
| Peggy Thompson | 15:21-16:11 | Optional completeness to avoid confusion. |
| Peggy Thompson | 19:16-20:4 | Optional completeness to avoid confusion. |
| Peggy Thompson | 24:24-25:3 | Leading. |
| Peggy Thompson | 25:4-7 | Leading |
| Peggy Thompson | 25:14-18 | Leading. If deemed relevant, the probative value is outweighed by danger of unfair prejudice under Fed. R. 403. |
| Peggy Thompson | 25:3 | Objection not to be read to the jury. |
| Peggy Thompson | 25:6 | Objection not to be read to the jury. |
| Peggy Thompson | 25:16-17 | Objection not to be read to the jury. |
| Peggy Thompson | 26:2-7 | Leading. |
| Peggy Thompson | 26:5 | Objection not to be read to the jury. |
| Peggy Thompson | 26:22-25 | Leading. Speculation. Improper predicate for lay opinion testimony. Fed. R. Evid. 701. |
| Peggy Thompson | 26:24 | Objection not to be read to the jury. |
| Peggy Thompson | 27:5-6 | Leading. |
| Peggy Thompson | 27:7-11 | Leading. |
| Peggy Thompson | 27:9-10 | Objections not to be read to the jury. |
| Peggy Thompson | 27:18 | Sidebar |

| Deponent | Page/Line | Objections |
|---|---|---|
| Rhonda Lafitte | 24:4 | Sidebar |
| Rhonda Lafitte Cross Designations | 16:11-12 (Cross) | Irrelevant and immaterial under Fed. R. Evid. 402. |
| Rhonda Lafitte Cross Designations | 17:22-18:1 (Cross) | Irrelevant and immaterial under Fed. R. Evid. 402. |
| Rhonda Lafitte Cross Designations | 18:6-24 (Cross) | Irrelevant and immaterial under Fed. R. Evid. 402. |
| Rhonda Lafitte Cross Designations | 22:24-23: 4 (Cross) | Already included in Plaintiff's Designation of Rhonda Lafitte Deposition Testimony. Cumulative under Fed. R. Evid 403. |
| Rhonda Lafitte Cross Designations | 23:12-14 (Cross) | Already included in Plaintiff's Designation of Rhonda Lafitte Deposition Testimony. Cumulative under Fed. R. Evid 403. |
| Rhonda Lafitte Cross Designations | 23:8-24:4 (Cross) | Already included in Plaintiff's Designation of Rhonda Lafitte Deposition Testimony. Cumulative under Fed. R. Evid 403. |
| Rhonda Lafitte Cross Designations | 23:24-24:3 (Cross) | Already included in Plaintiff's Designation of Rhonda Lafitte Deposition Testimony. Cumulative under Fed. R. Evid 403. |
| Rhonda Lafitte Cross Designations | 24:4 (Cross) | Already included in Plaintiff's Designation of Rhonda Lafitte Deposition Testimony. Cumulative under Fed. R. Evid 403. Sidebar. |

| Deponent | Page/Line | Objections |
|---|---|---|
| David Provines | 13:21-14:3 | Optional completeness to avoid confusion. |
| David Provines | 23:15-25:2 | Optional completeness to avoid confusion. |
| David Provines | 29:12-15 | Offer does not include a question. |
| David Provines | 29:25-30:8 | Optional completeness to avoid confusion. |
| David Provines | 30:9-31:9 | Optional completeness to avoid confusion. |
| David Provines | 32:1-32:5 | Leading |
| David Provines | 32:5 | Objection not to be read to the jury. |
| David Provines | 32:6-7 | Leading |
| David Provines | 32: 8-10 | Objections not to be read to the jury. |
| David Provines | 35:16-18 | Leading.  The offer is not in question/answer format; the designation is a question without any answer. |
| David Provines | 36:6-9 | Leading.  Improper predicate for lay opinion testimony.  Fed. R. Evid. 701. |
| David Provines | 36:10-11 | Objections not to be read to the jury. |
| David Provines | 36:12-20 | Leading |
| David Provines | 37:3-13 | Leading |
| David Provines | 38:2-14 | Optional completeness to avoid confusion. |
| David Provines | 37:7-8 | Objections not to be read to the jury. |
| David Provines | 38:15-40:9 | Improper predicate for lay opinion testimony. Fed. R. Evid. 701. |
| David Provines | 41:2-5 | Leading.  Speculation.  Improper predicate for lay opinion testimony.  Fed. R. Evid. 701. |
| David Provines | 42:10 | Leading.  Speculation.  Improper predicate for lay opinion testimony.  Fed. R. Evid. 701. |
| David Provines | 42:11-12 | Objections not to be read to the jury. |
| David Provines | 43:13 | Leading.  Speculation.  Improper predicate for lay opinion testimony.  If deemed relevant, the probative value is outweighed by danger of unfair prejudice under Fed. R. 403. |
| David Provines | 43:14-15 | Objections not to be read to the jury. |
| David Provines | 43:17-18 | Leading.  Improper predicate for lay opinion testimony.  Fed. R. Evid. 701. |
| David Provines | 43:19-20 | Objections not to be read to the jury. |
| David Provines | 43:22-24 | Leading.  Speculation.  Improper predicate for lay opinion testimony.  Fed. R. Evid. 701. |
| David Provines | 43:24-44:1 | Objections not to be read to the jury. |
| David Provines | 44:3-7 | Leading. |
| David Provines | 44:8-13 | Leading.  Speculation.  Improper predicate for lay opinion testimony.  Fed. R. Evid. 701. |
| David Provines | 44:11-12 | Objections not to be read to the jury. |
| David Provines | 44:16-21 | Leading.  Speculation.  Improper predicate for lay opinion testimony.  Fed. R. Evid. 701. |

| Deponent | Page/Line | Objections |
|---|---|---|
| David Provines | 44:19-20 | Objections not to be read to the jury. |
| David Provines | 44:22-24 | Leading |
| David Provines | 44:25-45:1 | Objections not to be read to the jury. |
| David Provines | 45:2-5 | Leading. Speculation. |
| David Provines | 45:4 | Objection not to be read to the jury. |
| David Provines | 45:6-16 | Speculation. Improper predicate for lay opinion testimony. Fed. R. Evid. 701. Irrelevant and immaterial under Fed. R. Evid. 402. If deemed relevant, the probative value is outweighed by danger of unfair prejudice under Fed. R. 403. |
| David Provines | 45:8-9 | Objection not to be read to the jury. |
| David Provines | 45:17-18 | Leading. Speculation. Improper predicate for lay opinion testimony. Irrelevant and immaterial under Fed. R. Evid. 402. If deemed relevant, the probative value is outweighed by danger of unfair prejudice under Fed. R. 403. The offer is not in question/answer format; the designation is a question without any answer. |
| David Provines | 46:3-6 | Leading. Speculation. Argumentative. Improper predicate for lay opinion testimony. Fed. R. Evid. 701. The offer is not in question/answer format; the designation is a question without any answer. |
| David Provines | 46:6-7 | Objections not to be read to the jury. |
| David Provines | 46:16 | Leading. Argumentative. Improper predicate for lay opinion testimony. Fed. R. Evid. 701. Irrelevant and immaterial under Fed. R. Evid. 402. If deemed relevant, the probative value is outweighed by danger of unfair prejudice under Fed. R. 403. |
| David Provines | 46:21-22 | Leading. Speculation. Improper predicate for lay opinion testimony. Fed. R. Evid. 701. |
| David Provines | 46:23 | Objection not to be read to the jury. |
| David Provines | 46:25-47:3 | Leading. Speculation. Improper predicate for lay opinion testimony. Fed. R. Evid. 701. |
| David Provines | 47: 4-7 | Objections not to be read to the jury. |
| David Provines | 49:2-4 | Sidebar. |
| David Provines Cross Designations | 29:12-24 (Cross) | Already included in Plaintiff's Designation of David Provines Deposition Testimony. Cumulative under Fed. R. Evid 403. |
| David Provines Cross Designations | 31:13-33:25 (Cross) | Already included in Plaintiff's Designation of David Provines Deposition Testimony. Cumulative under Fed. R. Evid 403. |

| Deponent | Page/Line | Objections |
|---|---|---|
| David Provines Cross Designations | 34:12-17 (Cross) | Already included in Plaintiff's Designation of David Provines Deposition Testimony. Cumulative under Fed. R. Evid 403. |
| David Provines Cross Designations | 36:6-9 (Cross) | Leading. Improper predicate for lay opinion testimony. Already included in Plaintiff's Designation of David Provines Deposition Testimony. Cumulative under Fed. R. Evid 403. |
| David Provines Cross Designations | 36:12-20 (Cross) | Leading. Already included in Plaintiff's Designation of David Provines Deposition Testimony. Cumulative under Fed. R. Evid 403. |
| David Provines Cross Designations | 36:21-25 (Cross) | Irrelevant and immaterial under Fed. R. Evid. 402. Already included in Plaintiff's Designation of David Provines Deposition Testimony. Cumulative under Fed. R. Evid 403. |
| David Provines Cross Designations | 37:3-6 (Cross) | Leading Already included in Plaintiff's Designation of David Provines Deposition Testimony. Cumulative under Fed. R. Evid 403. |
| David Provines Cross Designations | 36:17-37:6 (Cross) | Already included in Plaintiff's Designation of David Provines Deposition Testimony. Cumulative under Fed. R. Evid 403. |
| David Provines Cross Designations | 37:9-20 (Cross) | Already included in Plaintiff's Designation of David Provines Deposition Testimony. Cumulative under Fed. R. Evid 403. |
| David Provines Cross Designations | 38:15-40:9 (Cross) | Improper predicate for lay opinion testimony. Fed. R. Evid. 701. Already included in Plaintiff's Designation of David Provines Deposition Testimony. Cumulative under Fed. R. Evid 403. The offer is not in question/answer format; the designation ends in only part of a question. |
| David Provines Cross Designations | 41:2-5 (Cross) | Leading. Speculation. Improper predicate for lay opinion testimony. Fed. R. Evid. 701. |
| David Provines Cross Designations | 41:23-45:18 (Cross) | Already included in Plaintiff's Designation of David Provines Deposition Testimony. Cumulative under Fed. R. Evid 403. |
| David Provines Cross Designations | 42:10 (Cross) | Leading. Speculation. Improper predicate for lay opinion testimony. Fed. R. Evid. 701. Already included in Plaintiff's Designation of David Provines Deposition Testimony. Cumulative under Fed. R. Evid 403. |

| Deponent | Page/Line | Objections |
|---|---|---|
| David Provines Cross Designations | 42:11-12 (Cross) | Objections not to be read to the jury. |
| David Provines Cross Designations | 43:13 (Cross) | Leading. Speculation. Improper predicate for lay opinion testimony. If deemed relevant, the probative value is outweighed by danger of unfair prejudice under Fed. R. 403. Already included in Plaintiff's Designation of David Provines Deposition Testimony. Cumulative under Fed. R. Evid 403. |
| David Provines Cross Designations | 43:14-15 (Cross) | Objections not to be read to the jury. |
| David Provines Cross Designations | 43:17-18 | Leading. Improper predicate for lay opinion testimony. Fed. R. Evid. 701. Already included in Plaintiff's Designation of David Provines Deposition Testimony. Cumulative under Fed. R. Evid 403. |
| David Provines Cross Designations | 43:19-20 (Cross) | Objections not to be read to the jury. |
| David Provines Cross Designations | 43:22-44:2 (Cross) | Leading. Speculation. Improper predicate for lay opinion testimony. Already included in Plaintiff's Designation of David Provines Deposition Testimony. Cumulative under Fed. R. Evid 403. |
| David Provines Cross Designations | 43:24-44:1 (Cross) | Objections not to be read to the jury. |
| David Provines Cross Designations | 44:3-7 (Cross) | Leading. Already included in Plaintiff's Designation of David Provines Deposition Testimony. Cumulative under Fed. R. Evid 403. |
| David Provines Cross Designations | 44:8-13 (Cross) | Leading. Speculation. Improper predicate for lay opinion testimony. Fed. R. Evid. 701. Already included in Plaintiff's Designation of David Provines Deposition Testimony. Cumulative under Fed. R. Evid 403. |
| David Provines Cross Designations | 44:11-12 (Cross) | Objections not to be read to the jury. |
| David Provines Cross Designations | 44:16-21 (Cross) | Leading. Speculation. Improper predicate for lay opinion testimony. Fed. R. Evid. 701. Already included in Plaintiff's Designation of David Provines Deposition Testimony. Cumulative under Fed. R. Evid 403. |
| David Provines Cross Designations | 44:19-20 (Cross) | Objections not to be read to the jury. |

| Deponent | Page/Line | Objections |
|---|---|---|
| David Provines Cross Designations | 44:22-24 (Cross) | Leading. Already included in Plaintiff's Designation of David Provines Deposition Testimony. Cumulative under Fed. R. Evid 403. |
| David Provines Cross Designations | 44:25-45:1 (Cross) | Objections not to be read to the jury. |
| David Provines Cross Designations | 45:2-5 (Cross) | Leading. Speculation. Irrelevant and immaterial under Fed. R. Evid. 402. Already included in Plaintiff's Designation of David Provines Deposition Testimony. Cumulative under Fed. R. Evid 403. |
| David Provines Cross Designations | 45:4 (Cross) | Objection not to be read to the jury. |
| David Provines Cross Designations | 45:6-16 (Cross) | Speculation. Improper predicate for lay opinion testimony. Fed. R. Evid. 701. Irrelevant and immaterial under Fed. R. Evid. 402. If deemed relevant, the probative value is outweighed by danger of unfair prejudice under Fed. R. 403. Already included in Plaintiff's Designation of David Provines Deposition Testimony. Cumulative under Fed. R. Evid 403. |
| David Provines Cross Designations | 45:8-9 (Cross) | Objection not to be read to the jury. |
| David Provines Cross Designations | 45:17-18 (Cross) | Leading. Speculation. Improper predicate for lay opinion testimony. Irrelevant and immaterial under Fed. R. Evid. 402. If deemed relevant, the probative value is outweighed by danger of unfair prejudice under Fed. R. 403. The offer is not in question/answer format; the designation is a question without any answer. Already included in Plaintiff's Designation of David Provines Deposition Testimony. Cumulative under Fed. R. Evid 403. |

| Deponent | Page/Line | Objections |
|---|---|---|
| Faye Thompson | 12:22-16:5 | Irrelevant and immaterial under Fed. R. Evid. 402. If deemed relevant, the probative value is outweighed by danger of unfair prejudice under Fed. R. 403. |
| Faye Thompson | 12:25-13:13 | Hearsay. Fed. R. Evid. 802. |
| Faye Thompson | 14:12-14 | Leading. |
| Faye Thompson | 14:15 | Objection not to be read to the jury. |
| Faye Thompson | 14:16 | Leading. Speculation |
| Faye Thompson | 14:17 | Objection not to be read to the jury. |
| Faye Thompson | 14:19-21 | Leading. Speculation. Improper predicate for lay opinion testimony. Fed. R. Evid. 701. Irrelevant and immaterial under Fed. R. Evid. 402. If deemed relevant, the probative value is outweighed by danger of unfair prejudice under Fed. R. 403. |
| Faye Thompson | 14:20 | Objection not to be read to the jury. |
| Faye Thompson | 14:22 | Objection not to be read to the jury. |
| Faye Thompson | 14:23-15:11 | Improper predicate for lay opinion testimony. Irrelevant and immaterial under Fed. R. Evid. 402. If deemed relevant, the probative value is outweighed by danger of unfair prejudice under Fed. R. 403 |
| Faye Thompson | 15:10-11 | Leading. Improper predicate for lay opinion testimony. |
| Faye Thompson | 15:12-13 | Objections not to be read to the jury. |
| Faye Thompson | 15:14-16 | Leading |
| Faye Thompson | 15:17-18 | Objections not to be read to the jury. |
| Faye Thompson | 15:19-22 | Leading |
| Faye Thompson | 15:21 | Objection not to be read to the jury. |
| Faye Thompson | 15:23-16:1 | Leading. Speculation. |
| Faye Thompson | 15:25 | Objection not to be read to the jury |
| Faye Thompson | 16:2 | Objection not to be read to the jury. |
| Faye Thompson Cross designations | 12:4-14:14 (Cross) | Already included in Plaintiff's Designation of Fay Thompson Deposition Testimony. Cumulative under Fed. R. Evid 403. |
| Faye Thompson Cross designations | 12:22-16:5 (Cross) | Irrelevant and immaterial under Fed. R. Evid. 402. If deemed relevant, the probative value is outweighed by danger of unfair prejudice under Fed. R. 403. Already included in Plaintiff's Designation of Fay Thompson Deposition Testimony. Cumulative under Fed. R. Evid 403. |

| Deponent | Page/Line | Objections |
|---|---|---|
| Faye Thompson Cross designations | 12:25-13 (Cross) | Hearsay. Fed. R. Evid. 802. Already included in Plaintiff's Designation of Fay Thompson Deposition Testimony. Cumulative under Fed. R. Evid 403. |
| Faye Thompson Cross designations | 14:12-14 (Cross) | Leading. Already included in Plaintiff's Designation of Fay Thompson Deposition Testimony. Cumulative under Fed. R. Evid. 403. |
| Faye Thompson Cross designations | 14:16-14:18 (Cross) | Leading. Speculation. Already included in Plaintiff's Designation of Fay Thompson Deposition Testimony. Cumulative under Fed. R. Evid 403. |
| Faye Thompson Cross designations | 14:19-21 (Cross) | Leading. Speculation. Improper predicate for lay opinion testimony. Fed. R. Evid. 701. Irrelevant and immaterial under Fed. R. Evid. 402. If deemed relevant, the probative value is outweighed by danger of unfair prejudice under Fed. R. 403. Already included in Plaintiff's Designation of Fay Thompson Deposition Testimony. Cumulative under Fed. R. Evid 403. |
| Faye Thompson Cross designations | 14:23-15:11 (Cross) | Improper predicate for lay opinion testimony. Fed. R. Evid. 701. Irrelevant and immaterial under Fed. R. Evid. 402. If deemed relevant, the probative value is outweighed by danger of unfair prejudice under Fed. R. 403. Already included in Plaintiff's Designation of Fay Thompson Deposition Testimony. Cumulative under Fed. R. Evid 403. |
| Faye Thompson Cross designations | 15:10-11 (Cross) | Leading. Improper predicate for lay opinion testimony. Fed. R. Evid. 701. Already included in Plaintiff's Designation of Fay Thompson Deposition Testimony. Cumulative under Fed. R. Evid 403. |
| Faye Thompson Cross designations | 15:14-16 (Cross) | Leading. Already included in Plaintiff's Designation of Fay Thompson Deposition Testimony. Cumulative under Fed. R. Evid 403. |
| Faye Thompson Cross designations | 15:19-22 (Cross) | Leading. Already included in Plaintiff's Designation of Fay Thompson Deposition Testimony. Cumulative under Fed. R. Evid 403. |

| Deponent | Page/Line | Objections |
|---|---|---|
| Faye Thompson Cross designations | 15:23-16:1 (Cross) | Leading. Speculation. Already included in Plaintiff's Designation of Fay Thompson Deposition Testimony. Cumulative under Fed. R. Evid. 403. |

| Deponent | Page/Line | Objections |
|---|---|---|
| Peter J. McAndrews | 13:18-15:11 | Improper predicate for opinion testimony Fed. R. Evid. 701, 702 and 703. Mr. McAndrews was not designated as an expert witness. |
| Peter J. McAndrews | 44:1-47:18 | Improper predicate for opinion testimony Fed. R. Evid 701, 702 and 703. Mr. McAndrews was not designated as an expert witness. Hearsay and Speculation. Fed. R. Evid. 802. Irrelevant and immaterial under Fed. R. Evid. 402. If deemed relevant, the probative value is outweighed by danger of unfair prejudice under Fed. R. 403. |
| Peter J. McAndrews | 48:13-49:22 | Irrelevant and immaterial under Fed. R. Evid. 402. If deemed relevant, the probative value is outweighed by danger of unfair prejudice under Fed. R. 403. |
| Peter J. McAndrews | 55:12-56:18 | Optional completeness to avoid confusion. |
| Peter J. McAndrews | 65:17-68:9 | Improper predicate for opinion testimony Fed. R. Evid 701, 703 and 703. Mr. McAndrews was not designated as an expert witness. Hearsay Fed. R. Evid. 802. Irrelevant and immaterial under Fed. R. Evid. 402. If deemed relevant, the probative value is outweighed by danger of unfair prejudice under Fed. R. 403. |
| Peter J. McAndrews | 68:10-70:14 | Hearsay Fed. R. Evid. 802. Irrelevant and immaterial under Fed. R. Evid. 402. |
| Peter J. McAndrews | 70:15-71:5 | Hearsay Fed. R. Evid. 802. Improper predicate for opinion testimony Fed. R. Evid. 701, 702 and 703. Mr. McAndrews was not designated as an expert witness. Irrelevant and immaterial under Fed. R. Evid. 402. If deemed relevant, the probative value is outweighed by danger of unfair prejudice under Fed. R. 403. |
| Peter J. McAndrews | 71:6-9 | Optional completeness to avoid confusion. |
| Peter J. McAndrews | 79:4-81:2 | Hearsay Fed. R. Evid. 802. |
| Peter J. McAndrews | 81:5-9 | Optional completeness to avoid confusion. |
| Peter J. McAndrews | 82:20-23 | Nonresponsive |
| Peter J. McAndrews | 83:25-84:11 | Improper predicate for opinion testimony Fed. R. Evid 701, 702 and 703. Mr. McAndrews was not designated as an expert witness. |
| Peter J. McAndrews | 84:12-13 | Speculation. |
| Peter J. McAndrews | 87:16-17 | The offer is not in question/answer format; the designation is part of a question without any answer. |