IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ERIC M. ALBRITTON, | § § | |
| Plaintiff | § § | |
| v. | § § | No. 6:08cv00089 |
| CISCO SYSTEMS, INC. RICHARD FRENKEL, MAULLUN YEN and JOHN NOH, | § § § § | JURY |
| Defendant | § § | |

## CISCO'S MOTION FOR ENTRY OF NON-WAIVER ORDER

TO THE HONORABLE DISTRICT JUDGE:

Defendant Cisco Systems, Inc. ("Cisco") hereby moves for entry of a non-waiver order pursuant to Rule 502 of the Federal Rules of Evidence.

The parties to this litigation have agreed that the production of any documents protected by the attorney-client privilege and work product doctrines under the protective order in this case does not waive the privilege with respect to that or any other documents. (See Exhibit A). A Protective Order has already been entered in this case to deal with privileged and work-product materials.

Cisco seeks an order from the Court that use of privileged and work-product documents in this case does not waive the privilege with respect to any non-parties. The parties to this litigation have already agreed that the production of documents does not waive privilege. (Exhibit A). Therefore, this Order would make that agreement binding on non-parties pursuant to Rule 502 of the Federal Rules of Civil Procedure.

Pursuant to Rule 502, a Federal court may order that privilege or work-product protection is not waived by disclosure in connection with the litigation before the court and that the disclosure is not a waiver in any other Federal or State proceeding. Accordingly, Cisco seeks an order that the use of its privileged and work-product material in this case is not a waiver in this or any other Federal or State proceeding.

Respectfully submitted,

JACKSON WALKER L.L.P.

By: /s/ *Charles L. Babcock*
   Charles L. Babcock
   Federal Bar No.: 10982
   Email: cbabcock@jw.com
   Crystal J. Parker
   Federal Bar No.: 621142
   Email: cparker@jw.com
   1401 McKinney
   Suite 1900
   Houston, Texas 77010
   (713) 752-4200
   (713) 752-4221 – Fax

ATTORNEYS FOR DEFENDANT
CISCO SYSTEMS, INC.

## CERTIFICATE OF CONFERNCE

Defendants attempted to reach an agreement regarding this Motion by discussion of the Motion in a telephone conference and a follow-up email on February 26, 2009, but have been advised by counsel for the Plaintiff that the Motion is opposed.

/s/ Charles L. Babcock
Charles L. Babcock

## CERTIFICATE OF SERVICE

This is to certify that on this 26th day of February, 2009, a true and correct copy of the foregoing was served via electronic mail upon:

George L. McWilliams
406 Walnut
P.O. Box 58
Texarkana, Texas 75504-0058
*Attorney for Defendant Richard Frenkel*

James A. Holmes
605 South Main Street, Suite 203
Henderson, Texas 75654
*Attorney for Plaintiff Eric Albritton*

Patricia L. Peden
Law Offices of Patricia L. Peden
5901 Christie Avenue
Suite 201
Emeryville, CA 94608
*Attorney for Plaintiff Eric Albritton*

Nicholas H. Patton
Patton, Tidwell & Schroeder, LLP
4605 Texas Boulevard
P.O. Box 5398
Texarkana, Texas 75505-5398
*Attorney for Plaintiff Eric Albritton*

/s/ Charles L. Babcock
Charles L. Babcock