IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ERIC M. ALBRITTON, | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| v. | § | No. 6:08cv00089 |
| | § | |
| CISCO SYSTEMS, INC. RICHARD | § | |
| FRENKEL, MAULLUN YEN and | § | |
| JOHN NOH, | § | |
| | § | |
| Defendants | § | |

## PLAINTIFF'S UNOPPOSED MOTION TO EXCEED PAGE LIMIT

Plaintiff respectfully requests leave to file his Response to Defendants' Motion in Limine (DE #191) in excess of the page limits permitted by Local Rule CV-7(a)(2) of the Eastern District of Texas.

Plaintiff seeks leave to exceed the page limit in order to fully respond to the arguments presented by Defendants in their Motion

Counsel for Plaintiff has conferred with Defendants' counsel and they are not opposed to this motion.

WHEREFORE, Plaintiff respectfully requests that the Court grant his motion.

Respectfully submitted,

_____
Nicholas H. Patton
Texas Bar No.: 15631000
PATTON, TIDWELL & SCHROEDER, LLP
4605 Texas Boulevard - P. O. Box 5398
Texarkana, Texas 7550505398
(903) 792-7080      (903) 792-8233 (fax)
nickpatton@texarkanalaw.com

Patricia L. Peden
LAW OFFICE OF PATRICIA L. PEDEN
610 16th Street, Suite 400
Oakland, California 94612
Telephone: 510.268.8033

James A. Holmes
Texas Bar No. 00784290
THE LAW OFFICE OF JAMES HOLMES, P.C.
635 South Main, Suite 203
Henderson, Texas 75654
903.657.2800 / 903.657.2855 (Fax)

ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this 26th day of February, 2009.

Nicholas H. Patton