# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| ERIC ALBRITTON, § § Plaintiff, § § v. § Case No. 6:08-CV-89 § CISCO SYSTEMS, INC., RICHARD § FRENKEL, MALLUN YEN and § JOHN NOH, § § Defendants. § | |

## ORDER DENYING AS MOOT JOHN NOH'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND MALLUN YEN'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

Pending before the court are "John Noh's motion to dismiss for lack of personal jurisdiction and memorandum in support" (docket entry #35) and "Mallun Yen's motion to dismiss for lack of personal jurisdiction and memorandum in support" (docket entry #37). In light of the court's ruling that summary judgment should be granted with respect to the Plaintiff's claims against Defendants Noh and Yen, the court hereby **DENIES AS MOOT** Noh's and Yen's respective motions to dismiss for lack of personal jurisdiction. Further, "Defendant John Noh's motion for hearing on his motion to dismiss for lack of personal jurisdiction" (docket entry #118) and "Defendant Mallun Yen's motion for hearing on her motion to dismiss for lack of personal jurisdiction" (docket entry #119) are **DENIED** as well. If the Defendants require a ruling from the court on the issue of personal jurisdiction, the parties may re-urge their motions with the court by **March 25, 2009**.

Dockets.Justia.com

IT IS SO ORDERED.

**SIGNED** this the 27th day of February, 2009.

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE