IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ERIC M. ALBRITTON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | NO. 6:08-CV-00089 |
| (1) CISCO SYSTEMS, INC., (2) RICHARD | § | |
| FRENKEL, (3) MALLUN YEN and | § | |
| (4) JOHN NOH, | § | |
| | § | |
| Defendants. | § | |

## UNOPPOSED MOTION TO SEAL EXHIBIT NO. 4 TO PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION *IN LIMINE*

COMES NOW Eric Albritton, Plaintiff herein, and hereby requests the Court seal Exhibit No. 4 to Plaintiff's Response to Defendants' Motion *in Limine* (DE #201) filed February 24, 2009. Defendants previously designated Exhibit 4 as Highly Confidential and Plaintiff inadvertently failed to seal said exhibit when filing his response. Defendants' are unopposed to the filing of this motion.

WHEREFORE, Plaintiff respectfully requests the Court grant his motion.

Respectfully submitted,

Nicholas H. Patton
Texas Bar No.: 15631000
nickpatton@texarkanalaw.com
PATTON, TIDWELL & SCHROEDER, LLP
4605 Texas Boulevard
P. O. Box 5398
Texarkana, Texas 7550505398
(903) 792-7080          (903) 792-8233 (fax)

Patricia L. Peden
LAW OFFICE OF PATRICIA L. PEDEN
610 16th Street, Suite 400
Oakland, California 94612
Telephone: 510.268.8033

James A. Holmes
Texas Bar No. 00784290
THE LAW OFFICE OF JAMES HOLMES, P.C.
635 South Main, Suite 203
Henderson, Texas 75654
903.657.2800 / 903.657.2855 (Fax)

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this 27th day of February, 2009.

_____
Nicholas H. Patton

## CERTIFICATE OF AUTHORIZATION TO FILE UNDER SEAL

This is to certify that Ex. 4 to Plaintiff's Response to Defendants' Motion *in Limine* should be filed under seal because it contains material covered by the protective order approved and entered in this case as Protective Order of June 5, 2008 (DE #13).

_____
Nicholas H. Patton