IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ERIC M. ALBRITTON, § § Plaintiff, § § v. § § NO. 6:08-CV-00089 (1) CISCO SYSTEMS, INC., (2) RICHARD § FRENKEL, (3) MALLUN YEN and § (4) JOHN NOH, § § Defendants. § | |

## **O R D E R**

The Court, having considered Plaintiff's Motion to Seal Ex. No. 4 to Plaintiff's Response to Defendants' Motion *in Limine* (DE #202), concludes that the motion is well taken and therefore GRANTS the motion [de #216].

Accordingly, it is ORDERED the clerk place Ex. No. 4 to Plaintiff's Response to Defendants' Motion *in Limine*, under seal.

IT IS SO ORDERED.

**SIGNED this the 2nd day of March, 2009.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE