IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ERIC M. ALBRITTON | § | |
| | § | |
| | § | C.A. No. 6:08cv89 |
| VS. | § | JUDGE SCHELL |
| | § | JURY |
| CISCO SYSTEMS, INC., | § | |
| RICK FRENKEL, MALLUN YEN & | § | |
| JOHN NOH | § | |

## MOVANTS' NOTICE OF APPEARANCE OF CO-COUNSEL

Movants David Maland, Shelley Moore, Cynthia Paar, Rhonda Lafitte, David Provines, Peggy Thompson, Faye Thompson, and Rachel Wilson (hereinafter collectively "Movants") hereby designate the following Assistant United States Attorney as co-counsel in this case, and respectfully request that the same be noted by the Clerk of the Court and that this attorney be added to the list of counsel in this case to receive all future notices, orders, and filings via the Court's CM/ECF system:

> Robert Wells
> Texas State Bar No. 24033327
> Assistant United States Attorney
> 110 N. College, Suite 700
> Tyler, TX  75702
> (903) 590-1400
> Fax: (903) 590-1436
> Email:  robert.wells3@usdoj.gov

> Respectfully submitted,
>
> REBECCA A. GREGORY
> UNITED STATES ATTORNEY
> EASTERN DISTRICT OF TEXAS
>
> THOMAS E. GIBSON
> Assistant United States Attorney
> Texas State Bar No. 07875450
> 110 N. College, Suite 700

1

Tyler, TX  75702  
(903) 590-1400  
Fax: (903) 590-1436  
Email:  tom.gibson@usdoj.gov


By: ⎯⎯⎯⎯⎯⎯⎯/s/⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯  
Robert A. Wells  
Texas State Bar No. 24033327  
Assistant United States Attorney  
110 N. College, Suite 700  
Tyler, TX  75702  
(903) 590-1400  
Fax: (903) 590-1436  
Email:  Robert.Wells3@usdoj.gov

ATTORNEYS FOR MOVANTS IN THEIR  
OFFICIAL CAPACITIES


## CERTIFICATE OF SERVICE

    I hereby certify that on March 3, 2009, a true and correct copy of this document was served electronically by the Court's CM/ECF system to all counsel of record.

⎯⎯⎯⎯⎯⎯⎯/s/⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯  
Robert Wells, AUSA