IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| ERIC M. ALBRITTON, | § | |
| --- | --- | --- |
| | § | |
| Plaintiff | § | |
| | § | |
| v. | § | NO. 6:08-cv-00089 |
| | § | JURY |
| CISCO SYSTEMS, INC. and | § | |
| RICHARD FRENKEL | § | |
| | § | |
| Defendants | § | |

## DEFENDANTS' UNOPPOSED MOTION TO EXCEED PAGE LIMIT

Defendants respectfully request leave to file their Reply to Plaintiff's Response to Defendants' Motion in Limine in excess of the page limits permitted by Local Rule CV-7(a)(2) of the Eastern District of Texas.

Defendants seek leave to exceed the page limit in order to fully respond to the arguments presented by Plaintiff in his Response.

Counsel for Defendants has conferred with counsel for Plaintiff and they are not opposed to this motion.

WHEREFORE, Defendants respectfully request that the court grant this Motion.

Respectfully submitted,

JACKSON WALKER L.L.P.

By: /s/ Charles L. Babcock
 Charles L. Babcock
 Federal Bar No.: 10982
 Email: cbabcock@jw.com
 Crystal J. Parker
 Federal Bar No.: 621142
 Email: cparker@jw.com
 1401 McKinney, Suite 1900
 Houston, Texas 77010
 (713) 752-4200
 (713) 752-4221 – Fax

ATTORNEYS FOR DEFENDANT
CISCO SYSTEMS, INC.


GEORGE MCWILLIAMS, P.C.

By: /s/ George L. McWilliams by permission by Charles L. Babcock
 George L. McWilliams
 Texas Bar No: 13877000
 GEORGE L. MCWILLIAMS, P.C.
 406 Walnut
 P.O. Box 58
 Texarkana, Texas 75504-0058
 (903) 277-0098
 (870) 773-2967—Fax
 Email: glmlawoffice@gmail.com

ATTORNEY FOR DEFENDANT
RICK FRENKEL

# CERTIFICATE OF SERVICE

This is to certify that on this 3rd day of March, 2009, a true and correct copy of the foregoing was served via electronic mail upon:

George L. McWilliams
406 Walnut
P.O. Box 58
Texarkana, Texas 75504-0058
***Attorney for Defendant Richard Frenkel***

James A. Holmes
605 South Main Street, Suite 203
Henderson, Texas 75654
***Attorney for Plaintiff Eric Albritton***

Patricia L. Peden
Law Offices of Patricia L. Peden
5901 Christie Avenue
Suite 201
Emeryville, CA 94608
***Attorney for Plaintiff Eric Albritton***

Nicholas H. Patton
Patton, Tidwell & Schroeder, LLP
4605 Texas Boulevard
P.O. Box 5398
Texarkana, Texas 75505-5398
***Attorney for Plaintiff Eric Albritton***

/s/ Charles L. Babcock
Charles L. Babcock