IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ERIC M. ALBRITTON, | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| v. | § | No. 6:08cv00089 |
| | § | |
| CISCO SYSTEMS, INC. RICHARD | § | |
| FRENKEL, MAULLUN YEN and | § | |
| JOHN NOH, | § | |
| | § | |
| Defendant | § | |

## **O R D E R**

The Court, having reviewed Plaintiff's Unopposed Motion to Exceed Page Limit, finds the motion [de #226] is well taken and should be GRANTED.

IT IS THEREFORE ORDERED, ADJUGED, AND DECREED that Plaintiff is granted leave to file his Reply to Defendant's Response to Plaintiff's Motion in Limine in excess of the page limit.

IT IS SO ORDERED.

**SIGNED this the 12th day of March, 2009.**

_____

RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE