# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| ERIC M. ALBRITTON, § § **Plaintiff** § § v. § § CISCO SYSTEMS, INC. and § RICHARD FRENKEL § § **Defendants** § | NO. 6:08-cv-00089 JURY |

## ORDER GRANTING DEFENDANTS' MOTION TO EXCEED PAGE LIMIT

The court, having considered Defendants' Unopposed Motion to Exceed Page Limit, finds that the motion [de #220] is well taken and should be GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Defendants are granted leave to file their Reply to Plaintiff's Response to Defendants' Motion in Limine in excess of the page limit.

IT IS SO ORDERED.

**SIGNED this the 12th day of March, 2009.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE