# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **ERIC M. ALBRITTON,** § | |
| § | |
| **Plaintiff** § | |
| § | |
| v. § | No. 6:08cv00089 |
| § | |
| **CISCO SYSTEMS, INC. RICHARD** § | |
| **FRENKEL, MAULLUN YEN and** § | |
| **JOHN NOH,** § | |
| § | |
| **Defendants** § | |

## O R D E R

The Court, having reviewed Plaintiff's Unopposed Motion to Exceed Page Limit, finds the motion [de #230] is well taken and should be GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that Plaintiff is granted leave to file his Surreply to Defendants' Motion in Limine in excess of the page limit, not to exceed a total of 15 pages.

IT IS SO ORDERED.

**SIGNED this the 18th day of March, 2009.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE