### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

| | | |
|---|---|---|
| **ERIC M. ALBRITTON,** | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| v. | § | NO. 6:08-cv-00089 |
| | § | JURY |
| **CISCO SYSTEMS, INC. and** | § | |
| **RICHARD FRENKEL** | § | |
| | § | |
| Defendants | § | |

### ORDER GRANTING DEFENDANTS' MOTION TO EXCEED PAGE LIMIT

The court, having considered Defendants' Unopposed Motion to Exceed Page Limit, finds that the motion [de#232] is well taken and should be GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Defendants are granted leave to file their Sur-Reply to Plaintiff's Reply to Defendants' Response to Plaintiff's Motion in Limine in excess of the page limit.

IT IS SO ORDERED.

**SIGNED this the 19th day of March, 2009.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE