# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

ERIC M. ALBRITTON,                         §
                                           §
          Plaintiff                        §
                                           §
v.                                         §            NO. 6:08-cv-00089
                                           §            JURY
CISCO SYSTEMS, INC. and                    §
RICHARD FRENKEL                            §
                                           §
          Defendants                       §

## ORDER GRANTING DEFENDANTS'
## MOTION TO EXCEED PAGE LIMIT

The court, having considered Defendants' Unopposed Motion to Exceed Page Limit, finds

that the motion [de#234] is well taken and should be GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Defendants are granted

leave to file their Reply to Plaintiff's Opposition to Cisco's Motion for Entry of Non-Waiver Order

in excess of the page limit.

IT IS SO ORDERED.

**SIGNED this the 19th day of March, 2009.**

_Richard A. Schell_
_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE