## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| **ERIC M. ALBRITTON,** | § | |
| | § | |
| **Plaintiff** | § | |
| | § | |
| v. | § | No. 6:08cv00089 |
| | § | |
| **CISCO SYSTEMS, INC. RICHARD** | § | |
| **FRENKEL, MAULLUN YEN and** | § | |
| **JOHN NOH,** | § | |
| | § | |
| **Defendants** | § | |

### PLAINTIFF'S UNOPPOSED MOTION TO EXCEED PAGE LIMIT

Plaintiff respectfully requests leave to file his Sur-Reply in Opposition to Defendants' Motion for Entry of Non-Waiver Order in excess of the page limits permitted by Local Rule CV-7(a)(1) of the Eastern District of Texas.

Counsel for Plaintiff has conferred with Defendants' counsel, and they are not opposed to this motion and have agreed to allow Plaintiff a total of 10 pages for said sur-reply. Plaintiff seeks leave to exceed the page limit in order to fully respond to the arguments presented by Defendants in their Reply.

WHEREFORE, Plaintiff respectfully requests that the Court grant his motion.

Respectfully Submitted,

*/s/ Nicholas H. Patton*
Nicholas H. Patton
TX Bar No. 15631000
Patton, Tidwell & Schroeder, LLP
4605 Texas Boulevard
Texarkana, Texas 75503
903.792.7080 / 903.792.8233 (Fax)

Patricia L. Peden
LAW OFFICE OF PATRICIA L. PEDEN
Cal Bar No. 206440
5901 Christie Ave., Suite 201
Emeryville, California 94608
Telephone: 510-268-8033

ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this 31st day of March 2009.

*/s/ Nicholas H. Patton*
Nicholas H. Patton