## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| **ERIC M. ALBRITTON,** | § § § | |
| Plaintiff | § § | |
| v. | § § | No. 6:08cv00089 |
| **CISCO SYSTEMS, INC. RICHARD FRENKEL, MAULLUN YEN and JOHN NOH,** | § § § § § | |
| **Defendants** | § | |

### O R D E R

The Court, having reviewed Plaintiff's Unopposed Motion to Exceed Page Limit, finds the motion [de #240] is well taken and should be GRANTED.

IT IS THEREFORE ORDERED, ADJUGED, AND DECREED that Plaintiff is granted leave to file his Sur-Reply in Opposition to Defendants' Motion for Entry of Non-Waiver Order in excess of the page limit, not to exceed a total of 10 pages.

IT IS SO ORDERED.

SIGNED this the 1st day of April, 2009.

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE