IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ERIC M. ALBRITTON, | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| v. | § | No. 6:08cv00089 |
| | § | |
| CISCO SYSTEMS, INC. RICHARD | § | |
| FRENKEL, MAULLUN YEN and | § | |
| JOHN NOH, | § | |
| | § | |
| Defendant | § | |

**JOINT MOTION TO EXTEND DEADLINE TO FILE**
**JOINT JURY INSTRUCTIONS AND VERDICT FORM**

COME NOW the parties and for their Joint Motion to Extend Deadline to File Joint Jury Instructions and Verdict Form respectfully state:

1. The parties have been diligently working on a joint jury charge but need additional time to complete the task.

2. Accordingly, the parties ask that they be permitted to file the joint jury charge on Tuesday, April 14, 2009.

WHEREFORE, the parties pray the Court grant their Joint Motion to Extend Deadline to File Joint Jury Instructions and Verdict Form.

Respectfully submitted,

*/s/ Nicholas H. Patton*

Nicholas H. Patton
State Bar No. 15631000
Patton, Tidwell & Schroeder, LLP
4605 Texas Boulevard
Texarkana, Texas 75503
903.792.7080 / 903.792.8233 (Fax)

Patricia L. Peden
LAW OFFICE OF PATRICIA L. PEDEN
610 16th Street, Suite 400
Oakland, California 94612
Telephone: 510.268.8033

James A. Holmes
Texas Bar No. 00784290
THE LAW OFFICE OF JAMES HOLMES, P.C.
635 South Main, Suite 203
Henderson, Texas 75654
903.657.2800 / 903.657.2855 (Fax)

ATTORNEYS FOR PLAINTIFF

Respectfully submitted,

JACKSON WALKER L.L.P.

By: */s/ Charles L. Babcock*
    Charles L. Babcock
    Federal Bar No.: 10982
    Email: cbabcock@jw.com
    Crystal J. Parker
    Federal Bar No.: 621142
    Email: cparker@jw.com
    1401 McKinney, Suite 1900
    Houston, Texas 77010
    (713) 752-4200
    (713) 752-4221 – Fax

ATTORNEYS FOR DEFENDANT
CISCO SYSTEMS, INC.

GEORGE MCWILLIAMS, P.C.

By:   */s/ George L. McWilliams*
     *by permission Charles L. Babcock*
     George L. McWilliams
     Texas Bar No: 13877000

     GEORGE L. MCWILLIAMS, P.C.
     406 Walnut
     P.O. Box 58
     Texarkana, Texas 75504-0058
     (903) 277-0098
     (870) 773-2967—Fax
     Email: glmlawoffice@gmail.com

ATTORNEY FOR DEFENDANT
RICK FRENKEL