IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ERIC M. ALBRITTON, § | |
| § | |
| Plaintiff § | |
| § | |
| v. § | No. 6:08cv00089 |
| § | |
| CISCO SYSTEMS, INC. RICHARD § | |
| FRENKEL, MAULLUN YEN and § | |
| JOHN NOH, § | |
| § | |
| Defendant § | |

## **O R D E R**

The Court, having considered the parties Joint Motion to Extend Deadline to File Joint Jury Instructions and Verdict Form, concludes that the motion is well taken and therefore GRANTS the motion [de #244].

Accordingly, it is ORDERED that the parties submit their joint proposed jury instructions no later than April 14, 2009.

IT IS SO ORDERED.

**SIGNED this the 13th day of April, 2009.**

_Richard A. Schell_
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE