IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ERIC M. ALBRITTON, | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| v. | § | No. 6:08cv00089 |
| | § | JURY |
| CISCO SYSTEMS, INC. and | § | |
| RICHARD FRENKEL | § | |
| | § | |
| Defendants | § | |

## DEFENDANTS' UNOPPOSED MOTION TO REOPEN DISCOVERY TO TAKE THE DEPOSITION OF MICHELLE ALBRITTON AND MOTION TO DISMISS AS MOOT DEFENDANTS' MOTION *IN LIMINE* NO. 2.

Defendants respectfully request leave of Court to reopen fact discovery in this case for the limited purpose of taking the deposition of Michelle Albritton. Ms. Albritton's deposition is scheduled to take place on April 15, 2007. The parties have further agreed that neither Scott Stephens nor John Albritton will testify at trial. Provided the Court permit Defendants to depose Ms. Albritton, Defendants also request that Defendants' Motion *in Limine* No. 2 be withdrawn as moot.

Plaintiff does not oppose Defendants' motion so long as the Court dismisses Defendants' Motion *in Limine* No. 2.

WHEREFORE, Defendants respectfully request that the Court grant their motion.

Respectfully submitted,

JACKSON WALKER L.L.P.

By: /s/ *Charles L. Babcock*
    Charles L. Babcock
    Federal Bar No.: 10982
    Email: cbabcock@jw.com
    Crystal J. Parker
    Federal Bar No.: 621142
    Email: cparker@jw.com
    1401 McKinney, Suite 1900
    Houston, Texas 77010
    (713) 752-4200
    (713) 752-4221 – Fax

ATTORNEYS FOR DEFENDANT
CISCO SYSTEMS, INC.

GEORGE MCWILLIAMS, P.C.

    /s/ *George L. McWilliams*
By: *by permission*
    George L. McWilliams
    Texas Bar No: 13877000
    GEORGE L. MCWILLIAMS, P.C.
    406 Walnut
    P.O. Box 58
    Texarkana, Texas 75504-0058
    (903) 277-0098
    (870) 773-2967—Fax
    Email: glmlawoffice@gmail.com

ATTORNEY FOR DEFENDANT
RICK FRENKEL

5487114v.1

## CERTIFICATE OF CONFERENCE

The parties have agreed to the matters stated herein.

/s/ *Charles L. Babcock*
Charles L. Babcock

## CERTIFICATE OF SERVICE

This is to certify that on this 14th day of April, 2009, a true and correct copy of the foregoing was served via electronic mail upon:

George L. McWilliams
406 Walnut
P.O. Box 58
Texarkana, Texas 75504-0058
***Attorney for Defendant Richard Frenkel***

James A. Holmes
605 South Main Street, Suite 203
Henderson, Texas 75654
***Attorney for Plaintiff Eric Albritton***

Patricia L. Peden
Law Offices of Patricia L. Peden
5901 Christie Avenue
Suite 201
Emeryville, CA 94608
***Attorney for Plaintiff Eric Albritton***

Nicholas H. Patton
Patton, Tidwell & Schroeder, LLP
4605 Texas Boulevard
P.O. Box 5398
Texarkana, Texas 75505-5398
***Attorney for Plaintiff Eric Albritton***

/s/ *Charles L. Babcock*
Charles L. Babcock

3