**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| **ERIC M. ALBRITTON,** § | |
| § | |
| Plaintiff § | |
| § | |
| v. § | NO. 6:08-cv-00089 |
| § | JURY |
| **CISCO SYSTEMS, INC. and** § | |
| **RICHARD FRENKEL** § | |
| § | |
| Defendants § | |

## ORDER GRANTING DEFENDANTS'
## MOTION TO REOPEN DISCOVERY

The court, having considered Defendants' Unopposed Motion to Reopen Discovery to Take the Deposition of Michelle Albritton and Motion to Dismiss as Moot Defendants' Motion In Limine No. 2, finds that the motion [de # 246] is well taken and should be GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Defendants are granted leave to reopen discovery to take the deposition of Michelle Albritton and the motion to dismiss Defendant's Motion in Limine No. 2 is also GRANTED. The court notes that Motion in Limine No. 2 is not a separate motion, but rather a part of docket entry # 191.

IT IS SO ORDERED.

**SIGNED this the 15th day of April, 2009.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE