# UNITED STATES DISTRICT COURT
## Eastern District of Texas
### Tyler Division

| | |
|---|---|
| ERIC ALBRITTON,<br><br>    Plaintiff,<br><br>v.<br><br>CISCO SYSTEMS, INC.,<br>ET AL.<br><br>    Defendants. | §   NOTICE OF HEARING<br>§<br>§<br>§<br>§   Case No. 6:08cv89<br>§<br>§<br>§<br>§ |

TAKE NOTICE that a **FINAL PRETRIAL CONFERENCE** has been set for the place, date and time set forth below:

| Place: UNITED STATES DISTRICT COURT<br>7940 Preston Road<br>Plano, Texas 75024 | Courtroom # 105 |
|---|---|
| Before: **The Honorable Richard Schell** | |

☒ TAKE NOTICE that the proceeding in this case has been continued/rescheduled as indicated below:

| Place: See Above | Date and Time Previously Scheduled | Continued/Rescheduled, Date and Time |
|---|---|---|
| Before: See Above | Friday, April 24, 2009 at 1:00 p.m. | **Friday, April 24, 2009 at 10:00 a.m.** |

DAVID J. MALAND
U.S. Clerk of Court

*Lori Bates*

Lori Bates for Bonnie Sanford
COURTROOM DEPUTY

<u>April 16, 2009</u>
DATE