# UNITED STATES DISTRICT COURT
## Eastern District of Texas
### Tyler Division

ERIC ALBRITTON, § NOTICE OF HEARING
§
Plaintiff, §
§
v. § Case No. 6:08cv89
§
CISCO SYSTEMS, INC., §
ET AL. §
§
Defendants. §

TAKE NOTICE that a **FINAL PRETRIAL CONFERENCE** has been set for the place, date and time set forth below:

| Place: UNITED STATES DISTRICT COURT<br>7940 Preston Road<br>Plano, Texas 75024 | Courtroom # 105 |
|---|---|
| Before: **The Honorable Richard Schell** | |

☒ TAKE NOTICE that the proceeding in this case has been continued/rescheduled as indicated below:

| Place: See Above | Date and Time Previously Scheduled | Continued/Rescheduled, Date and Time |
|---|---|---|
| Before: See Above | Friday, April 24, 2009 at 10:00 a.m. | **Monday, May 11, 2009 at 3:00 p.m.** |

DAVID J. MALAND
U.S. Clerk of Court

*Lori Bates*
Lori Bates for Bonnie Sanford
COURTROOM DEPUTY

April 22, 2009
DATE