IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ERIC ALBRITTON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 6:08-CV-89 |
| | § | |
| CISCO SYSTEMS, INC., RICHARD | § | |
| FRENKEL, MALLUN YEN and | § | |
| JOHN NOH, | § | |
| | § | |
| Defendants. | § | |

## **ORDER GRANTING IN PART DEFENDANTS' MOTION IN LIMINE**

Pending before the court is the Defendants' motion in limine (docket entry #191). Having considered the Defendants' motion, the Plaintiff's response (docket entry #202), the Defendants' reply (docket entry #221), and the Plaintiff's sur-reply (docket entry #229), the court finds as follows:

1. Granted, because the Plaintiff's unamended initial disclosures explicitly limit recovery to damages for mental anguish and punitive damages;

2. Withdrawn (see docket entry #248);

3. Granted, insofar as Plaintiff may not present or argue a particular formula or calculation model for mental anguish and punitive damages because the Plaintiff has not disclosed any computation of damages;

4. Denied (see docket entry #256 holding that the Plaintiff may, during the trial of the instant case, use relevant, confidential documents obtained through discovery);

5. Denied;

6. Denied, because the Plaintiff's complaint alleges defamation and defamation by omission and juxtaposition has been recognized in Texas and need not be separately pleaded;

dockets.Justia.com

7. Granted;

8. Granted. The Plaintiff's rebuttal expert witness, Dr. Charles Silver, shall only testify as a rebuttal witness. Dr. Silver's testimony shall be limited to those matters discussed in his expert witness report;

9. Denied;

10. Granted;

11. Granted;

12. Granted, insofar as this request is limited to unrelated instances of wrongdoing by other internet bloggers;

13. Granted; and

14. Granted.

IT IS SO ORDERED.

**SIGNED this the 8th day of May, 2009.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE