UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

JUDGE: Richard Schell

COURT REPORTER:
Jerry Kelley

COURTROOM DEPUTY:
Bonnie Sanford

**ALBRITTON**

vs.                                          CIVIL NO.  6:08cv89

**CISCO SYSTEMS**

PRESENT:            Patricia Peden, Nicholas Patton, James Holmes,  for Plaintiff

George McWilliams, Charles Babcock, David Moran, Crystal Parker, and Nicole Peavy, Legal Assistant, for Defendant

This day, 5/11/2009, came the parties and by their attorneys the following proceedings were held before Judge Richard Schell in Plano, Texas:

Final Pretrial Conference and Trial Scheduling

| | |
|---|---|
| 3:17 pm | The court called the case, noting the appearance of the parties and their attorneys. |
| 3:21 pm | The court addresses the joint final pre-trial order. |
| 3:33 pm | The court addresses the defendant's objections to plaintiff's trial exhibits. The court agrees that the objections will be ruled on as the exhibits come up n trial. |
| 3:35 pm | The court orders that docket entry #217  be unseald. |
| 3:37 pm | The court addresses trial setting.  The case will be tried in Tyler, TX. |

Jury Selection and Trial scheduled for September 14th at 9:00 am.

3:55 pm        Motions to be submitted by May 18th, Responses by May 25th.

4:04 pm        Court recessed.