IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ERIC ALBRITTON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 6:08-CV-89 |
| | § | |
| CISCO SYSTEMS, INC., RICHARD | § | |
| FRENKEL, MALLUN YEN and | § | |
| JOHN NOH, | § | |
| | § | |
| Defendants. | § | |

## **ORDER**

On this day, the parties, by and through their respective counsel, appeared before the court for a final pretrial conference. At the conference, the parties indicated that they would like the court to reconsider certain issues contained within the court's May 8, 2009 orders. Accordingly, the parties shall file any motions to reconsider the court's May 8, 2009 orders by **MAY 18, 2009**. Responses to any motions to reconsider shall be filed by **MAY 25, 2009**. Each side may only file one (1) motion. All motions and any responses thereto shall not exceed five (5) pages. The court will not accept any replies or sur-replies, given the fact that the court has already received thorough briefing from the parties on the issues ruled on in the May 8th orders. After the court rules on the motions to reconsider, the court will contact the mediator, retired U.S. Magistrate Judge Robert Faulkner, so that Judge Faulkner can convene a mediation session in this case at a time convenient to the parties and Judge Faulkner.

This case is set for jury selection and trial on **SEPTEMBER 14, 2009** at 9:00 a.m. at the **UNITED STATES COURTHOUSE** in **TYLER, TEXAS**. Due to the court's prior speaking

-1-

engagement on Friday, September 18, 2009, the court will recess the trial of this cause on **THURSDAY, SEPTEMBER 17, 2009** at the end of the business day. Trial shall resume on **MONDAY, SEPTEMBER 21, 2009** at **9:00 a.m.**

Regarding jury selection, the Plaintiff will have approximately 30 minutes for voir dire and the Defendants, collectively, will have 30 minutes. Likewise, the Plaintiff shall have three peremptory challenges and the Defendants, collectively, shall have three peremptory challenges.

IT IS SO ORDERED.

**SIGNED this the 11th day of May, 2009.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE