IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ERIC ALBRITTON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 6:08-CV-89 |
| | § | |
| CISCO SYSTEMS, INC., RICHARD | § | |
| FRENKEL, MALLUN YEN and | § | |
| JOHN NOH, | § | |
| | § | |
| Defendants. | § | |

## ORDER DENYING MOTIONS FOR RECONSIDERATION

The following motions are pending before the court:

1. Plaintiff's motion for reconsideration of the court's order granting Defendants' motion in limine no. 1 (docket entry #262); and

2. Cisco Systems, Inc.'s response to Plaintiff's motion for reconsideration of the court's order granting Defendants' motion in limine no. 1 (docket entry #264).

_____

1. Cisco Systems, Inc.'s motion to reconsider order denying Cisco's motion to compel production of documents (docket entry #263); and

2. Plaintiff's opposition to Cisco Systems, Inc.'s motion to reconsider order denying Cisco's motion to compel production of documents (docket entry #265).

Having considered the above-referenced motions and the responsive briefing thereto, the court finds that for the reasons previously stated in the court's May 8, 2009 orders, the parties' motions to reconsider should be denied. Accordingly, the court hereby **DENIES** Plaintiff's motion for reconsideration of the court's order granting Defendants' motion in limine no. 1 (docket entry #262) and Cisco Systems, Inc.'s motion to reconsider order denying Cisco's motion to compel production

-1-

of documents (docket entry #263).

The parties have filed voluminous objections to the exhibits and deposition excerpts that are expected to be introduced at trial. In light of the court's order concerning summary judgment, as well as the court's May 8, 2009 orders and today's order, the parties are hereby **ORDERED** to confer and make a good faith effort to reduce (1) the number of exhibits and deposition excerpts to be offered at trial, and (2) the number of objections to the remaining exhibits and deposition excerpts that will be offered at trial. The parties shall accomplish this within thirty (30) days from the entry of this order. The parties are further **ORDERED** to file a revised joint final pretrial order that conforms with the orders of the court and includes a reduction in the number of, and objections to, exhibits and deposition excerpts within thirty (30) days from the entry of this order. It is finally **ORDERED** that any objections to exhibits and deposition excerpts that remain unresolved shall be referred to United States Magistrate Judge Don D. Bush for disposition.

IT IS SO ORDERED.

**SIGNED this the 5th day of June, 2009.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE