# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

ERIC ALBRITTON,
 Plaintiff

  v.

CISCO SYSTEMS, INC., and
RICK FRENKEL,
 Defendants

§
§
§
§
§
§
§
§
§

CIVIL ACTION NO.: 6:08-CV-89

**JURY TRIAL DEMANDED**

## AGREED MOTION TO EXTEND THE FILING OF A REVISED PRETRIAL ORDER

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Plaintiff ERIC ALBRITTON and Defendants CISCO SYSTEMS, INC. AND RICHARD FRENKEL request the Court to modify the deadline in the Court's June 5, 2009 Order.

On June 5th the Court ordered that the parties undertake a good faith effort to do the following by July 5, 2009:

1. Reduce the number of exhibits and deposition excerpts that will be offered at trial.

2, Reduce the number of objections to the remaining exhibits and deposition excerpts that will be offered at trial.

The Court also ordered the parties to provide by July 5, 2009, a revised joint final pretrial order that would conform to the Court's various rulings in this matter. As part of the revised joint final pretrial order, the parties are to reduce the number of, and objections to, exhibits and deposition excerpts.

The parties would jointly request that the court extend the July 5, 2009 deadline to August 14, 2009. This extension is requested due to unforeseen events that have affected Plaintiff's counsel's ability to confer on the various issues prior to the July 5 date. The parties are cooperatively working to comply with the Court's order.

The parties have been diligently working to revise their exhibits and deposition designations and do anticipate being able to reduce the number of exhibits and deposition designations to be offered at trial and to revise the pretrial order.

Respectfully submitted,

PATTON, TIDWELL & SCHROEDER, L.L.P.

/s/ Nicholas H. Patton
By: by permission Charles L. Babcock
Nicholas H. Patton
Texas Bar No.: 15631000
Email: nickpatton@texarkanalaw.com
4605 Texas Blvd.
P.O. Box 5398
Texarkana, Texas 75505-5398
(903) 792-7080
(903) 792-8233 – Fax

ATTORNEYS FOR PLAINTIFF
ERIC ALBRITTON

JACKSON WALKER L.L.P.

By: /s/ Charles L. Babcock
Charles L. Babcock
Federal Bar No.: 10982
Email: cbabcock@jw.com
Crystal J. Parker
Federal Bar No.: 621142
Email: cparker@jw.com
1401 McKinney
Suite 1900
Houston, Texas 77010
(713) 752-4200
(713) 752-4221 – Fax

ATTORNEYS FOR DEFENDANT
CISCO SYSTEMS, INC.

GEORGE McWILLIAMS, P.C.

By: */s/ George L. McWilliams*
*by permission Charles L. Babcock*
George L. McWilliams
Texas Bar No: 13877000
GEORGE L. McWILLIAMS, P.C.
406 Walnut
P.O. Box 58
Texarkana, Texas 75504-0058
(903) 277-0098
(870) 773-2967—Fax
Email: glmlawoffice@gmail.com

ATTORNEY FOR DEFENDANT
RICHARD FRENKEL

## CERTIFICATE OF SERVICE

This is to certify that on this 6th day of July, 2009, a true and correct copy of the foregoing was served upon:

George L. McWilliams
406 Walnut
P.O. Box 58
Texarkana, Texas 75504-0058
*Attorney for Defendant Richard Frenkel*

James A. Holmes
605 South Main Street, Suite 203
Henderson, Texas 75654
*Attorney for Plaintiff Eric Albritton*

Patricia L. Peden
Law Offices of Patricia L. Peden
5901 Christie Avenue
Suite 201
Emeryville, CA 94608
*Attorney for Plaintiff Eric Albritton*

Nicholas H. Patton
Patton, Tidwell & Schroeder, LLP
4605 Texas Boulevard
P.O. Box 5398
Texarkana, Texas 75505-5398
*Attorney for Plaintiff Eric Albritton*

*/s/ Charles L. Babcock*
Charles L. Babcock