**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| ERIC ALBRITTON, | § | |
|     Plaintiff, | § | |
| | § | CIVIL ACTION NO.:  6:08-CV-89 |
| v. | § | JURY TRIAL DEMANDED |
| | § | |
| CISCO SYSTEMS, INC., and | § | |
| RICK FRENKEL | § | |
|     Defendants. | § | |

## <u>*ORDER*</u>

Came on this day the Parties' Agreed Motion to Extend the deadline for complying with

the Court's June 5, 2009 order.  The Court, after due consideration, finds that the Motion [de# 269]

is well-taken and should be in all respects, ***GRANTED.***

    ***IT IS, THEREFORE, ORDERED, ADJUDGED and DECREED*** that the parties

deadline to comply with the Court's June 5, 2009 Order Denying Motions for Reconsideration

shall be extended to August 14, 2009.


    **SIGNED this the 7th day of July, 2009.**


                               *Richard A. Schell*
                          _____
                           RICHARD A. SCHELL
                           UNITED STATES DISTRICT JUDGE

Dockets.Justia.com

AGREED:


*/s/ Nicholas H. Patton*
*by permission Charles L. Babcock*
Nicholas H. Patton
Attorney for Plaintiff Eric Albritton


*/s/ Charles L. Babcock*
Charles L. Babcock
Attorney for Defendant Cisco Systems, Inc.


*/s/ George L. McWilliams*
*by permission Charles L. Babcock*
George L. McWilliams
Attorney for Defendant Richard Frenkel