# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

ERIC ALBRITTON,                    §
    Plaintiff                      §
                            §         CIVIL ACTION NO.: 6:08-CV-89
      v.                             §
                            §         **JURY TRIAL DEMANDED**
CISCO SYSTEMS, INC., and           §
RICK FRENKEL,                      §
    Defendants                     §
                            §

## SECOND AGREED MOTION TO EXTEND THE FILING
## OF A REVISED PRETRIAL ORDER

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Plaintiff ERIC ALBRITTON and Defendants CISCO SYSTEMS, INC. and RICHARD FRENKEL request the Court to modify the deadline in the Court's June 5, 2009 Order.

On June 5th, the Court ordered that the parties undertake a good faith effort to do the following by July 5, 2009:

1.     Reduce the number of exhibits and deposition excerpts that will be offered at trial.

2,     Reduce the number of objections to the remaining exhibits and deposition excerpts that will be offered at trial.

The Court also ordered the parties to provide by July 5, 2009, a revised joint final pretrial order that would conform to the Court's various rulings in this matter. As part of the revised joint final pretrial order, the parties are to reduce the number of, and objections to, exhibits and deposition excerpts.

Subsequently, the Court extended these deadlines to August 14, 2009. The parties are still attempting to narrow the issues for the Court and jointly request that the Court extend the August 14, 2009 deadline to August 21, 2009. This extension is requested due to unforeseen events that have affected counsel's ability to confer on the various issues and to give the parties

additional time so that they can continue to reduce the issues for the Court. The parties are cooperatively working to comply with the Court's order.

The parties have been diligently working to revise their exhibits and deposition designations and do anticipate being able to reduce the number of exhibits and deposition designations to be offered at trial and to revise the pretrial order.

Respectfully submitted,

PATTON, TIDWELL & SCHROEDER, L.L.P.

/s/ Nicholas H. Patton
By: *by permission Charles L. Babcock*
    Nicholas H. Patton
    Texas Bar No.: 15631000
    Email: nickpatton@texarkanalaw.com
    4605 Texas Blvd.
    P.O. Box 5398
    Texarkana, Texas 75505-5398
    (903) 792-7080
    (903) 792-8233 – Fax

    ATTORNEYS FOR PLAINTIFF
    ERIC ALBRITTON

JACKSON WALKER L.L.P.

By: */s/ Charles L. Babcock*
    Charles L. Babcock
    Federal Bar No.: 10982
    Email: cbabcock@jw.com
    Crystal J. Parker
    Federal Bar No.: 621142
    Email: cparker@jw.com
    1401 McKinney
    Suite 1900
    Houston, Texas 77010
    (713) 752-4200
    (713) 752-4221 – Fax

    ATTORNEYS FOR DEFENDANT
    CISCO SYSTEMS, INC.

GEORGE MCWILLIAMS, P.C.

By:  */s/ George L. McWilliams*
     *by permission Charles L. Babcock*
     George L. McWilliams
     Texas Bar No: 13877000
     GEORGE L. MCWILLIAMS, P.C.
     406 Walnut
     P.O. Box 58
     Texarkana, Texas 75504-0058
     (903) 277-0098
     (870) 773-2967—Fax
     Email: glmlawoffice@gmail.com

     ATTORNEY FOR DEFENDANT
     RICHARD FRENKEL

## CERTIFICATE OF SERVICE

This is to certify that on this 13th day of August, 2009, a true and correct copy of the foregoing was served upon:

George L. McWilliams
406 Walnut
P.O. Box 58
Texarkana, Texas 75504-0058
*Attorney for Defendant Richard Frenkel*

James A. Holmes
605 South Main Street, Suite 203
Henderson, Texas 75654
*Attorney for Plaintiff Eric Albritton*

Patricia L. Peden
Law Offices of Patricia L. Peden
5901 Christie Avenue
Suite 201
Emeryville, CA 94608
*Attorney for Plaintiff Eric Albritton*

Nicholas H. Patton
Patton, Tidwell & Schroeder, LLP
4605 Texas Boulevard
P.O. Box 5398
Texarkana, Texas 75505-5398
*Attorney for Plaintiff Eric Albritton*

*/s/ Charles L. Babcock*
Charles L. Babcock