IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ERIC ALBRITTON,<br>    Plaintiff,<br><br>v.<br><br>CISCO SYSTEMS, INC., and<br>RICK FRENKEL<br>    Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§    CIVIL ACTION NO.: 6:08-CV-89<br>           JURY TRIAL DEMANDED |

## *ORDER*

Came on this day the Parties' Second Agreed Motion to Extend the Filing of a Revised Pretrial Order [de #274] pursuant to the court's June 5, 2009 order. The court, after due consideration, finds that the Motion is well-taken and should be in all respects, ***GRANTED.***

***IT IS, THEREFORE, ORDERED, ADJUDGED and DECREED*** that the parties deadline to comply with the court's June 5, 2009 Order to file a Revised Pretrial Order shall be extended to August 21, 2009. The court will not consider any further extensions. As the parties are aware, this case is scheduled for jury selection and trial on Monday, September 14, 2009. As noted in the court's June 5, 2009 "Order Denying Motions for Reconsideration" [de #266], the parties are required to appear before United States Magistrate Judge Don D. Bush for a hearing to resolve any remaining objections to exhibits and deposition excerpts prior to trial. So that the parties can comply with the order of the court, no further extensions will be permitted.

**SIGNED this the 14th day of August, 2009.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE

**AGREED ORDER**                                                                -Page 1-