**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| ERIC ALBRITTON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 6:08-CV-89 |
| | § | |
| CISCO SYSTEMS, INC., RICHARD | § | |
| FRENKEL, MALLUN YEN and | § | |
| JOHN NOH, | § | |
| | § | |
| Defendants. | § | |

**ORDER**

Pursuant to Judge Schell's referral order (Dkt. No. 266), the Court will conduct a hearing regarding any remaining objections to exhibits and witnesses raised in the joint final pretrial order on *Tuesday, September 1, 2009 at 10:00 a.m.* at the *United States Courthouse, 7940 Preston Road, Plano, Texas 75024.*

**SO ORDERED**.

**SIGNED this 26th day of August, 2009.**

_____
DON D. BUSH
UNITED STATES MAGISTRATE JUDGE