**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| ERIC ALBRITTON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 6:08-CV-89 |
| | § | |
| CISCO SYSTEMS, INC. and | § | |
| RICHARD FRENKEL, | § | |
| | § | |
| Defendants. | § | |

## ORDER

On August 25, 2009, Defendant Cisco Systems, Inc. and Movants Mark Chandler and Mallun Yen filed their "Motion for Protection and to Quash Trial Subpoenas of Mark Chandler and Mallun Yen" (docket entry #280). Since the trial of this cause is scheduled to begin on September 14, 2009, the court hereby **ORDERS** the Plaintiff to file an expedited response to the motion. The Plaintiff must file his response with the court by Friday, September 4, 2009 at 5:00 p.m.

IT IS SO ORDERED.

**SIGNED this the 26th day of August, 2009.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE