# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| ERIC ALBRITTON, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | Case No. 6:08cv89 |
| § | (Judge Schell) |
| CISCO SYSTEMS, INC., ET AL., § | |
| § | |
| Defendants. § | |

### ORDER

Any evidence which admission is opposed shall be made available for inspection by the Court at the hearing scheduled for September 1, 2009. If a party fails to make such evidence available to the Court, the objection to it will be sustained.

**SO ORDERED**.

SIGNED this 28th day of August, 2009.

_____
DON D. BUSH
UNITED STATES MAGISTRATE JUDGE