# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| ERIC ALBRITTON, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Case No. 6:08-CV-89 |
| § | |
| CISCO SYSTEMS, INC., RICHARD § | |
| FRENKEL, MALLUN YEN and § | |
| JOHN NOH, § | |
| § | |
| Defendants. § | |

## ORDER RESETTING HEARING

For the convenience of the parties and in the interest of judicial economy, the Court will conduct tomorrow's hearing (Dkt. 281) **IN TYLER**.

*The hearing will be held at the United States Courthouse, 211 W. Ferguson, Room 300, Tyler, Texas 75702.*

**SO ORDERED.**

**SIGNED** this 31st day of August, 2009.

_____
DON D. BUSH
UNITED STATES MAGISTRATE JUDGE