Albritton v. Cisco Systems, Inc. et al                                                                           Doc. 286

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| **ERIC M. ALBRITTON,** § | |
| § | |
| Plaintiff § | |
| § | |
| v. § | No. 6:08cv00089 |
| § | |
| **CISCO SYSTEMS, INC., and** § | |
| **RICHARD FRENKEL** § | |
| § | |
| § | |
| Defendants § | |

### PLAINTIFF'S RESPONSE TO CISCO SYSTEM, INC., MARK CHANDLER AND MALLUN YEN'S MOTION FOR PROTECTION AND MOTION TO QUASH TRIAL SUBPOENAS OF MARK CHANDLER AND MALLUN YEN

COMES NOW, Plaintiff Eric Albritton and for his response to Defendant Cisco System, Inc. and Movants Mark Chandler and Mallun Yen's Motion for Protection and Motion to Quash (DE #280), would show as follows:

Plaintiff Albritton has withdrawn the trial subpoenas issued to Mark Chandler and Mallun Yen that were subject to Defendant Cisco and Movant's Motion for Protection and Motion to Quash. Cisco and Movant's motions (DE #280) are now moot.

Respectfully Submitted,

_Nicholas H. Patton_
Nicholas H. Patton
TX Bar No. 15631000
Patton, Tidwell & Schroeder, LLP
4605 Texas Boulevard
Texarkana, Texas 75503
903.792.7080 / 903.792.8233 (Fax)
Email: nickpatton@texarkanalaw.com

Dockets.Justia.com

Patricia L. Peden
LAW OFFICE OF PATRICIA L. PEDEN
610 16th Street, Suite 400
Oakland, California 94612
Telephone: 510.268.8033

James A. Holmes
Texas Bar No. 00784290
THE LAW OFFICE OF JAMES HOLMES, P.C.
635 South Main, Suite 203
Henderson, Texas 75654
903.657.2800 / 903.657.2855 (Fax)

ATTORNEYS FOR PLAINTIFF

# CERTIFICATE OF SERVICE

    I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this 3rd day of September, 2009.

Nicholas H. Patton