**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| **ERIC M. ALBRITTON,** | § | |
| | § | |
| **Plaintiff** | § | |
| | § | |
| **v.** | § | **No. 6:08cv00089** |
| | § | |
| **CISCO SYSTEMS, INC. and RICHARD** | § | |
| **FRENKEL** | § | |
| | § | |
| **Defendants** | § | |

**ORDER REGARDING PLAINTIFF'S OBJECTIONS TO**
**DEFENDANT'S TRIAL EXHIBIT LIST**

On September 1, 2009, the Court conducted a pretrial conference regarding Plaintiff's remaining objections to Defendant's Trial Exhibit List. As to those Exhibits Defendant Expects to Use at Trial, and as stated fully on the record at the hearing, the Court rules as follows:

| Defendant Exhibit NO. | DESCRIPTION | Admitted | Objection Sustained/ Not Admitted | Withdrawn |
|---|---|---|---|---|
| 1 | 10/17/2007 Patent Troll Tracker Article<br><br>(MSJ Exhibit No. F) | √ | | |
| 5 | 10/12/2007 Email from Eric M. Albritton to Amie J. Mathis<br><br>Bates No. EMA 0862<br><br>(Mathis Deposition Exhibit No. 5) | √ | | |
| 6 | 10/15/2007 Email from Rhonda Lafitte to Amie J. Mathis<br><br>Bates Nos. EMA 1492 – 1493<br><br>(Mathis Deposition Exhibit No. 6) | √ | | |

| Defendant Exhibit NO. | DESCRIPTION | Admitted | Objection Sustained/ Not Admitted | Withdrawn |
|---|---|---|---|---|
| 7 | 10/15/2007 Email from Amie J. Mathis to PMCANDREWS@Mcandrews-ip.com<br><br>Bates No. EMA 1408<br><br>(Mathis Deposition Exhibit No. 7) | | | √ |
| 8 | 10/15/2007 Email from Amie Mathis to newcasetxk@txed.uscourts.gov<br><br>Bates No. EMA 1407<br><br>(Mathis Deposition Exhibit No. 8) | √ | | |
| 9 | 10/18/2007 Patent Troll Tracker Article | √ | | |
| 10 | 10/16/2007 Email from paygovadmin@mail.doc.twai.gov to Amie J. Mathis<br><br>Bates No. EMA 1564<br><br>(Mathis Deposition Exhibit No. 10) | √ | | |
| 11 | 02/23/2008 Patent Troll Tracker Article "Blogger, Revealed"<br><br>Bates Nos. FRENKEL.000062 - 000064 | √ | | |
| 13 | 10/16/2007 Email from Amie J. Mathis to PMCANDREWS@mcandrews-ip.com<br><br>Bates Nos. EMA 1409 – 1411<br><br>(Mathis Deposition Exhibit No. 13) | √ | | |

| Defendant Exhibit NO. | DESCRIPTION | Admitted | Objection Sustained/ Not Admitted | Withdrawn |
|---|---|---|---|---|
| 14 | 03/14/2008 Email from Eric M. Albritton to Amie J. Mathis<br><br>Bates Nos. EMA 0857 – 0858<br><br>(Mathis Deposition Exhibit No. 14) | √ | | |
| 15 | 10/17/2007 First Amended Complaint for Patent Infringment in ESN, LLC v. Cisco Systems, Inc., et al, C.A. No. 5:07-cv-156-DF-CMC<br><br>Bates Nos. CISCO.000244 - 000250 | √ | | |
| 16 | 10/17/1007 Email from PMCANDREWS@mcandrews-ip.com to Eric M. Albritton<br><br>Bates Nos. EMA 1008 – 1009<br><br>(Mathis Deposition Exhibit No. 16) | √ | | |
| 17 | 01/30/2008 Email from Amie J. Mathis to Eric M. Albritton<br><br>Bates Nos. EMA 1222<br><br>(Mathis Deposition Exhibit No. 17) | √ | | |
| 18 | 01/31/2008 Email from Amie J. Mathis to Shelley_Moore@txed.uscourts.gov<br><br>Bates Nos. EMA 1433 – 1434<br><br>(Mathis Deposition Exhibit No. 18) | | | √ |
| 20 | Number not used | | | |

| Defendant Exhibit NO. | DESCRIPTION | Admitted | Objection Sustained/ Not Admitted | Withdrawn |
|---|---|---|---|---|
| 21 | 10/15/2007 Notice of Electronic Filing<br><br>Bates Nos. CISCO.000088 – 89<br><br>(Mathis Deposition Exhibit No. 21) | √ | | |
| 21A | 10/15/2007 Civil Cover Sheet in ESN, LLC v. Cisco Systems, Inc. et al<br><br>Bates No. CISCO.000090<br><br>(Mathis Deposition Exhibit No. 21) | √ | | |
| 21B | 10/15/1007 Complaint for Patent Infringement in ESN, LLC v. Cisco Systems, Inc., et al<br><br>Bates Nos. CISCO.000091 – 000164<br><br>(Mathis Deposition Exhibit No. 21 | √ | | |
| 21C | 10/15/2007 Civil Docket for Case #5:07-cv-00156-DF-CMC<br><br>Bates Nos. CISCO.000240 – 000241<br><br>(Mathis Deposition Exhibit No. 21) | √ | | |
| 22 | 10/16/2007 Patently O<br><br>Bates Nos. CISCO.000002 – 000087<br><br>(Albritton Deposition Exhibit No. 22) | √<br><br>(with stipulated modifications) | | |

| Defendant Exhibit NO. | DESCRIPTION | Admitted | Objection Sustained/ Not Admitted | Withdrawn |
|---|---|---|---|---|
| 23 | 10/16/2007 IP LAW 360<br><br>Bates Nos. FRENKEL2.000452 – 000456<br><br>(Albritton Deposition Exhibit No. 23) | | √ | |
| 24 | 10/16/2007 Complaint for Patent Infringement, Civil Cover Sheet, and Docket Sheet in ESN LLC v. Cisco Systems, Inc., et al<br><br>Bates Nos. CISCO.000165 – 000239 and CISCO.000242 – 000243<br><br>(Mathis Deposition Exhibit No. 24) | √ | | |
| 25 | 10/16/2007 Email from Paul McAndrews to Amie J. Mathis, Eric M. Albritton, Pmcandrews@mcandrewsip.com; twimbiscus@mcandrewsip.com; gmcandrews@mcandresip.com; pwmcandrews@mcandrewsip.com<br><br>Bates Nos. EMA 0941 – 0989<br><br>(Mathis Deposition Exhibit No. 25) | √ | | |
| 26 | 10/16/2007 Email from Eric M. Albritton to T. John Ward, Jr.<br><br>Bates No. EMA 0990<br><br>(Albritton Deposition Exhibit No. 26) | √ | | |
| 27 | Number not used | | | |

| Defendant Exhibit NO. | DESCRIPTION | Admitted | Objection Sustained/ Not Admitted | Withdrawn |
|---|---|---|---|---|
| 28 | 10/17/2007 Email from Johnny Ward to Eric M. Albritton<br><br>Bates No. EMA 0991 - 0992<br><br>(Albritton Deposition Exhibit No. 28) | √ | | |
| 28A | Redlined First amended Complaint for Patent Infringement in ESN, LLC v. Cisco Systems, Inc., et al, C. A. No. 5:07-cv-156-DF-CMC<br><br>Bates Nos. EMA 0993 - 0999 | √ | | |
| 29 | 10/17/2007 Email from Amie J. Mathis to Eric M. Albritton<br><br>Bates No. EMA 1005<br><br>(Mathis Deposition Exhibit No. 29) | √ | | |
| 30 | 10/17/2007 Email from Pete McAndrews to Amie J. Mathis<br><br>Bates Nos. EMA 1006 – 1007<br><br>(McAndrews Deposition Exhibit No. 30) | √ | | |
| 31 | 10/17/2007 and 10/18/2007 Patent Troll Tracker Articles<br><br>Bates Nos. CISCO.000001.1 – CISCO.000001.2<br><br>(Albritton Deposition Exhibit No. 31) | | | √ |

| Defendant Exhibit NO. | DESCRIPTION | Admitted | Objection Sustained/ Not Admitted | Withdrawn |
|---|---|---|---|---|
| 32 | 10/24/2007 Memorandum in Support of Defendant's Motion to Stay; 10/18/2007 Plaintiff's Motion to Enjoin Defendants Cisco and Linksys from Prosecuting Later-filed Parallel Litigation in Connecticut; 10/16/2007 Complaint for Declaration Judgment in *Cisco Systems, Inc. and Cisco-Linksys, LLC v. ESN, LLC*<br><br>Bates Nos. CISCO.000272 – CISCO.000298<br><br>(Albritton Deposition Exhibit No. 32) | | | √ |
| 33 - 35 | Numbers not used | | | |
| 36 | Email from PWMCANDREWS@mcandrews-ip.com to Eric M. Albritton<br><br>Bates Nos. EMA 1012 – 1019<br><br>(Albritton Deposition Exhibit No. 36) | | | √ |
| 37 | 02/25/2008 Email from Pete McAndrews to Eric M. Albritton<br><br>Bates No.  EMA 1363<br><br>(McAndrews Deposition Exhibit No. 37) | √ | | |
| 38 | Number not used | | | |

| Defendant Exhibit NO. | DESCRIPTION | Admitted | Objection Sustained/ Not Admitted | Withdrawn |
|---|---|---|---|---|
| 39 | 03/09/2008 Email from Pete McAndrews to Eric M. Albritton and T. John Ward, Jr.<br><br>Bates No. EMA 1365<br><br>(Albritton Deposition Exhibit No. 39) | √ | | |
| 40 – 48 | Numbers not used | | | |
| 49 | 03/14/2008 Email from James Holmes to Michael C. Smith<br><br>Bates No. EMA 1572<br><br>(Albritton Deposition Exhibit No. 49) | | √ | |
| 50 – 61 | Numbers not used | | | |
| 62 | Information from Albritton Law Firm www.emafirm.com<br><br>Bates Nos. JW.000129 – 000135<br><br>(Albritton Deposition Exhibit No. 62) | √ | | |
| 63 | Information from lawyers.com regarding Albritton Law Firm<br><br>Bates Nos. JW.000136 – 000137 | √ | | |
| 64 – 80 | Numbers not used | | | |
| 81 | 03/17/2008 Texas Lawyer article entitled Patent Attorneys Sue Cisco systems, Blogger, Alleging Defamation<br><br>Bates Nos. JW.000049 – 000051<br><br>(Maland Deposition Exhibit No. 81) | √ | | |

| Defendant Exhibit NO. | DESCRIPTION | Admitted | Objection Sustained/ Not Admitted | Withdrawn |
|---|---|---|---|---|
| 82 – 83 | Numbers not used | | | |
| 84 | File folder entitled Albritton v. Cisco Emails<br><br>(Maland Deposition Exhibit No. 84) | | | √ |
| 85 | 10/15/2007 Email confirming opening shell case to Amie J. Mathis<br><br>(Maland Deposition Exhibit No. 85) | √ | | |
| 86 | 10/18/2007 Email thread between Shelley Moore and David Maland<br><br>(Maland Deposition Exhibit No. 86) | √ | | |
| 87 | 03/14/2008 Memorandum from David Maland to Ann K. McMillan, Managing Editor, Texas Lawyer and Brenda Jeffreys, Senior Reporter, Texas Lawyer<br><br>(Maland Deposition Exhibit No. 87) | √ | | |
| 88 | 03/14/2008 Email from David Maland forwarding Memorandum to Raye Thompson, Shelley Moore and Rhonda Lafitte<br><br>(Maland Deposition Exhibit No. 88) | | √ | |
| 89 | 03/14/2008 Email from David Maland forwarding Memorandum to Nick Patton and James Holmes<br><br>(Maland Deposition Exhibit No. 89) | | √ | |

| Defendant Exhibit NO. | DESCRIPTION | Admitted | Objection Sustained/ Not Admitted | Withdrawn |
|---|---|---|---|---|
| 90 | 03/14/2008 Email from David Maland forwarding Memorandum to Craig Anderson at the Daily Journal<br><br>(Maland Deposition Exhibit No. 90) | | √ | |
| 91 | 03/17/2008 Email from David Maland forwarding Memorandum to Michael Smith<br><br>(Maland Deposition Exhibit No. 91) | | √ | |
| 92 | 03/19/2008 Email from David Maland forwarding Memorandum to Richard Schell<br><br>(Maland Deposition Exhibit No. 92) | | | √ |
| 93 | 10/03/2008 Email thread between David Provines and the Help Desk<br><br>(Maland Deposition Exhibit No. 93) | √ | | |
| 94 | 10/03/2008 Email thread between David Provines and the Help Desk<br><br>(Maland Deposition Exhibit No. 94) | √ | | |
| 95 | Number not used | | | |
| 96 | 11/15/2006 How to Electronically File a New Case – Texas Eastern District Court (Revised November 15, 2006)<br><br>(Maland Deposition Exhibit No. 96) | √ | | |

| Defendant Exhibit NO. | DESCRIPTION | Admitted | Objection Sustained/ Not Admitted | Withdrawn |
|---|---|---|---|---|
| 97 | Number not used | | | |
| 98 | 10/16/2007 Pay.gov receipt for filing complaint<br><br>(Maland Deposition Exhibit No. 98) | | | √ |
| 99 | Docket Sheet for *ESN LLC v. Cisco Systems, Inc. et al* as of 10/01/2008<br><br>(Maland Deposition Exhibit No. 99) | √ | | |
| 100 | 03/13/2008 Email from Peggy Thompson to David Maland<br><br>(Maland Deposition Exhibit No. 100) | √ | | |
| 101 | Number not used | | | |
| 102 | 10/01/2008 System Transactions for 1/1/1970 – 10/1/2008<br><br>(Maland Deposition Exhibit No. 102) | √ | | |
| 103 – 110 | Numbers not used | | | |
| 111 | 10/15/2007 Civil Docket for *ESN LLC v. Cisco Systems, Inc. et al*<br><br>(Maland Deposition Exhibit No. 111) | √ | | |
| 112 | 08/20/2008 Email Thread between Eric Albritton and David Maland<br><br>(Maland Deposition Exhibit No. 112) | | √ | |

| Defendant Exhibit NO. | DESCRIPTION | Admitted | Objection Sustained/ Not Admitted | Withdrawn |
|---|---|---|---|---|
| 113 | 09/17/2008 Email Thread between Eric M. Albritton and David Maland<br><br>(Maland Deposition Exhibit No. 113) | | | √ |
| 114 | 10/15/2007 Email thread between Amie J. Mathis and Rhonda Lafitte<br><br>(Lafitte Deposition Exhibit No. 114) | √ | | |
| 115 | 10/18/2007 Email thread between Shelley Moore and David Maland<br><br>(Moore Deposition Exhibit No. 115) | √ | | |
| 116 | Number not used | | | |
| 117 | 10/31/2008 printout of Civil Docket for *ESN LLC v. Cisco Systems, Inc. et al*<br><br>(Wilson Deposition Exhibit No. 117) | √ | | |
| 118 | 10/03/2008 Email thread between David Provines and the Help Desk<br><br>(Provines Deposition Exhibit No. 118) | √ | | |
| 119 – 122 | Numbers not used | | | |
| 123 | 04/07/2008 Letter to Mark Chandler from George P. McAndrews<br><br>(McAndrews Deposition Exhibit No. 123) | √ | | |

| Defendant Exhibit NO. | DESCRIPTION | Admitted | Objection Sustained/ Not Admitted | Withdrawn |
|---|---|---|---|---|
| 124 | 10/15/2007 Email from Peter McAndrews to Eric M. Albritton<br><br>Bates Nos. EMA 0863 – 0864<br><br>(McAndrews Deposition Exhibit No. 124) | √ | | |
| 125 | 10/15/2007 Email from Peter McAndrews to Eric M. Albritton<br><br>Bates No. EMA 0865<br><br>(McAndrews Deposition Exhibit No. 125) | √ | | |
| 126 | 10/16/2007 Email thread between Peter McAndrews and Amie J. Mathis<br><br>Bates Nos. EMA 0938 - 0940<br><br>(McAndrews Deposition Exhibit No. 126) | | | √ |
| 127 | 10/17/2007 Email thread between Peter McAndrews and Eric M. Albritton<br><br>Bates Nos. EMA 1010 - 1011<br><br>(McAndrews Deposition Exhibit No. 127) | √ | | |
| 128 | 10/18/2007 Email thread between Paul McAndrews, Eric M. Albritton, TWIMBISCUS@mcandrews-ip.com,  T. John Ward, Jr. and Jason A. Saunders<br><br>Bates Nos. EMA 1023 – 1024<br><br>(McAndrews Deposition Exhibit No. 128) | | | √ |

| Defendant Exhibit NO. | DESCRIPTION | Admitted | Objection Sustained/ Not Admitted | Withdrawn |
|---|---|---|---|---|
| 129 - 130 | Numbers not used | | | |
| 131 | 10/17/2007 Email thread between Peter McAndrews and Eric M. Albritton<br><br>Bates Nos. EMA 1516 – 1517<br><br>(McAndrews Deposition Exhibit No. 131) | | | √ |
| 132 – 138 | Numbers not used | | | |
| 140 | Number not used | | | |
| 141 | 10/19/2007 Gmail from Michael Smith to Patent Troll<br><br>Bates No. FRENKEL2.000003<br><br>(Smith Deposition Exhibit No. 141) | √ | | |
| 142 | 10/19/2007 Gmail from Michael Smith to Patent Troll<br><br>Bates No. FRENKEL.000039 | | | √ |
| 143 | Number not used | | | |
| 144 | 10/29/2007 Gmail from Michael Smith to Patent Troll<br><br>Bates Nos. FRENKEL2.000008 - 000009 | √ | | |
| 145 | 10/19/2007 Gmail from Patent Troll to Michael Smith<br><br>Bates Nos. FRENKEL2.000001 – 000002<br><br>(Smith Deposition Exhibit No. 145) | | | √ |
| 147 | Number not used | | | |

| Defendant Exhibit NO. | DESCRIPTION | Admitted | Objection Sustained/ Not Admitted | Withdrawn |
|---|---|---|---|---|
| 148 | 03/06/2008 Email from Michael C. Smith to Eric M. Albritton<br><br>Bates No. EMA 1571<br><br>(Smith Deposition Exhibit No. 148) | | | √ |
| 149 | 03/12/2008 "Troll Tracker defamation case" posted on E.D.Texweblog.com<br><br>Bates Nos. CISCO.000380 – 000381<br><br>(Smith Deposition Exhibit No. 149) | | | √ |
| 150 | 03/14/2008 Email from Michael C. Smith to T. John Ward, Jr. and Eric M. Albritton<br><br>Bates No. EMA 1371<br><br>(Smith Deposition Exhibit No. 150) | | | √ |
| 151 – 158 | Numbers not used | | | |
| 159 | "They did WHAT with my filing?<br><br>(Smith Deposition Exhibit No. 159) | | | √ |
| 159A | 03/14/2008 Email from James Holmes to Michael C. Smith<br><br>(Smith Deposition Exhibit No. 159A) | | | √ |
| 159B | 03/14/2008 Email from Michael Smith to James Holmes<br><br>(Smith Deposition Exhibit No. 159B) | | | √ |

| Defendant Exhibit NO. | DESCRIPTION | Admitted | Objection Sustained/ Not Admitted | Withdrawn |
|---|---|---|---|---|
| 159C | Article entitled "TrollTracker defamation case"<br><br>(Smith Deposition Exhibit No. 159C) | | | √ |
| 159D – 159H | Numbers not used | | | |
| 159I | 03/13/2008 Email from Michael C. Smith to David Maland<br><br>(Smith Deposition Exhibit No. 159I) | | √ | |
| 159J | 03/17/2008 Email thread between Michael C. Smith and David Maland<br><br>(Smith Deposition Exhibit No. 159J) | | √ | |
| 159K | 03/13/2008 Email thread between Michael C. smith, Thomas John Ward, Jr., Eric Albritton and Michael Barclay<br><br>(Smith Deposition Exhibit No. 159K) | | √ | |
| 159L | 03/13/2008 Email thread between Michael C. Smith and John Ward, Jr.<br><br>(Smith Deposition Exhibit No. 159L) | | √ | |
| 159M | 03/14/2008 Email from Michael C. Smith to John Ward, Jr. and Eric Albritton<br><br>(Smith Deposition Exhibit No. 159M) | √<br><br>with ordered redactions | | |
| 159N | Number not used | | | |

| Defendant Exhibit NO. | DESCRIPTION | Admitted | Objection Sustained/ Not Admitted | Withdrawn |
|---|---|---|---|---|
| 159O | 03/17/2008 Email thread between Michael C. Smith and Michael Barclay<br><br>(Smith Deposition Exhibit No. 159O) | | | √ |
| 160 | Number not used | | | |
| 161 | 10/18/2007 Patent Troll Tracker Article<br><br>(Smith Deposition Exhibit No. 161) | √ | | |
| 162 | 11/07/2007 Patent Troll Tracker<br><br>Bates Nos. FRENKEL.000055 – 000061<br><br>(MSJ Exhibit No. L) | √ | | |
| 163 | 6/29/2008 Texarkana Gazette article entitled "Texarkana, Longview lawyers file lawsuit against California blogger saying he libeled them<br><br>(MSJ Exhibit No. 23) | √ | | |
| 170 | 03/17/2008 Law.com article entitled "Patent Attorneys Sue Cisco and Blogging In-House Lawyer for Defamation"<br><br>Bates Nos. JW.000079 – 000083<br><br>(MSJ Exhibit No. 31) | √ | | |

| Defendant Exhibit NO. | DESCRIPTION | Admitted | Objection Sustained/ Not Admitted | Withdrawn |
|---|---|---|---|---|
| 182 | 02/12/2008 Patent Troll Tracker articles entitled "$432 Million Verdict in Marshall Texas Patent Case" and "Saffran v. Boston Scientific"<br><br>Bates Nos. Frenkel2.000092 and 000093 | | | √ |
| 185 | Civil Docket for Case #5:08-cv-00020-DF, ESN LLC v. Cisco Systems, Inc. et al<br><br>Bates Nos. JW3.000044 – 000054 | √ | | |
| 188 | 10/18/2007 Email from Michael Barclay to trolltracker@gmail.com Bates Nos. FRENKEL.000012 - 000016 | √ | | |
| 189 | 10/18/2007 Email from jdslf jfslk to trolltracker@gmail.com<br><br>Bates No. FRENKEL.00002 | √ | | |
| 190 | 10/18/2007 Email from Anonymous to trolltracker@gmail.com<br><br>Bates No. FRENKEL2.000027 | √ | | |
| 191 | 10/17/2007 Email from Anonymous to trolltracker@gmail.com Bates No. FRENKEL.00001 | √ | | |
| 193 | 03/12/2008 Patently O article entitled "Troll Tracker, Defamation, and Splitting the Bar" Bates JW.000010 – 000024 | √ | | |

| Defendant Exhibit NO. | DESCRIPTION | Admitted | Objection Sustained/ Not Admitted | Withdrawn |
|---|---|---|---|---|
| 194 | 03/11/2008 The Prior Art article entitled "Troll Tracker sued: Judge Ward's son is one of the plaintiffs" Bates Nos. JW.000025 - 000027 | | | √ |
| 195 | 03/24/2008 Patently O article entitled "Patent Troll Tracker & Cisco's New Blog Policy" Bates Nos. JW.000035 – 000044 | | | √ |
| 196 | 03/12/2008  Peter Zura's 271 patent blog article entitled "Patent Troll Tracker Litigation Update" Bates Nos. JW.000045 – 000048 | | | √ |
| 197 | 03/12/2008 The Prior Art article entitled "Ward Jr. may have pursued Troll Tracker for months" Bates Nos. JW.000052 – 000058 | | | √ |
| 198 | 03/29/2008 The Prior Art article entitled "Troll Tracker lays low; Cisco puts the kibosh on anonymous blogging but stands by their man; I hang with Ninjas Bates Nos. JW.000059 - | | | √ |
| 202 | 03/11/2008 Pete Zura's 271 Patent Blog article entitled "Troll Tracker Sued" Bates Nos. JW.000069 – 000072 | | | √ |
| 203 | 03/11/2008 The Legal Satyricon article entitled "Patent Troll Tracker Sued" Bates Nos. JW.000073 – 000076 | | | √ |

| Defendant Exhibit NO. | DESCRIPTION | Admitted | Objection Sustained/ Not Admitted | Withdrawn |
|---|---|---|---|---|
| 204 | 03/11/2008 Robert Ambrogi's LawSites article entitled "Troll Tracker Sued for Libel" Bates Nos. JW.000077 – 000078 | | | √ |
| 205 | 03/17/2008 Law.com Article entitled "Patent Attorneys Sue Cisco and Blogging In-House Lawyer for Defamation Bates Nos. JW.000079 – JW.000083 | | | √ |
| 206 | BUSLab article entitled "Cisco and 'troll tracker' sued by Texas attorneys' Bates No. JW.000084 | | √ | |
| 207 | TD Ameritrade article entitle "Cisco and the 'troll tracker' sued by Texas attorneys Bates Nos. JW.000085 - 000086 | | √ | |
| 208 | 03/20/2008 MarketWatch article entitled "Cisco and 'troll tracker' sued by Texas attorneys" Bates Nos. JW.000087 – 000089 | | √ | |
| 209 | 03/20/2008 The Prior Art article entitled "Rick Frenkel, Cisco to fight Troll Tracker defamation suits in East Texas" Bates Nos. JW.000090 – 000091 | | | √ |
| 210 | 03/13/2008 Patent Baristas article entitled "Troll Tracker Sued for Defamation by Lawyers" Bates Nos. JW.000092 – 000097 | | | √ |

| Defendant Exhibit NO. | DESCRIPTION | Admitted | Objection Sustained/ Not Admitted | Withdrawn |
|---|---|---|---|---|
| 211 | 03/11/2008 Overlawyered article entitled "Watch What You Say About Lawyers Dep.: Troll Tracker blog sued out of existence" Bates No. JW.000109 | | | √ |
| 212 | 03/21/2008 Light Reading article entitled "Cisco Snared in Patent Blog Suits" Bates Nos. JW.000110 – 000112 | | | √ |
| 213 | 03/17/2008 Law.Com article entitled "Patent Attorneys Sue Cisco and Blogging In-House Lawyer for Defamation" Bates Nos. JW.000113 – 000115 | √ | | |
| 214 | 03/17/2008 Texas Lawyer article entitled "Blogger who dissed EDTX to litigate there and WDAR" Bates No. JW.000116 | | | √ |
| 215 | 08/11/2008 Texas Lawyer article entitled "Patent Troll Tracker Blogger Leaves Cisco for Wilson Sonsini" Bates No. JW2.000175 | | | √ |
| 216 | 07/14/2008 IPLAW 360 article entitled "'Troll Tracker' Libel Case Now on Third Judge" Bates No. JW2.000173 | | | √ |
| 217 | 03/22/2008 Nota Bene article entitled "Texas attorney sues patent troll tracker and CISCO for defamation" Bates Nos. JW.000117 – JW.000122 | | | √ |

| Defendant Exhibit NO. | DESCRIPTION | Admitted | Objection Sustained/ Not Admitted | Withdrawn |
|---|---|---|---|---|
| 218 | 03/19/2008 Best of the Law Blog article entitled "Cisco, Blogger Sued Over Post" Bates No. JW.000316 | | | √ |
| 219 | 03/13/2008 The Wall Street Journal article entitled "Revealed Patent Blogger, and Employer, Sued for Defamation" Bates Nos. JW.000126 – 000128 | √ with ordered redactions | | |
| 221 | 03/13/2008 Southeast Texas Record article entitled "Patent troll tracker sued for defamation" Bates Nos. JW.000123 – JW.000125 | | √ | |
| 223 | November 2008 The Third Branch, Vol. 40, Number 11, article entitled "Pacer Coming Into Its Own at 20" Bates Nos. CISCO4.000002 – 000003 | | | √ |
| 224 | 05/11/2007 Mcsmith.blogs.com article entitled "Now Which Holding Company Did I Leave That Darn Patent In?" Bates No. FgRENKEL2.000010 | | | √ |
| 226 | 10/28/2007 Gmail from Aaron Ross Feigelson to Patent Troll Bates Nos. FRENKEL2.000058 | | | √ |
| 227 | Troll Tracker Sitemeter reports Bates Nos. FRENKEL2.000059 – 000072 | √ | | |

| Defendant Exhibit NO. | DESCRIPTION | Admitted | Objection Sustained/ Not Admitted | Withdrawn |
|---|---|---|---|---|
| 228 | Articles from the Patent Troll Tracker Blog<br>Bates Nos. FRENKEL2.000150 - 152, FRENKEL2.000212 – 000214, FRENKEL2.000305 – 000311, FRENKEL2.000344 – 000347, FRENKEL2.000348 – 351, FRENKEL2.000368 – 000369. FRENKEL2.000421 – 000422 | √<br>with ordered redactions | | |
| 229 | Legal Blog Watch article entitled "Tracking Lawyers' Reactions to Unmasking of Troll Tracker"<br>Bates Nos. JW.000062 – 00064 | | | √ |
| 230 | 03/14/2008 Email from Eric M. Albritton to Amie J. Mathis<br>Bates No. EMA 0856 | √ | | |
| 253 | 03/14/2008 Email from Amie J. Mathis to Eric M. Albritton<br>Bates No. EMA 1396 – 1397 | √ | | |
| 263 | 10/17/2007 Email from Rick Frenkel to Marta Beckwith, Mallun Yen, Michael Ritter, Mark Michels, Bart Showalter, Kurt Pankratz and John Corcoran<br>Bates No. CISCO PRIVILEGED.000001<br>**PRIVILEGED – OFFERED UNDER SEAL** | | | √ |

| Defendant Exhibit NO. | DESCRIPTION | Admitted | Objection Sustained/ Not Admitted | Withdrawn |
|---|---|---|---|---|
| 265 | 10/18/2007 Email from Rick Frenkel to Bart Showalter, Kurt Pankratz, Marta Beckwith, Mark Michels, Mallun Yen, Michael Ritter<br>Bates No. CISCO PRIVILEGED.000004<br>**PRIVILEGED – OFFERED UNDER SEAL** | | | √ |
| 266 | 10/18/2007 Email from Kurt Pankratz to Rick Frenkel, Bart Showalter, Marta Beckwith, Mark Michels, Mallun Yen, Michael Ritter<br>Bates No.  CISCO PRIVILEGED.000005<br>**PRIVILEGED – OFFERED UNDER SEAL** | | | √ |
| 267 | 10/18/2007 Email from Kurt Pankratz to Rick Frenkel Bart Showalter, Marta Beckwith, Mark Michels, Mallun Yen, Michael Ritter<br>Bates No. CISCO PRIVILEGED.000006<br>**PRIVILEGED – OFFERED UNDER SEAL** | | | √ |
| 268 | 10/22/2007 Email from Kurt Pankratz to Jillian Powell<br>Bates Nos. CISCO PRIVILEGED.000007 – 000008<br>**PRIVILEGED – OFFERED UNDER SEAL** | | | √ |
| 269 – 270 | Numbers not used | | | |

| Defendant Exhibit NO. | DESCRIPTION | Admitted | Objection Sustained/ Not Admitted | Withdrawn |
|---|---|---|---|---|
| 271 | 10/15/2007 Email from Rick Frenkel to Kurt Pankratz, Bart Showalter, Marta Beckwith, Michael Ritter, Mallun Yen Bates Nos. CISCO PRIVILEGED.000019 – 000027 **PRIVILEGED – OFFERED UNDER SEAL** | | | √ |
| 272 | 10/18/2007 Email from Kurt Pankratz to Rick Frenkel, Bart Showalter, Marta Beckwith, Mark Michels, Mallun Yen, Michael Ritter Bates No. CISCO PRIVILEGED.000169 **PRIVILEGED – OFFERED UNDER SEAL** | | | √ |
| 273 | Number not used | | | |
| 274 | 10/16/2007 Email from Bart Showalter to Rick Frenkel, Kurt Pankratz, Marta Beckwith, Michael Ritter, Mallun Yen Bates Nos. CISCO PRIVILEGED.000276 – 000277 **PRIVILEGED – OFFERED UNDER SEAL** | | | √ |
| 275 | Query results for cases in the U. S. District Court for the Eastern District of Texas in which Eric Albritton is listed as attorney of record Bates Nos. JW.000320 – 000342 and Frenkel2.000011 – 000020 | | | √ |

| Defendant Exhibit NO. | DESCRIPTION | Admitted | Objection Sustained/ Not Admitted | Withdrawn |
|---|---|---|---|---|
| 276 | December 28, 2006 to November 30, 2008 Docket Sheets and Complaints of cases in Eric Albritton is listed as an attorney of Record in the Eastern District of Texas<br>Bates Nos. JW.000343 - JW.000586; JW.000596 - JW.000636; JW2.000179 - JW2.001254 | | | √ |
| 278 | 12/13/2008 Declaration of Sam Baxter (rebuttal evidence) | | | √ |
| 279 | 11/19/2008 Draft Declaration of Sam Baxter (rebuttal evidence) | | | √ |
| 280 | 11/26/2008 Affidavit of Sam Baxter (rebuttal evidence) | | | √ |
| 282 | Map of Texas Showing U. S. District Courts' Jurisdictions | | √ | |

Further, at the hearing Defendant **WITHDREW** the below exhibits which it had previously indicated it may use at trial:

| 2 | 4/2004 Electronic Case Files CM/ECF User Manual for the Eastern District of Texas (Revised April, 204)<br><br>Bates Nos. JW2.000001 – 000058<br><br>(A. Mathis Deposition Exhibit No. 2) |
|---|---|

| | |
|---|---|
| 3 | 01/11/2008 The Attorney's "How To" Guide for Civil Case Opening – Texas Eastern District Court<br><br>Bates Nos. JW2.000059 – 000078<br><br>(A. Mathis Deposition Exhibit No. 3) |
| 12 | 03/14/2008 Memorandum from David Maland to Ann K. McMillan, Managing Editor, Texas Lawyer and Brenda Jeffreys, Senior Reporter, Texas Lawyer<br><br>Bates Nos. EMA 0838 – 0855<br><br>(Mathis Deposition Exhibit No. 12) |
| 19 | 10/15/2007 Civil Cover Sheet from ESN, LLC v. Cisco Systems, Inc. and Cisco LinkSys, LLC<br><br>Bates No. EMA 0014<br><br>(Mathis Deposition Exhibit No. 19) |
| 139 | O'Connor's Texas Causes of Action 2008, Chapter 18-A, Liel & Slander Actions – Defamation<br><br>(Smith Deposition Exhibit No. 139) |
| 164 | 2006 U.S. Trans Lexis 29, Ebay Inc., et al v. Mercexchange, L.L.C. Supreme Court Transcript dated 3/29/2006<br><br>Bates Nos. JW.000642 - 000697<br><br>(MSJ Exhibit No. 25) |
| 165 | Winter 2007 State Bar of Texas Intellectual Property Law Section newsletter<br><br>Bates Nos. JW.000741 – 000757<br><br>(MSJ Exhibit No. 26) |

| | |
|---|---|
| 166 | 08/18/2008  Texas Lawyer Article entitled "Eastern District Rocket Docket Decelerates in Marshall Division"<br><br>Bates Nos. JW2.000176 - 000178<br><br>(MSJ Exhibit No. 27) |
| 167 | 02/20/2008 IP LAW 360 Article entitled "'Rocket Dockets' Gaining on Popular E. Texas Court"<br><br>Bates Nos. CISCO2.000132 – 000134<br><br>(MSJ Exhibit No. 28) |
| 168 | 11/12/2007 The National Law Journal article entitled "East Texas Now Busiest Patent Litigation Venue"<br><br>Bates No. CISCO2.000136<br><br>(MSJ Exhibit No. 29) |
| 169 | 03/15/2008 The American Lawyer on the Web article entitled "Taming Texas"<br><br>Bates Nos. JW.000001 – 000009<br><br>(MSJ Exhibit No. 30) |
| 171 | 9 Yale J.L. & Tech. 1293 (2007) – Of Fire Ants and Claim Construction:  An Empirical Study of the Meteoric Rise of The Eastern District of Texas as a Preeminent Forum for Patent Litigation<br><br>Bates Nos. JW.000698 – 000738<br><br>(MSJ Exhibit No. 32) |

| | |
|---|---|
| 172 | 08/31/2007 Vinson & Elkins LLP Firm News "Eastern District of Texas Applied KSR v. Teleflex in Invalidating Patent"<br><br>Bates Nos. JWS.000637 – 000641<br><br>(MSJ Exhibit No. 33) |
| 173 | 07/01/2006 Inside Counsel Article entitled "Small Town Attracts High Stakes in IP Case"<br><br>Bates Nos. JW.000758 – 000760<br><br>(MSJ Exhibit No. 34) |
| 174 | 06/06/2006 Daily Record and the Kansas City Daily News-Press article entitled "IP Plaintiffs Flocking to Small Town of Marshall in Eastern Texas"<br><br>Bates Nos. JW.000761 – 000765<br><br>(MSJ Exhibit No. 35) |
| 175 | 05/23/2008 Law.com article entitled "Will the 5th Circuit Ground an Eastern District of Texas Rocket Docket?"<br><br>Bates Nos. JW.000789 – 000792<br><br>(MSJ Exhibit No. 36) |
| 176 | 05/23/2008 The Wall Street Journal article entitled "Volkswagen Lawyers Raise Challenge to Texas's 'Rocket Docket'"<br><br>Bates Nos. JW.000793 – 000796<br><br>(MSJ Exhibit No. 37) |

| | |
|---|---|
| 177 | 04/16/2006 Austin American Statesman article entitled "A litigation boom"<br><br>Bates Nos. JW.000810 – 000813<br><br>(MSJ Exhibit No. 38) |
| 178 | 23 Ohio St. J. on Disp. Resol. 345 (2008) article entitled "Saving Alternative Dispute Resolution in Patent Law: Countering the Effects of the Patent Troll Revolution"<br><br>Bates Nos. JW.000766 – 000788<br><br>(MSJ Exhibit No. 40) |
| 179 | November/December 2007 Intellectual Property article entitled "Status of Intellectual Property Reform Legislation in the Congress and How it May Affect How Banks Acquire and Enforce Patents"<br><br>Bates Nos. JW.000797 – 000807<br><br>(MSJ Exhibit No. 41) |
| 180 | 10/07/2008 American Psychological Association "Stress in America"<br><br>Bates Nos. JW3.000001 – 000019 |
| 181 | Ten Tips for E-Filing Court Documents by Lauren Godfren<br><br>Bates Nos. JW3.00020 |
| 183 | Winter 2008 The Advocate article entitled "The Eastern District Phenomenon"<br><br>Bates Nos. JW3.000026 – 000028 |

| | |
|---|---|
| 184 | The John Marshall Review of Intellectual Property Law, 6 J. Marshall Rev.Intell.Prop.L. 185 (2007), article entitled "Who is Really Undermining the Patent System – 'Patent Trolls' or Congress" by Raymond P. Niro<br><br>Bates Nos. JW3.000029 – 000043 |
| 186 | 10/06/2008 BNA Legal & Business Edge brochure for "Using Today's Patent Law to Protect Tomorrow's Technology: New Litigation Strategies"<br>Bates Nos. JW3.000055 – 000060 |
| 187 | Eastern District of Texas Bar Association 12th Annual Bar Conference brochure for "The Right Side of Texas"<br><br>Bates Nos. JW3.000061 - 000067 |
| 192 | 10/18/2007 Patent Troll Tracker Article<br>(MSJ Exhibit No. K) |
| 199 | 05/31/2008 Patent Brush Definitions and Law Enforcement Ideas by Thomas Rosch, Commissioner, Federal<br>Trade Commission, Before the Newport Summit on Antitrust and Economics, Newport, RI<br><br>Bates Nos. Frenkel3.000001 - 000014 |
| 200 | 03/11/2008 Legal Pad article entitled "Cisco: Nothin' to Say. Except, Don't Blame Us."<br>Bates No. JW.000065 |
| 201 | 03/11/2008 Forbes.com article entitled "Shut Up, Already!"<br>Bates No. JW.000066 – 000068 |
| 220 | 10/06/2008 Texas Lawyer Professional Announcement<br><br>Bates Nos. JW2.000165 – 000167 |

| | |
|---|---|
| 222 | Hunton & Williams article entitled "Patent Litigation in the Eastern District of Texas" Bates Nos. JW.000739 – 000740 |
| 225 | 03/04/2008 mail from Charles van Cleef to trolltracker@gmail.com Bates Nos. FRENKEL2.000056 – 000057 |
| 231 | University of Missouri School of Law Profile of Dennis D Crouch Bates No. JW.000251 |
| 232 | 12/07/2007 General Order Appointing CJA Panel Members, In the United States District Court for the Eastern District of Texas Bates Nos. JW.000279 – 000307 |
| 233 | 02/27/2006 Tyler Paper.com article entitled "Two Winona Men Sentenced for Breaking Into Post Office Bates Nos. JW.000148 – 000150 |
| 234 | 06/02/2006 Tyler Paper.com article entitled "Drug-Ring Participant Gets 10 Years" Bates Nos. JW.000151 – 000152 |
| 235 | 08/02w/2007 The Southeast Texas Record article entitled "Recent patent/copyright infringement cases filed in U.S. District Court" Bates Nos. JW.000153 – 000154 |
| 236 | 06/02/2006 Tyler Paper.com article entitled "Man Admits He Planned to Sell Pound of Meth" Bates Nos. JW.000157 - 000159 |
| 237 | 06/02/2008 Tyler Paper.com article entitled "Two Sentenced for Meth Distribution Charges Bates Nos. JW.000160 – 000162 |
| 238 | Mcsmith.blogs.com article entitled "$24 million jury verdict in seat belt product liability case in Marshall" Bates No. JW.000194 |
| 239 | 02/13/2008 Bloomberg.com article entitled "Boston Scientific Loses $431 Million Verdict on Stent" Bates Nos. JW.000173 – 000174 |

| | |
|---|---|
| 240 | 02/12/2008 The New York Times article entitled "Boston Scientific Loses Patent Trial"<br>Bates Nos. JW.000175 – 000177 |
| 241 | 02/12/2008 International Herald Tribune article entitled "Jury rules against Boston Scientific in drug-coated stent patent lawsuit"<br>Bates Nos. JW.000178 – 000179 |
| 242 | 02/13/2008 telegram.com article entitled "Loss in Boston Scientific suit"<br>Bates Nos. JW.000230 – 000231 |
| 243 | 02/18/2008 Worcester Business Journal article entitled "BSX to Pay $431M in Patent Dispute"<br>Bates Nos. JW.000195 – 000196 |
| 244 | 02/12/2008 U.S. Law Blog article entitled "Saffran v. Boston Scientific"<br>Bates Nos. JW.000185 – 000188 |
| 245 | 02/12/2008 SignOnSanDiego.com article entitled "Jury Orders Boston Scientific to pay $431 million in stent patent dispute"<br>Bates Nos. JW.000212 – 000214 |
| 246 | 02/12/2008 The MetroWest Daily News article entitled "Jury orders Boston Scientific to pay $431M in patent dispute"<br>Bates Nos. JW.000215 – 000216 |
| 247 | 02/12/2008 WFAA.com article entitled "Boston Scientific ordered to pay $432M in stent patent dispute"<br>Bates Nos. JW.000222 – 000224 |
| 248 | 02/12/2008 StarTribune.com article entitled "Boston Scientific told to pay $431 million in stent patent case"<br>Bates Nos. JW.000225 – 000229 |
| 249 | 02/13/2008 Legaltimes.com article entitled "Dickstein's Patent Win"<br>Bates No. JW.000189 |

| | |
|---|---|
| 250 | 02/13/2008 ipadrblog.com article entitled "What is the Most Difficult time to Settle Your Patent Infringment Case?  Right After a $432 Million Verdict" Bates Nos. JW.000190 – 000191 |
| 251 | 02/13/2008 Law.com article entitled "Boston Scientific Ordered to Pay $432 Million for Patent Infringment" Bates Nos. JW.000192 – 000193 |
| 252 | 02/13/2008 boston.com article entitled "Boston Scientific told to pay $432m" Bates Nos. JW.000217 – 000218 |
| 254 | 05/20/2004 www.examiner.com article entitled "Ark. Company wants to put legal squeeze on Smucker" Bates Nos. JW.000203 – 000204 |
| 255 | 05/26/2008 www.news-journal.com article entitled "Ark. Company wants to put legal squeeze on Smucker" Bates Nos. JW.000232 – 000233 |
| 256 | 05/26/2008 News.moneycentral.msn.com article entitled "Ark. Company wants to put legal squeeze on Smucker" Bates Nos. JW.000205 – 000206 |
| 257 | 05/27/2008 Houston Chronicle article entitled "Ark. Company wants to put legal squeeze on Smucker" Bates Nos. JW.000235 - 000237 |
| 258 | 05/27/2008 WFAA..com article entitled "Ark. Company wants to put legal squeeze on Smucker" Bates Nos. JW.000238 – 000241 |
| 259 | 05/27/2008 dentonrc.com article entitled "Ark. Company wants to put legal squeeze on Smucker" Bates Nos. JW.000245 – 000248 |
| 260 | 02/13/2008 journalgazette.net article entitled "Doctor wins $432 million in stent patent suit" Bates Nos. JW.000219 – 000221 |

| | |
|---|---|
| 261 | 03/26/2008 American Intellectual Property Law Association Brief for Amicus Curiae in Support of Petitioners in In re Volkswagen AG and Volkswagen of American, Inc., No. 07-40058, in the U.S. Court of Appeals for the Fifth Circuit Bates Nos. JW2.000136 – 000164 |
| 262 | 05/23/2008 The Campaign Legal Center Weekly Reports Bates Nos. JW.000249 – 000250 |
| 277 | Elpasotimes.com article entitled "Ark. Company wants to put legal squeeze on Smucker" Bates Nos. JW.000242 – 000244 |
| 281 | Curriculum of Charles Herring |

The parties are expected to act in good faith with regard to the Court's specific rulings as to redacted or limited use of exhibits as set forth fully on the record at the September 1, 2009 pretrial conference.

**SO ORDERED.**

**SIGNED this 4th day of September, 2009.**

_____
DON D. BUSH
UNITED STATES MAGISTRATE JUDGE