IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ERIC M. ALBRITTON, | § § § | |
| Plaintiff | § § | |
| v. | § § | No. 6:08cv00089 |
| CISCO SYSTEMS, INC. and RICHARD FRENKEL | § § § § | |
| Defendants | § | |

**ORDER REGARDING DEFENDANTS' AMENDED OBJECTIONS TO PLAINTIFF'S DEPOSITION DESIGNATIONS AND CROSS-DESIGNATIONS**

The Court has reviewed those Amended Objections to Plaintiff's Deposition Designations and Cross-Designation upon which Defendant requested ruling prior to trial, the matter having been referred to the undersigned by the Honorable Richard A. Schell. The Court has reviewed the underlying deposition testimony and those corresponding exhibits provided by counsel and has made the attached rulings. As indicated in the attached Exhibit A, any sustained objections, such that the testimony shall not be introduced at the time of trial, are marked with an "S." Any overruled objections, such that the testimony can be introduced at the time of trial, are marked with an "O."

SO ORDERED.

Signed this ___ day of September, 2009.

DON D. BUSH
UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| ERIC M. ALBRITTON | § |
| | § |
| | § |
| v. | § |
| | § C. A. NO. 6:08-CV-00089 |
| CISCO SYSTEMS, INC., | § |
| RICK FRENKEL, MALLUN YEN & | § |
| JOHN NOH | § |

**DEFENDANTS' AMENDED OBJECTIONS TO PLAINTIFF'S
DEPOSITION DESIGNATIONS AND CROSS-DESIGNATIONS**

**FOR RULINGS PRIOR TO TRIAL**

| Deponent | Page/Line | Objections |
|---|---|---|
| Mallun Yen  S | 27:1-5 | Irrelevant and immaterial under Fed. R. Evid. 402. |
| Mallun Yen  S | 36:5-41:11 | Irrelevant and immaterial under Fed. R. Evid. 402. |
| Mallun Yen  S | 36:24-25 | Speculation. |
| Mallun Yen  S | 39:1-2 | Argumentative. |
| Mallun Yen  S | 39:7-10 | Argumentative. Speculation. Improper predicate for opinion testimony. Fed. R. Evid. 701, 702 and 703. |
| Mallun Yen  S | 39:14 | Speculation. Improper predicate for opinion testimony. Fed. R. Evid. 701, 702 and 703. |
| Mallun Yen  O | 45:18-20 | Speculation. Irrelevant and immaterial under Fed. R. Evid. 402. Improper predicate for opinion testimony. Fed. R. Evid. 701, 702 and 703. |
| Mallun Yen  O | 63:15-64:4 | Irrelevant and immaterial under Fed. R. Evid. 402. |
| Mallun Yen  O | 74:24-75:2 | Speculation. Hearsay. Fed. R. Evid. 802. |
| Mallun Yen  S | 79:13-21 | Argumentative. Compound. |
| Mallun Yen  O | 84:7-11 | Argumentative. Question misstates the blog. |
| Mallun Yen  S | 84:20-25 | Speculation. Improper predicate for opinion testimony. Fed. R. Evid. 701, 702 and 703. |
| Mallun Yen  O | 86:5-11 | Speculation. Improper predicate for opinion testimony. Fed. R. Evid. 701, 702 and 703. |



EXHIBIT A

| Deponent | Page/Line | Objections |
|---|---|---|
| Mallun Yen O | 86:13-18 | Argumentative. Improper predicate for opinion testimony. Fed. R. Evid. 701, 702 and 703. |
| Mallun Yen O | 87:2-88:6 | Privileged. Attorney client. Work Product. |
| Mallun Yen S | 87:6-88:7 | Objections and instructions to the witness not to be read to the jury. |
| Mallun Yen O | 91:11-18 | Speculation. Improper predicate for opinion testimony. Fed. R. Evid. 701, 702 and 703. |
| Mallun Yen O | 91:20-92:4 | Argumentative. Improper predicate for opinion testimony. Fed. R. Evid. 701, 702 and 703. |
| Mallun Yen S | 92:20-22 | Argumentative. Speculation. Improper predicate for opinion testimony. Fed. R. Evid. 701, 702 and 703. Asked and answered. |
| Mallun Yen S | 93:3-12 | Privileged. Attorney client. Work Product. |
| Mallun Yen O | 93:13-15 | Argumentative. Speculation. Improper predicate for opinion testimony. Fed. R. Evid. 701, 702 and 703. |
| Mallun Yen O | 93:22 | Argumentative. Speculation. Improper predicate for opinion testimony. Fed. R. Evid. 701, 702 and 703. |
| Mallun Yen S | 94:2-3 | Argumentative. |
| Mallun Yen S | 94:7-11 | Argumentative. Speculation. |
| Mallun Yen O | 94:18-22 | Privileged. Attorney client. Work Product. |
| Mallun Yen S | 94:23-95:1 | Sidebar |
| Mallun Yen O | 95:7-10 | Seeks privileged information. |
| Mallun Yen S | 95:22-24 | Hearsay. Fed. R. Evid. 802. Facts not in evidence. Privileged. Attorney client. Work Product. |
| Mallun Yen O | 96: 12-20 | Argumentative. Privileged. Attorney Client. Work Product. |
| Mallun Yen O | 101:21-102:2 | Argumentative. |
| Mallun Yen O | 102:4-11 | Argumentative. Abusive. Misstates the Federal and local rules. |
| Mallun Yen S | 109:15-16 | Misstates the document. |
| Mallun Yen S | 109:21-22 | Sidebar |
| Mallun Yen O | 110:9-10 | Speculation. Improper predicate for opinion testimony. Fed. R. Evid. 701, 702 and 703. |
| Mallun Yen O | 111:11-12 | Speculation. Improper predicate for opinion testimony. Fed. R. Evid. 701, 702 and 703. |
| Mallun Yen O | 111:19-21 | Interrupted the witnesses answer. Argumentative. Improper predicate for opinion testimony. Fed. R. Evid. 701, 702 and 703. |

| Deponent | Page/Line | Objections |
|---|---|---|
| Mallun Yen | 112:9-10 | Argumentative. |
| Mallun Yen | 112:16-17 | Argumentative. Speculation. |
| Mallun Yen | 113:1-3 | Argumentative. |
| Mallun Yen | 113:7-8 | Argumentative. |
| Mallun Yen | 113:13 | Augmentative. Speculation. |
| Mallun Yen | 114:20-21 | Misstates the witnesses testimony. |
| Mallun Yen | 115:4-6 | Speculation. |
| Mallun Yen | 115:14-16 | Irrelevant. Speculation. Improper predicate for opinion testimony |
| Mallun Yen | 115:25 | Speculation. |
| Mallun Yen | 116:13-22 | Speculation. Improper predicate for opinion testimony. Multifarious. |
| Mallun Yen | 117:2-3 | Argumentative. Irrelevant and immaterial under Fed. R. Evid. 402. |
| Mallun Yen | 117:9-11 | Argumentative. Irrelevant and immaterial under Fed. R. Evid. 402. |
| Mallun Yen | 117:17-20 | Argumentative. Irrelevant and immaterial under Fed. R. Evid. 402. |
| Mallun Yen | 118:1-2 | Argumentative. Speculation. Irrelevant and immaterial under Fed. R. Evid. 402. |
| Mallun Yen | 118:9-10 and 13 | Argumentative. Speculation. Irrelevant and immaterial under Fed. R. Evid. 402. |
| Mallun Yen | 121:14-17 | Misstates the local rules and the federal rules. |
| Mallun Yen | 124:10-12 | Misstates the facts on the document. Speculation. |
| Mallun Yen | 126:2-9 | Speculation. Argumentative. Improper predicate for opinion testimony. Fed. R. Evid. 701, 702 and 703. |
| Mallun Yen | 126:21-24 | Argumentative. Assumes facts not in evidence. |
| Mallun Yen | 127:3 | Argumentative. Misstates facts. Speculation. |
| Mallun Yen | 127:7-10 | Argumentative. Misstates facts. Speculation. |
| Mallun Yen | 127:13 | Argumentative. Misstates facts. Speculation. |
| Mallun Yen | 179:15-23 | Privileged pursuant to the protective order. |
| Mallun Yen | 179:24-180:4 | Argumentative. Misstates facts. |
| Mallun Yen | 180:-7-8 | Argumentative. Misstates facts. |
| Mallun Yen | 181:22-182:3 | Argumentative. Misstates facts. |
| Mallun Yen | 182:8-11 | Argumentative. Improper predicate for opinion testimony. Fed. R. Evid. 701, 702 and 703. |
| Mallun Yen | 182:15 | Argumentative. Improper predicate for opinion testimony. Fed. R. Evid. 701, 702 and 703. |

| Deponent | Page/Line | Objections |
|---|---|---|
| Mallun Yen | 182:23-24 S | Argumentative. Irrelevant and immaterial under Fed. R. Evid. 402. Improper character evidence. Fed. R. Evid. 404. |
| Mallun Yen | 183:4-7 O | Argumentative. Irrelevant and immaterial under Fed. R. Evid. 402. Improper character evidence. Fed. R. Evid. 404. |
| Mallun Yen | 184:4-5 S | Argumentative. Speculative. |
| Mallun Yen | 184:17-18 O | Vague, ambiguous and nonsensical. Argumentative. |
| Mallun Yen | 185:12-14 O | Argumentative. Misstates facts. |
| Mallun Yen | 185:18 S | The offer is not in question/answer format; the designation ends with a question with no answer. |
| Mallun Yen | 187:3-190:23 O | Testimony has been designated as highly confidential pursuant to the protective order and should not be used in open court. |
| Mallun Yen | 187:11-13 O | Argumentative. Misstates facts. Improper predicate for opinion testimony. Fed. R. Evid. 701, 702 and 703. |
| Mallun Yen | 187:21-24 O | Privileged. Attorney Client. Work Product. |
| Mallun Yen | 188:17-189:23 O | Privileged pursuant to the protective order. |
| Mallun Yen | 189:24-25 O | Speculation. Improper predicate for opinion testimony. Fed. R. Evid. 701, 702 and 703. |
| Mallun Yen | 190:5-6 O | Argumentative. Speculation. Improper predicate for opinion testimony. Fed. R. Evid. 701, 702 and 703. |
| Mallun Yen | 190:14-23 O | Privileged pursuant to the protective order. |
| Mallun Yen | 191:15-192:5 O | Testimony has been designated as highly confidential pursuant to the protective order and should not be used in open court. |
| Mallun Yen | 193:8-194:3 O | Testimony has been designated as highly confidential pursuant to the protective order and should not be used in open court. |
| Mallun Yen | 193:13-21 O | Argumentative. |
| Mallun Yen | 195:5-14 O | Testimony has been designated as highly confidential pursuant to the protective order and should not be used in open court. |
| Mallun Yen | 196:10-13 S | Argumentative. Speculative. Irrelevant and immaterial under Fed. R. Evid. 402. |
| Mallun Yen | 196:14 S | Objections not to be read to the jury. |
| Mallun Yen | 196:11-13 O | Argumentative. Speculative. Irrelevant and immaterial under Fed. R. Evid. 402. |
| Mallun Yen | 196:15-17 O | Argumentative. Speculative. Irrelevant and immaterial under Fed. R. Evid. 402. |

| Deponent | Page/Line | Objections |
|---|---|---|
| Mallun Yen | 197:16-202:2  O | Testimony has been designated as highly confidential pursuant to the protective order and should not be used in open court. |
| Mallun Yen | 198:8-13  O | Compound. Speculative. Misstates facts. |
| Mallun Yen | 198:16  O | Argumentative. |
| Mallun Yen | 199:3-10  S | Argumentative. Speculation. Misstates facts. |
| Mallun Yen | 199:17-19  O | Argumentative. Speculation. Improper predicate for opinion testimony. Fed. R. Evid. 701, 702 and 703. |
| Mallun Yen | 200:5-7  O | Compound. Argumentative. Speculation. Improper predicate for opinion testimony. Fed. R. Evid. 701, 702 and 703. |
| Mallun Yen | 200:23-24  O | Argumentative. Speculation. Improper predicate for opinion testimony. Fed. R. Evid. 701, 702 and 703. |
| Mallun Yen | 201:13-15  O | Speculation. Argumentative. |
| Mallun Yen | 202:1-2  O | Speculation. Argumentative. |
| Mallun Yen | 207:3-18  O | Testimony has been designated as highly confidential pursuant to the protective order and should not be used in open court. |
| Mallun Yen | 208:8-209:2  O | Testimony has been designated as highly confidential pursuant to the protective order and should not be used in open court. |
| Mallun Yen | 209:13-210:2  S | Testimony has been designated as highly confidential pursuant to the protective order and should not be used in open court. |
| Mallun Yen | 209:13-17  S | Argumentative. |
| Mallun Yen | 212:15-19  S | Compound. Misstates facts. Argumentative. |
| Mallun Yen | 212:23-213:1  O | Privileged. Attorney Client. |
| Mallun Yen | 213:18-23  O | Privileged. Attorney Client. |
| Mallun Yen | 216:24-222:3  O | Testimony has been designated as highly confidential pursuant to the protective order and should not be used in open court. |
| Mallun Yen | 218:25-219:2  O | Argumentative. |
| Mallun Yen | 222:12-228:4  O | Testimony has been designated as highly confidential pursuant to the protective order and should not be used in open court. |
| Mallun Yen | 229:4-230:6  O | Testimony has been designated as highly confidential pursuant to the protective order and should not be used in open court. |
| Mallun Yen | 229:21-230:2  O | Speculation. Argumentative. |
| Mallun Yen | 231:4-18  O | Testimony has been designated as highly confidential pursuant to the protective order and should not be used in open court. |

| **Deponent** | **Page/Line** | **Objections** |
|---|---|---|
| Mallun Yen | 231:4-6 | Argumentative. Speculation. |
| Mallun Yen | 231:12-13 | Argumentative. Misstates facts. |
| Mallun Yen | 241:19-242:16 | Testimony has been designated as highly confidential pursuant to the protective order and should not be used in open court. |
| Mallun Yen | 247:7-8 | Argumentative. Speculation. |
| Mallun Yen | 249:18-251:18 | Testimony has been designated as highly confidential pursuant to the protective order and should not be used in open court. |
| Mallun Yen | 249:25-250:1 | Speculation. |
| Mallun Yen | 257:9-16 | Privileged pursuant to the protective order. |
| Mallun Yen | 186:22-190:23 | Testimony concerning privileged document CISCO PRIVILEGED 000014-16 (Mallun Depo Ex. 11) is highly confidential pursuant to the protective order and should not be used in open court. |
| Mallun Yen | 191:15-192:5 | Testimony concerning privileged document CISCO PRIVILEGED 000014-16 (Mallun Depo Ex. 11) is highly confidential pursuant to the protective order and should not be used in open court. |
| Mallun Yen | 193:8-194:3 | Testimony concerning privileged document CISCO PRIVILEGED 000014-16 (Mallun Depo Ex. 11) is highly confidential pursuant to the protective order and should not be used in open court. |
| Mallun Yen | 195:5-14 | Testimony concerning privileged document CISCO PRIVILEGED 000014-16 (Mallun Depo Ex. 11) is highly confidential pursuant to the protective order and should not be used in open court. |
| Mallun Yen | 196:11-21 | Testimony concerning privileged document CISCO PRIVILEGED 000014-16 (Mallun Depo Ex. 11) is highly confidential pursuant to the protective order and should not be used in open court. |
| Mallun Yen | 197:16-202:16 | Testimony concerning privileged document CISCO PRIVILEGED 000014-16 (Mallun Depo Ex. 11) is highly confidential pursuant to the protective order and should not be used in open court. |

| Deponent | Page/Line | Objections |
|---|---|---|
| Mallun Yen | 203:23-206:1 | Testimony concerning privileged document CISCO PRIVILEGED 000014-16 (Mallun Depo Ex. 11) is highly confidential pursuant to the protective order and should not be used in open court. |
| Mallun Yen | 207:1-18 | Testimony concerning privileged document CISCO PRIVILEGED 000014-16 (Mallun Depo Ex. 11) is highly confidential pursuant to the protective order and should not be used in open court. |
| Mallun Yen | 208:8-209:2 | Testimony concerning privileged document CISCO PRIVILEGED 000014-16 (Mallun Depo Ex. 11) is highly confidential pursuant to the protective order and should not be used in open court. |
| Mallun Yen | 209:13-210:2 | Testimony concerning privileged document CISCO PRIVILEGED 000014-16 (Mallun Depo Ex. 11) is highly confidential pursuant to the protective order and should not be used in open court. |
| Mallun Yen | 210:17-213:15 | Testimony concerning privileged document CISCO PRIVILEGED 000014-16 (Mallun Depo Ex. 11) is highly confidential pursuant to the protective order and should not be used in open court. |
| Mallun Yen | 213:18-214:4 | Testimony concerning privileged document CISCO PRIVILEGED 000014-16 (Mallun Depo Ex. 11) is highly confidential pursuant to the protective order and should not be used in open court. |
| Mallun Yen | 214:8-19 | Testimony concerning privileged document CISCO PRIVILEGED 000014-16 (Mallun Depo Ex. 11) is highly confidential pursuant to the protective order and should not be used in open court. |
| Mallun Yen | 216:24-222:3 | Testimony concerning privileged document CISCO PRIVILEGED 000122-125 (Mallun Depo Ex. 13) is highly confidential pursuant to the protective order and should not be used in open court. |
| Mallun Yen | 222:12-223:3 | Testimony concerning privileged document CISCO PRIVILEGED 000146-149 (Mallun Depo Ex. 14) is highly confidential pursuant to the protective order and should not be used in open court. |

| Deponent | Page/Line | Objections |
|---|---|---|
| Mallun Yen | 229:4-230:6  0 | Testimony concerning privileged document CISCO PRIVILEGED 000146-149 (Mallun Depo Ex. 14) is highly confidential pursuant to the protective order and should not be used in open court. |
| Mallun Yen | 230:17-19  0 | Testimony concerning privileged document CISCO PRIVILEGED 000146-149 (Mallun Depo Ex. 14) is highly confidential pursuant to the protective order and should not be used in open court. |
| Mallun Yen | 231:4-18  0 | Testimony concerning privileged document CISCO PRIVILEGED 000146-149 (Mallun Depo Ex. 14) is highly confidential pursuant to the protective order and should not be used in open court. |
| Mallun Yen | 232:17-233:5  0 | Testimony concerning privileged document CISCO PRIVILEGED 000146-149 (Mallun Depo Ex. 14) is highly confidential pursuant to the protective order and should not be used in open court. |
| Mallun Yen | 233:23-234:23  0 | Testimony concerning privileged document CISCO PRIVILEGED 000146-149 (Mallun Depo Ex. 14) is highly confidential pursuant to the protective order and should not be used in open court. |
| Mallun Yen | 249:18-255:4  5 | Testimony concerning privileged document CISCO PRIVILEGED 000269-272 (Mallun Depo Ex. 18) is highly confidential pursuant to the protective order and should not be used in open court. |
| Mallun Yen | 255:12-24  0 | Testimony concerning privileged document CISCO PRIVILEGED 000269-272 (Mallun Depo Ex. 18) is highly confidential pursuant to the protective order and should not be used in open court. |
| Mallun Yen | 257:9-24  0 | Testimony concerning privileged document CISCO PRIVILEGED 000269-272 (Mallun Depo Ex. 18) is highly confidential pursuant to the protective order and should not be used in open court. |

| Deponent | Page/Line | Objections |
|---|---|---|
| Marta Beckwith O | 10:17-18 | Speculation |
| Marta Beckwith O | 11:12-13 | Speculation. Improper opinion testimony, and no designation of this witness as an expert. Fed. R. Evid. 701, 702. |
| Marta Beckwith S | 16:17 | Sidebar |
| Marta Beckwith O | 16:24-17:1 | Misstates the facts, speculation, hearsay |
| Marta Beckwith O | 18:14-16 | Privilege Fed. R. Evid. 501 and 502 |
| Marta Beckwith S | 20:11-12 | Irrelevant and immaterial under Fed. R. Evid. 402. Argumentative. |
| Marta Beckwith O | 22:2-4 | Speculation; no personal knowledge |
| Marta Beckwith O | 22:11-13 | Hearsay, lack of personal knowledge |
| Marta Beckwith O | 23:20-22 | Argumentative, Improper opinion testimony |
| Marta Beckwith O | 24:2-3 | Argumentative, Improper opinion testimony, Irrelevant and immaterial under Fed. R. Evid. 402. |
| Marta Beckwith O | 24:8-10 | Argumentative, Improper opinion testimony, Irrelevant and immaterial under Fed. R. Evid. 402. Misstates the facts. |
| Marta Beckwith O | 25:6-7 | Improper opinion testimony, and no designation of this witness as an expert. Fed. R. Evid. 701, 702. Argumentative, , Irrelevant and immaterial under Fed. R. Evid. 402. Misstates the facts. |
| Marta Beckwith O | 25:10-13 | Improper opinion testimony, and no designation of this witness as an expert. Fed. R. Evid. 701, 702. Argumentative, Irrelevant and immaterial under Fed. R. Evid. 402. Misstates the facts. |
| Marta Beckwith O | 25:16-19 | Improper opinion testimony, and no designation of this witness as an expert. Fed. R. Evid. 701, 702. Argumentative, Irrelevant and immaterial under Fed. R. Evid. 402. Misstates the facts. |
| Marta Beckwith S | 26:7-9 | Improper opinion testimony, and no designation of this witness as an expert. Fed. R. Evid. 701, 702. Argumentative, Irrelevant and immaterial under Fed. R. Evid. 402. Misstates the facts. Lack of personal knowledge. |
| Marta Beckwith O | 27:14-15 | Improper opinion testimony, and no designation of this witness as an expert. Fed. R. Evid. 701, 702. |

| Deponent | Page/Line | Objections |
|---|---|---|
| Marta Beckwith O | 27:21 | Improper opinion testimony, and no designation of this witness as an expert. Fed. R. Evid. 701, 702. |
| Marta Beckwith O | 28:3-5 | Improper opinion testimony, and no designation of this witness as an expert. Fed. R. Evid. 701, 702. |
| Marta Beckwith O | 28:9-11 | Improper opinion testimony, and no designation of this witness as an expert. Fed. R. Evid. 701, 702. |
| Marta Beckwith O | 28:21-23 | Improper opinion testimony, and no designation of this witness as an expert. Fed. R. Evid. 701, 702. |
| Marta Beckwith O | 29:1-3 | Improper opinion testimony, and no designation of this witness as an expert. Fed. R. Evid. 701, 702. Argumentative, |
| Marta Beckwith O | 29:8-10 | Improper opinion testimony, and no designation of this witness as an expert. Fed. R. Evid. 701, 702. Irrelevant and immaterial under Fed. R. Evid. 402. Argumentative, |
| Marta Beckwith O | 29:13-14 | Improper opinion testimony, and no designation of this witness as an expert. Fed. R. Evid. 701, 702. |
| Marta Beckwith O | 29:19-21 | Speculation |
| Marta Beckwith O | 30:4-8 | Compound question. Misstates the facts. Improper opinion testimony, and no designation of this witness as an expert. Fed. R. Evid. 701, 702. |
| Marta Beckwith O | 30:23 | Improper opinion testimony, and no designation of this witness as an expert. Fed. R. Evid. 701, 702. Irrelevant and immaterial under Fed. R. Evid. 402. Argumentative. |
| Marta Beckwith O | 32:19-21 | Hearsay, Improper opinion testimony, and no designation of this witness as an expert. Fed. R. Evid. 701, 702. Speculation, Lack of personal knowledge. |
| Marta Beckwith O | 23:25-24:1 | Improper opinion testimony, and no designation of this witness as an expert. Fed. R. Evid. 701, 702. |
| Marta Beckwith O | 34: 7-8 | Argumentative |
| Marta Beckwith O | 35:1-12 | Irrelevant and immaterial under Fed. R. Evid. 402. Improper opinion testimony, and no designation of this witness as an expert. Fed. R. Evid. 701, 702. Speculation |
| Marta Beckwith O | 37:15-16 | Hearsay, |

| Deponent | Page/Line | Objections |
|---|---|---|
| Marta Beckwith S | 41:3-4 | Hearsay, Speculation, Lack of personal knowledge. |
| Marta Beckwith S | 41:11-12 | Speculation, Lack of personal knowledge. Irrelevant and immaterial under Fed. R. Evid. 402. |
| Marta Beckwith O | 46:25-47:1 | Speculation |
| Marta Beckwith O | 50:18-53:10 | Testimony concerning privileged documents is highly confidential pursuant to the protective order and should not be used in open court. This testimony refers to Cisco.Privlege.000269-272. Defendant incorporates its objections to the exhibit. |
| Marta Beckwith O | 51:2 | Sidebar |
| Marta Beckwith O | 52:3-5 | Question that was later re-asked not response based on objections. |
| Marta Beckwith S | 52:17-53:4 | Sidebar |
| Marta Beckwith S | 58:13-16 | Argumentative, Irrelevant and immaterial under Fed. R. Evid. 402. |
| Marta Beckwith S | 58:21-23 | Irrelevant and immaterial under Fed. R. Evid. 402. Argumentative, |
| Marta Beckwith S | 59:1-25 | Irrelevant and immaterial under Fed. R. Evid. 402. If deemed relevant, the probative value is outweighed by danger of unfair prejudice under Fed. R. 403. |
| Marta Beckwith S | 60:12-62:20 | Irrelevant and immaterial under Fed. R. Evid. 402. Hearsay |
| Marta Beckwith O | 63:8-9 | Improper opinion testimony, and no designation of this witness as an expert. Fed. R. Evid. 701, 702. |
| Marta Beckwith O | 63:14-16 and 18 | Speculation, Lack of personal knowledge. |
| Marta Beckwith S | 65:15 | Irrelevant and immaterial under Fed. R. Evid. 402. Argumentative, |
| Marta Beckwith S | 66:2-3 | Irrelevant and immaterial under Fed. R. Evid. 402. Argumentative, |
| Marta Beckwith O | 67:9-10; 68:19-72:24 | Testimony concerning privileged documents is highly confidential pursuant to the protective order and should not be used in open court. This testimony refers to Cisco.Privlege.000027 Defendant incorporates its objections to the exhibit. |

| Deponent | Page/Line | Objections |
|---|---|---|
| Marta Beckwith 🌣 | 68:19-970:25 | Hearsay, Irrelevant and immaterial under Fed. R. Evid. 402. Improper opinion testimony, and no designation of this witness as an expert. Fed. R. Evid. 701, 702. Speculation, Lack of personal knowledge. |
| Marta Beckwith O | 70:13-17 | Compound question |
| Marta Beckwith O | 71:1 | Privileged attorney client/work product. |
| Marta Beckwith S | 71:5-7 | Instruction to the witness not to be read to the jury. |
| Marta Beckwith O | 71:8-72:6 | Improper opinion testimony, and no designation of this witness as an expert. Fed. R. Evid. 701, 702. Speculation |
| Marta Beckwith O | 72:13-16, 19-20 | Improper opinion testimony, and no designation of this witness as an expert. Fed. R. Evid. 701, 702. Argumentative, Speculation |
| Marta Beckwith S | 88:18-89:9 | Testimony concerning privileged documents is highly confidential pursuant to the protective order and should not be used in open court. This testimony refers to Cisco.Privlege.000094 Defendant incorporates its objections to the exhibit. |
| Marta Beckwith S | 88:18-89:9 | Irrelevant and immaterial under Fed. R. Evid. 402. If deemed relevant, the probative value is outweighed by danger of unfair prejudice under Fed. R. 403. |

| Deponent | Page/Line | Objections |
|---|---|---|
| John Noh  S | 17:16-17 and 20 | Irrelevant and immaterial under Fed. R. Evid. 402. If deemed relevant, the probative value is outweighed by danger of unfair prejudice under Fed. R. 403. |
| John Noh  S | 29:7-9 | Speculation |
| John Noh  S | 38:19-20 | Speculation. |
| John Noh  O | 40:22-25 | Irrelevant and immaterial under Fed. R. Evid. 402. |
| John Noh  O | 43:10-13 and 16 | Argumentative; Improper opinion testimony (FRE 701) |
| John Noh  O | 44:19 | Argumentative, Speculation |
| John Noh  O | 60:18-23 | Argumentative.. If deemed relevant, the probative value is outweighed by danger of unfair prejudice under Fed. R. 403. |
| John Noh  S | 101:12-102:22 | Irrelevant and immaterial under Fed. R. Evid. 402. If deemed relevant, the probative value is outweighed by danger of unfair prejudice under Fed. R. 403. Improper character evidence Fed. R. 404. Improper opinion testimony Fed. R. 701. |
| John Noh  S | 103:1-25 | Irrelevant and immaterial under Fed. R. Evid. 402. If deemed relevant, the probative value is outweighed by danger of unfair prejudice under Fed. R. 403. Improper character evidence Fed. R. 404. Improper opinion testimony Fed. R. 701. |
| John Noh  S | 103:1-3 | Speculation, Argumentative |
| John Noh  O | 106:12-13 | Argumentative; Irrelevant and immaterial under Fed. R. Evid. 402. |
| John Noh  O | 107:19-20 | Argumentative; Irrelevant and immaterial under Fed. R. Evid. 402. |
| John Noh  O | 107:25-108-1 | Argumentative; Irrelevant and immaterial under Fed. R. Evid. 402. Improper opinion testimony. |
| John Noh  O | 108:6-7 | Argumentative; Irrelevant and immaterial under Fed. R. Evid. 402. Improper opinion testimony. |
| John Noh  O | 108:12-13 | Argumentative; Irrelevant and immaterial under Fed. R. Evid. 402. Improper opinion testimony. |
| John Noh  O | 108:18 | Argumentative; Irrelevant and immaterial under Fed. R. Evid. 402. Improper opinion testimony. |

| Deponent | Page/Line | Objections |
|---|---|---|
| John Noh  O | 111:3-5 | Argumentative; Irrelevant and immaterial under Fed. R. Evid. 402. Improper opinion testimony. |
| John Noh  S | 121:21-23 | Speculation. |
| John Noh  O | 124:4-126:14 | Testimony has been designated as highly confidential pursuant to the protective order and should not be used in open court. |
| John Noh  O | 124:17-125:9 | Lack of personal knowledge, improper opinion testimony. |
| John Noh  O | 126:21-24 | Testimony has been designated as highly confidential pursuant to the protective order and should not be used in open court. |
| John Noh  S | 128:18-21 | Speculation |
| John Noh  O | 141:9-12 | Argumentative, speculation |
| John Noh  O | 141:17-18 | Argumentative, Irrelevant and immaterial under Fed. R. Evid. 402. |
| John Noh  O | 118:14-122:7 | Testimony concerning privileged document CISCO PRIVILEGED 000012 and 000015 (Noh Depo Ex. 15) is highly confidential pursuant to the protective order and should not be used in open court. |
| John Noh  O | 124:4-126:14 | Testimony concerning privileged document CISCO PRIVILEGED 000014-16 (Noh Depo Ex. 16) is highly confidential pursuant to the protective order and should not be used in open court. |
| John Noh  O | 126:21-24 | Testimony concerning privileged document CISCO PRIVILEGED 000011-13 (Noh Depo Ex. 17) is highly confidential pursuant to the protective order and should not be used in open court. |
| John Noh  O | 127:12-129:2 | Testimony concerning privileged document CISCO PRIVILEGED 000011-13 (Noh Depo Ex. 17) is highly confidential pursuant to the protective order and should not be used in open court. |

| Deponent | Page/Line | Objections |
|---|---|---|
| Mark Chandler Q | 34:11-12 | Speculation. |
| Mark Chandler O | 36:7-9 | Argumentative. Speculation. |
| Mark Chandler O | 77:8-10 | Argumentative. Speculation. |
| Mark Chandler O | 88:16-91:18 | Irrelevant and immaterial under Fed. R. Evid. 402. |
| Mark Chandler O | 91:23-24 | Privileged |
| Mark Chandler O | 91:25-92:11 | Counsel's instruction to witness and sidebar. |
| Mark Chandler O | 96:18-21 | Argumentative. |
| Mark Chandler O | 97:2-5 | Argumentative. Misstates facts. |
| Mark Chandler S | 97:22-24 | Argumentative. Speculation. |