## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| ERIC ALBRITTON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 6:08-CV-89 |
| | § | |
| CISCO SYSTEMS, INC. and | § | |
| RICHARD FRENKEL, | § | |
| | § | |
| Defendants. | § | |

### ORDER

On September 3, 2009, non-party Michael Smith filed his "Motion to Quash Trial Subpoena" (docket entry #285).  Since the trial of this cause is scheduled to begin on September 14, 2009, the court hereby **ORDERS** the Defendants to file an expedited response to the motion.  The Defendants must file their response with the court by Tuesday, September 8, 2009 at 3:00 p.m.

IT IS SO ORDERED.

**SIGNED this the 4th day of September, 2009.**

_Richard A. Schell_
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE