# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

| | | |
|---|---|---|
| ERIC ALBRITTON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 6:08-CV-89 |
| | § | |
| CISCO SYSTEMS, INC. and | § | |
| RICHARD FRENKEL, | § | |
| | § | |
| Defendants. | § | |

## ORDER DENYING AS MOOT CISCO SYSTEMS, INC., MARK CHANDLER AND MALLUN YEN'S MOTION FOR PROTECTION AND TO QUASH TRIAL SUBPOENAS OF MARK CHANDLER AND MALLUN YEN

Pending before the court is "Cisco Systems, Inc., Mark Chandler and Mallun Yen's Motion for Protection and to Quash Trial Subpoenas of Mark Chandler and Mallun Yen" (docket entry #280). On September 3, 2009, the Plaintiff filed a response to the pending motion. In his response, the Plaintiff advised the court that he has withdrawn the trial subpoenas issued to Mark Chandler and Mallun Yen. In light of the foregoing, Cisco Systems, Inc., Mark Chandler and Mallun Yen's Motion for Protection and to Quash Trial Subpoenas of Mark Chandler and Mallun Yen" (docket entry #280) is hereby **DENIED AS MOOT**.

IT IS SO ORDERED.

**SIGNED this the 4th day of September, 2009.**

RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE