# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS

### TYLER DIVISION

### DATE: September 1, 2009

**JUDGE DON BUSH**                                  **REPORTER:** Christi Humphries
                                                    **LAW CLERK:** Kirstine Rogers

| | |
|---|---|
| Eric Albritton<br>v<br>Cisco Systems Inc., et al. | 6:08cv89<br>Pretrial Conference |

| ATTORNEYS FOR PLAINTIFFS | ATTORNEYS FOR DEFENDANT |
|---|---|
| Nicholas Patton<br>James Holmes | Charles Babcock<br>Crystal Jill Parker<br>George L. McWilliams<br>David Moran |
| | |

On this day, came the parties by their attorneys and the following proceedings were had:

OPEN: 10:02am                    END:      5:30 pm

| TIME: | MINUTES |
|---|---|
| 10:02 am | Case called for pretrial issues |
| | Court addresses deposition testimony |
| 10:24 | David Moran speaks on protective order (Exhibit 1, paragraph 5, pg 3) |
| | David Moran withdraws objection to Exhibit # 17 John Noh |
| | Court takes up Plaintiff's Exhibits for trial |
| | Court admits Exhibits 1, 10, 11, 15, 16, 17, 18, 20, 26, 27, 28, 31, 32, 36, 37, 38 |
| | 41, 47, 48, 51, 63, 64, 67, 68, 76, 77, 78, 79, 80, 81, 82, 83, 90, 93, 147, 149, 150, |
| | 151, 153, 157, 164, 179, 180, 181, 182, 197, 207, 208, 209, 213 as redacted, |
| | 214, 216, 217, 224, 233, 238 only to demonstrate as to financial worth, |
| | Admitted exhibits continued: 239, 240, 241, 242 as redacted, 245, 249 as redacted, 250, 251, |

**DAVID J. MALAND, CLERK**
BY: Terri Hoskins, Deputy Clerk

| TIME: | MINUTES |
|---|---|
| | 254, 255, 257, 258, 259, 260, 261,  266, 270, 272, 273, 274, 278, 283 as redacted, |
| | 286 as redacted, 287 as redacted, 288A, 289, 291, 292, 294, 298 first two pages, |
| | 299, 300 redacted, 301, 302, |
| 12:40 pm | Break for lunch |
| 2:02 pm | Court in session |
| | Exhibits admitted continued: 303, 304, 305, 306, 308 as redacted, 312 as redacted, |
| | 318 as redacted, 320,  321as redacted, 325, 326, 327a, 328, 330, 333, 335, 336, 337, 338, |
| | 345, 346, 348, 349, 350, 353, 354, 355, 356, 357, 358, 362, 364, 365, 368, 369, |
| | 370, 371, 395, 404, 406, 431, 432, 433, 434, 435, 436, 440,  444, 450, |
| | 473 as redacted paragraphs 4, 5, and 6; 474 as to Noh,   534 as redacted. |
| 3:01 pm | Exhibits Plaintiff may offer: 210 admitted, |
| 3:10 pm | Defendant's Exhibits Admitted 1, 5, 6, 8, 9, 10, 11, 13, 14, 15, 16, 17, 21, 21a, |
| | 21b, 21c, 22 as modified by agreement, 24, 25, 26, 28, 28a, 29, 30, 37, 39, 62 |
| | 63, 81, 85, 86, 87, 93, 94, 96, 99, 100, 102, 111, 114, 115, 117, 118, 123, 124, |
| | 125, 127, 141, 144, 159m as redacted, |
| | Dft has withdrawn #7, 18, 31, 32, 36, 84, 92, 98, 113, 126, 128, 131, 142, 145, |
| | 148, 149, 150, 159, 159a, 159b, 159c, 159o, |
| 4:21 | Recess |
| 4:29 | Court in session |
| | Defendant's Exhibits  Admitted: 161, 162, 163,  170, 185, 188, 189, 190, 191, 193, 213, 219 as redacted,  227, 228 as redacted, 230,  253 |
| | Defendant's Exhibits withdrawn:  182, 194-198, 202-205, 209-212, 214-218, 223-226, 229, 263, 265, 266, 267, 268, 271, 272, 274, 275, 276, 278, 279, 280 |
| | All exhibits defendants may use at trial are withdrawn on the record. |
| | Court to take up Plaintiff's exhibit #146,  withdrawn on record. |
| | Plaintiff's Exhibit #226 admitted. |
| 5:23 pm | Court to take up objections to depositions |
| | Counsel to send copies of deposition exhibits to the Court |
| 5:30 pm | Court adjourned. |

| TIME: | MINUTES |
|-------|---------|
|       |         |
|       |         |
|       |         |
|       |         |
|       |         |
|       |         |
|       |         |
|       |         |
|       |         |
|       |         |
|       |         |
|       |         |
|       |         |
|       |         |
|       |         |
|       |         |
|       |         |
|       |         |
|       |         |
|       |         |
|       |         |
|       |         |
|       |         |
|       |         |