IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ERIC M. ALBRITTON, | § § § § | |
| Plaintiff | | |
| v. | § § § § § § § | No. 6:08cv00089 |
| CISCO SYSTEMS, INC. and RICHARD FRENKEL | | |
| Defendants | | |

## ORDER REGARDING PLAINTIFF'S OBJECTIONS TO DEPOSITION TESTIMONY DESIGNATED BY DEFENDANT

Plaintiff has submitted objections to deposition testimony designated by Defendant. While Plaintiff did not specify those objections upon which it sought a pretrial ruling, the Court has reviewed those objections raised to the deposition transcripts submitted to the Court for review, the matter having been referred to the undersigned by the Honorable Richard A. Schell.

As indicated below, any sustained objections, such that the testimony shall not be introduced at the time of trial, are marked with an "S." Any overruled objections, such that the testimony can be introduced at the time of trial, are marked with an "O."

### Deposition of Mallun Yen (November 17, 2008)

Page 101:17-20    **S**

Page 203:12-16    **O**

Page 230: 8-16    **O**

**Deposition of John Noh (November 17, 2008)**

  Page 19: 5-20  **S**

  Page 65: 12-23  **S**

To the extent Plaintiff sought a pretrial ruling on any other witness's testimony, those objections are overruled as the objections were not raised at the pretrial conference held on September 1, 2009, nor was the subject testimony offered to the Court for review.

  **SO ORDERED.**

  **SIGNED this 4th day of September, 2009.**

_____
DON D. BUSH
UNITED STATES MAGISTRATE JUDGE