**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| ERIC ALBRITTON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 6:08-CV-89 |
| | § | |
| CISCO SYSTEMS, INC. and | § | |
| RICHARD FRENKEL, | § | |
| | § | |
| Defendants. | § | |

**ORDER GRANTING CISCO SYSTEMS, INC.'S MOTION TO DESIGNATE
NEXT DAY TRIAL WITNESSES**

Pending before the court is "Cisco Systems, Inc.'s Motion to Designate Next Day Trial Witnesses" (docket entry #294) filed on September 4, 2009. Having considered the motion, the court finds that the motion should be **GRANTED**. In order to facilitate a more orderly and efficient trial, the parties are hereby

**ORDERED** to provide each other their witnesses for the following day not later than 5:00 p.m. on the day prior to such witnesses' testimony. With respect to the first day of trial, September 14, 2009, the Plaintiff shall inform defense counsel of the Plaintiff's first day witnesses not later than 5:00 p.m. on September 11, 2009.

IT IS SO ORDERED.

**SIGNED this the 7th day of September, 2009.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE