# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| ERIC ALBRITTON,<br>    Plaintiff,<br><br>v.<br><br>CISCO SYSTEMS, INC., and<br>RICK FRENKEL<br>    Defendants. | §§§§§§§§§ | CIVIL ACTION NO.: 6:08-CV-89<br>JURY TRIAL DEMANDED |

## *ORDER*

Came on this day the Defendants' Motion to Exclude Testimony of Sam Baxter. The Court, after due consideration, finds that it is well taken and should be granted.

***IT IS, THEREFORE, ORDERED, ADJUDGED and DECREED*** that Defendants' Motion to Exclude Testimony of Sam Baxter is GRANTED.