IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| ERIC M. ALBRITTON | § | |
| --- | --- | --- |
| | § | |
| | § | |
| v. | § | |
| | § | C. A. NO. 6:08-CV-00089 |
| CISCO SYSTEMS, INC. AND | § | |
| RICK FRENKEL | § | |

## DEFENDANTS' RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW

TO THE HONORABLE COURT:

Defendants Cisco Systems, Inc. ("Cisco") and Richard Frenkel ("Frenkel") reurge their motion for judgment as a matter of law ("JMOL") pursuant to Federal Rule of Civil Procedure 50(a) as follows:

### I. GROUNDS FOR JMOL

A judgment as a matter of law is appropriate when "a party has been fully heard on an issue during a jury trial and the court finds that a reasonable jury would not have a legally sufficient evidentiary basis to find for the party on that issue." FED.R.CIV.P. 50(a)(1). Defendants submit that JMOL is appropriate on each of the following grounds and request that the Court enter judgment that:

1. Plaintiff has no claim for libel because he has no evidence of, and indeed he does not seek damages for, injury to reputation, which libel protects.

2. The Articles at issue are non-actionable, on numerous grounds, including substantial truth, rhetoric, hyperbole, opinion, not defamatory, or not "of and concerning" Albritton as a matter of law.

3. The Articles at issue are not libelous per se as a matter of law.

4. There is no evidence Plaintiff sustained mental anguish damages, the only element of compensatory damages he seeks.

5. There is no evidence of fault.

6. There is no claim for libel by juxtaposition or material omission.

7. The Articles at issue involve a matter of public concern, that is, they relate to any matter of political, social, or other concern to the community.

8. Plaintiff cannot recover exemplary damages because there is no clear and convincing evidence of Chapter 41 "malice" or gross negligence as a matter of law.

9. Plaintiff cannot recover exemplary damages because there is no clear and convincing evidence of Constitutional "actual malice," an additional, essential element of such a claim, as a matter of law.

Defendants incorporate by reference the arguments made in their Motion for Judgment as a Matter of Law.

Respectfully submitted,

JACKSON WALKER L.L.P.

By: /s/ *Charles L. Babcock*
    Charles L. Babcock
    Federal Bar No.: 10982
    Email: cbabcock@jw.com
    Crystal J. Parker
    Federal Bar No.: 621142
    Email: cparker@jw.com
    1401 McKinney, Suite 1900
    Houston, Texas 77010
    (713) 752-4200
    (713) 752-4221 – Fax

ATTORNEYS FOR DEFENDANT
CISCO SYSTEMS, INC.

GEORGE MCWILLIAMS, P.C.

By: /s/ *George L. McWilliams with permission by Charles L. Babcock*
    George L. McWilliams
    Texas Bar No: 13877000
    GEORGE L. MCWILLIAMS, P.C.
    406 Walnut
    P.O. Box 58
    Texarkana, Texas 75504-0058
    (903) 277-0098
    (870) 773-2967—Fax
    Email: glmlawoffice@gmail.com

ATTORNEY FOR DEFENDANT
RICK FRENKEL

# CERTIFICATE OF SERVICE

This is to certify that on this 17th day of September, 2009, a true and correct copy of the foregoing was served via electronic mail and hand delivery upon:

James A. Holmes
605 South Main Street, Suite 203
Henderson, Texas 75654

Patricia L. Peden
Law Offices of Patricia L. Peden
5901 Christie Avenue
Suite 201
Emeryville, CA 94608

Nicholas H. Patton
Patton, Tidwell & Schroeder, LLP
4605 Texas Boulevard
P.O. Box 5398
Texarkana, Texas 75505-5398

/s/ Charles L. Babcock
Charles L. Babcock

5611967v.1