**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **ERIC M. ALBRITTON,** | § § | |
| Plaintiff | § § | |
| v. | § § | No. 6:08cv00089 |
| **CISCO SYSTEMS, INC. RICHARD FRENKEL, MAULLUN YEN and JOHN NOH,** | § § § § | |
| Defendant | § § | |

## O R D E R

The Court, having reviewed Defendants' Motion for Judgment as a Matter of Law and Plaintiff's Response thereto finds the motion is not well taken and should be DENIED.

IT IS THEREFORE ORDERED, ADJUGED, AND DECREED that Defendants' Motion for Judgment as a Matter of Law is in all parts DENIED.

IT IS SO ORDERED.