UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

JUDGE: Richard Schell

COURT REPORTER:
Jerry Kelley

COURTROOM DEPUTY:
Bonnie Sanford

**ALBRITTON**

**vs.**                                                                 NO.  **6:08cv89**

**CISCO SYSTEMS, INC. ET AL**


| | |
|---|---|
| PLAINTIFF: | Nick Patton, James Holmes, Patricia Peden, Eric Albritton, Derek Palisoul |
| DEFENSE: | Charles Babcock, Bill Friedman, David Moran, Crystal Parker, George McWilliams, Rick Frenkel, Jason Bloom, Tim Herndon, Brent Howard |
| GOV'T | Assistant U.S. Attorney, Thomas Gibson |

**This day came the parties and by their attorneys the following proceedings were held before Judge Richard Schell in Tyler, Texas on 9/14/2009:**

| | |
|---|---|
| 9:08 am | The court called the case, noting the appearance of counsel and parties. |
| 9:17 am | The court addresses pending matters. |
| 9:42 am | Voir Dire begins. |
| 10:26 am | Mr. Patton questions the jury panel. |
| 10:50 am | Mr. Babcock questions the jury panel. |
| 11:12 am | Mr. McWilliams questions the jury panel. |

| | |
|---|---|
| 11:21 am | The court begins individual questioning of jurors. |
| 11:46 am | Recess for 20 minutes. |
| 12:13 pm | Court resumes. |
| 12:15 pm | The jury panel is brought into the courtroom. |
| 12:19 pm | The names of the 10 jurors are read. |
| 12:20 pm | The remaining jurors are dismissed. |
| 12:21 pm | The oath is given to the jurors. |
| 12:22 pm | The court gives directions to the jury. |
| 12:33pm | The rule is invoked. |
| 12:34 pm | Court recessed until 1:45 pm. |
| 2:04 pm | Court resumes. |
| 2:06 pm | Amy Mathis and Peter McAndrews are sworn in and told that the rule is invoked. |
| 2:07 pm | The jury is brought into the courtroom. The court addresses the jury. |
| 2:10 pm | Opening statements by Mr. James Holmes. |
| 2:34 pm | Opening statements by Mr. Charles Babcock. |
| 2:53 pm | Opening statements by Mr. George McWilliams. |
| 3:09 pm | Mr. Holmes calls witness Peter McAndrews |
| 3:50 pm | Court recesses for 15 minutes. |
| 4:09 pm | Court resumes. |
| 4:19 pm | Cross-exam by Mr. Babcock. |
| 5:09 pm | Cross-exam by Mr. McWilliams. |
| 5:26 pm | Re-direct by Mr. Holmes. |

| | |
|---|---|
| 5:31 pm | Re-cross by Mr. Babcock. |
| 5:33 pm | Witness excused. |
| 5:35 pm | Court recessed until 9:00 am Tuesday, September 15, 2009. |

## DAY TWO - TUESDAY, SEPTEMBER 15, 2009

| | |
|---|---|
| 9:01 am | Court resumes.  The court takes up matters outside the presence of the jury. |
| 9:04 am | Mr. Holmes calls plaintiff's witness Amie Mathis, who was previously sworn in. |
| 9:06 am | The jury is brought into the courtroom. |
| 9:07 am | Mr. Holmes begins direct exam of Amie Mathis. |
| 9:18 am | **Exhibit 197 shown.** |
| 9:24 am | **Exhibit 32 shown**. |
| 9:37 am | **Exhibit 251 shown**. |
| 9:42 am | Cross-exam by Mr. Babcock. |
| 9:56 am | **Exhibit 13, 87, 14, 22 shown.** |
| 10:21 am | Cross-exam by Mr. McWilliams. |
| 10:35 am | Re-direct by Mr. Holmes. |
| 10:38 am | **Exhibit 185 shown.** |
| 10:43 am | Re-cross by Mr. McWilliams |
| 10:45 am | **Exhibit 255, 224 shown.** |
| 10:48 am | Re-direct by Mr. Holmes. |
| 10:49 am | Witness excused. Court recessed for 15 minutes. |
| 11:08 am | Court resumes. David Maland is sworn in. |

| | |
|---|---|
| 11:10 am | The jury is brought into the courtroom. |
| 11:11 am | Mr. Holmes calls plaintiff's witness David Maland. |
| 11:25 am | **Exhibit 433, 10, 216 shown.** |
| 12:01 pm | Court recesses until 1:15 pm. |
| 1:17 pm | Court resumes. Mr. Holmes continues direct exam of witness David Maland. |
| 1:25 pm | **Exhibit 32, 87, 251 shown.** |
| 1:52 pm | Cross-exam by Mr. Babcock. |
| 2:00 pm | **Exhibit d87, p207, d86, d93, d188, 161(?) shown.** |
| 2:33 pm | Cross-exam by Mr. McWilliams. |
| 2:56 pm | Re-direct by Mr. Holmes. |
| 2:57 pm | Re-cross by Mr. Babcock. |
| 3:04 pm | Re-cross by Mr. McWilliams. |
| 3:06 pm | Witness excused. |
| 3:07 pm | Court recesses for 15 minutes. |
| 3:33 pm | Court resumes. Ms. Peden calls plaintiff witnesses Jillian Powell and Kurt Pankratz. Both witnesses are sworn in. |
| 3:35 pm | The jury is brought into the courtroom. Ms. Peden begins direct exam of witness Jillian Powell. |
| 4:05 pm | **Exhibit 308, 251 shown.** |
| 4:10 pm | Cross-exam by Mr. Moran. |
| 4:20 pm | Cross-exam by Mr. McWilliams. |
| 4:21 pm | Re-direct by Ms. Peden. |
| 4:22 pm | Witness excused. |

| | |
|---|---|
| 4:23 pm | Plaintiff calls witness Mr. Kurt Pankratz, who was previously sworn. Mr. Patton begins direct exam of Mr. Pankratz. |
| 4:44 pm | **Exhibit 249, 214 shown.** |
| 5:19 pm | Court recessed until 9:00 am Wednesday, September 16, 2009. |

## DAY THREE - WEDNESDAY, SEPTEMBER 16, 2009

| | |
|---|---|
| 9:02 am | Court resumes. Juror #7 is released due to medical emergency. |
| 9:04 am | The jury is brought into the courtroom. |
| 9:06 am | Cross-exam of witness Kurt Pankratz by Mr. Moran. |
| 9:11 am | **Exhibit #9 shown.** |
| 9:21 am | Cross-exam of witness Kurt Pankratz by Mr. McWilliams |
| 9:25 am | Jury taken out of the courtroom. Matters taken up outside the jury's presence. |
| 9:29 am | Jury brought into the courtroom. Mr. McWilliams resumes cross-exam of witness. |
| 9:31 am | Re-direct by Mr. Patton. |
| 9:53 am | Jury taken out of the courtroom. Matters taken up outside the jury's presence. |
| 9:57 am | Jury brought into the courtroom. Mr. Patton resumes re-direct of witness. |
| 10:00 am | **Exhibit 335 shown.** |
| 10:07 am | Re-cross by Mr. McWilliams. |
| 10:14 am | Re-direct by Mr. Patton. |
| 10:16 am | **Exhibit 337 shown.** |
| 10:18 am | Re-cross by Mr. McWilliams. |
| 10:19 am | Re-direct by Mr. Patton. |
| 10:20 am | Witness excused. Court recesses for 15 minutes. |
| 10:40 am | Mr. Patton calls plaintiff's witness Mr. Richard Frenkel. Witness is sworn in. |

| | |
|---|---|
| 10:42 am | The jury is brought into the courtroom. Mr. Patton begins direct-exam of witness. |
| 10:56 am | **Exhibit 214, 335, 298, 242, 370, 270, 250, 273 shown.** |
| 12:02 am | Court recesses jury for lunch until 1:15 pm. Court takes up matters outside the jury's presence. |
| 12:11 pm | Court recessed until 1:15 pm |
| 1:16 pm | Court resumes. |
| 1:19 pm | The jury is brought into the courtroom. Mr. Patton resumes direct-exam of Mr. Frenkel. |
| 1:29 pm | The jury is taken out of the courtroom. Court and counsel take up matters outside the jury's presence. |
| 1:39 pm | The jury is brought into the courtroom. Mr. Patton resumes direct-exam of Mr. Frenkel. |
| 1:48 pm | **Exhibit 162, 395 shown**. |
| 2:06 pm | Cross-exam by Mr. McWilliams. |
| 2:22 pm | **Exhibit 356, 336 shown.** |
| 2:38 pm | Cross-exam by Mr. Babcock. |
| 2:44 pm | **Exhibit d11 shown.** |
| 2:54 pm | Re-direct by Mr. Patton. |
| 3:08 pm | Re-cross by Mr. McWilliams. |
| 3:09 pm | Court recesses the jury for 15 minutes. Court and counsel take up matters outside the presence of the jury. |
| 3:22 pm | Court recessed. |
| 3:37 pm | Court resumes. Mr. Patton calls plaintiff's witness T. John Ward, Jr. The witness is sworn in. |
| 3:53 pm | **Exhibit 214, 251, 356 shown.** |

| | |
|---|---|
| 4:30 pm | Cross-exam by Mr. Babcock of witness T. John Ward. |
| 4:35 pm | **Exhibit 81, 13 shown.** |
| 5:05 pm | Cross-exam by Mr. McWilliams. |
| 5:16 pm | Re-direct by Mr. Patton. **Exhibit 189, 304 shown**. |
| 5:20 pm | Witness excused. Court recessed until 9:00 am Thursday, September 17, 2009. Mr. Ward excused from the rule. |

## DAY FOUR - THURSDAY, SEPTEMBER 17, 2009

| | |
|---|---|
| 8:58 am | Court resumes. The court takes up matters outside the jury's presence. |
| 9:06 am | Mr. Holmes calls plaintiff witnesses Eric Albritton and Bill Friedman. Witnesses are sworn in. |
| 9:07 am | The jury is brought into the courtroom. |
| 9:09 am | Direct-exam of Mr. Friedman by Mr. Holmes. |
| 9:16 am | **Exhibit 251, 534 shown.** |
| 9:21 am | Cross-exam by Mr. Babcock. |
| 9:25 am | Cross-exam by Mr. McWilliams. |
| 9:26 am | Re-direct by Mr. Holmes. |
| 9:29 am | Re-cross by Mr. McWilliams. |
| 9:30 am | Witness is excused. |
| 9:31 am | Mr. Holmes calls plaintiff witness Eric Albritton. |
| 9:43 am | **Exhibit 358, 214, 335 shown**. |
| 9:58 am | Cross-exam by Mr. Babcock. |
| 10:10 am | The jury is taken out of the courtroom. Court and counsel take up issues outside the jury's presence. |
| 10:37 am | Court recessed for 15 minutes. |

| | |
|---|---|
| 11:03 am | Court resumes. The jury is brought into the courtroom. |
| 11:04 am | Mr. Babcock resumes cross-exam of Mr. Albritton. |
| 11:18 am | **Exhibit 321, 298, 270 shown.** |
| 11:52 am | Cross-exam by Mr. McWilliams. |
| 12:06 pm | Witness is excused. |
| 12:08 pm | Jury recessed until 1:30 pm. |
| 12:12 pm | Court recessed. |
| 1:35 pm | Court resumes. Mr. Holmes recalls Mr. Albritton. The jury is brought into the courtroom. |
| 1:36 pm | Re-direct by Mr. Holmes. |
| 1:37 pm | Witness is released. **The plaintiff rests.** |
| 1:38 pm | The jury is taken out of the courtroom. |
| 1:38 pm | Mr. Moran presents to the court a Motion for Judgment as a Matter of Law. |
| 1:39 pm | Mr. Moran addresses the court regarding the Motion for Judgment as a Matter of Law. |
| 1:58 pm | Ms. Peden responds to the arguments for the Motion for Judgment as a Matter of Law. |
| 2:03 pm | Mr. Moran addresses the court. |
| 2:16 pm | Ms. Peden addresses the court. |
| 2:30 pm | Mr. Holmes addresses the court. |
| 2:40 pm | Mr. Babcock addresses the court. |
| 3:02 pm | On behalf of Mr. Frenkel, Mr. McWilliams adopts the arguments of Mr. Moran and Mr. Babcock. |
| 3:04 pm | Mr. Babcock calls defense witness Shelly Moore. The witness is sworn in. |
| 3:07 pm | **Exhibit d87 shown**. |

| | |
|---|---|
| 3:15 pm | Cross-exam by Mr. McWilliams. |
| 3:19 pm | **Exhibit d224, d117 shown**. |
| 3:22 pm | Cross-exam by Mr. Holmes. |
| 3:24 pm | Witness excused. |
| 3:25 pm | Mr. Babcock calls Michelle Albritton by video deposition. |
| 3:37 pm | The defendant Cisco and defendant Frenkel rests. |
| 3:38 pm | The defense renews their Motion for Judgment as a Matter of Law. |
| 3:39 pm | The court addresses the jury. |
| 3:40 pm | The court releases the jury until Tuesday, September 22, 2009 at 9:00 am. |
| 3:49 pm | Counsel released until Monday, September 21, 2009 at 9:00 am. |

## DAY FIVE - MONDAY, SEPTEMBER 21, 2009

| | |
|---|---|
| 9:29 am | Court resumes. Court takes up briefs on Motion for Judgment as a Matter of Law.<br><br>Point #1 denied, #2 denied, #3 denied, #4 denied, #5 denied, #6 denied, #7 granted, #8 denied, #9 denied. |
| 11:28 am | Court takes up matters regarding giving copies of exhibits to the press. |
| 11:33 am | Court recessed until further notice. Court will call parties. |
| 4:07 pm | Court resumes. The court takes up matters with counsel. Court to e-mail jury charge to parties. Court to resume at 9:00 am, Tuesday morning. |
| 4:10 pm | Court recessed. |

## DAY SIX - TUESDAY, SEPTEMBER 22, 2009

| | |
|---|---|
| 9:09 am | The jury is brought into the courtroom. |
| 9:10 am | The court addresses the jury and informs them that the case has been settled and the parties have resolved the case among themselves. |
| 9:17 am | Court adjourned. |