AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

Eastern _____ DISTRICT OF _____ Texas _____

## WITNESS LIST

ALBRITTON V. CISCO SYSTEMS, INC. ET AL

### CASE NO.   6:08cv89

| PRESIDING JUDGE Richard A. Schell | PLAINTIFF'S ATTORNEY Nick Patton/James Holmes/Patricia Peden | DEFENDANT'S ATTORNEY Charles Babcock/George McWilliams/Crystal Parker |
|---|---|---|
| Jury Trial date(s): 9/14/2009-9/22/09 | COURT REPORTER Jerry Kelley | COURTROOM DEPUTY Bonnie Sanford |

| PLTF NO. | DEF. NO. | ADMITTED | DESCRIPTION OF WITNESSES |
|---|---|---|---|
| 1 | | | Peter McAndrews |
| 2 | | | Amie Mathis |
| 3 | | | David Maland |
| 4 | | | Jillian Powell |
| 5 | | | Kurt Pankratz |
| 6 | | | Richard Frenkel |
| 7 | | | T. John Ward, Jr. |
| 8 | | | Bill Friedman |
| 9 | | | Eric Albritton |
| | 1 | | Shelly Moore |
| | 2 | | Michelle Albritton (video deposition) |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Dockets.Justia.com

|  |  |  |  |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |