IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISIONS

| ERIC M. ALBRITTON, | § | |
| --- | --- | --- |
| Plaintiff | § | |
| v. | § | No. 6:08cv00089 |
| CISCO SYSTEMS, INC. and RICHARD FRENKEL. | § | |
| Defendants | § | |

### DEFENDANTS' ADMITTED EXHIBITS

| Defendant Exhibit No. | DESCRIPTION | Admitted |
| --- | --- | --- |
| 1 | 10/17/2007 Patent Troll Tracker Article<br><br>(MSJ Exhibit No. F) | ✓ |
| 5 | 10/12/2007 Email from Eric M. Albritton to Amie J. Mathis<br><br>Bates No. EMA 0862<br><br>(Mathis Deposition Exhibit No. 5) | ✓ |
| 6 | 10/15/2007 Email from Rhonda Lafitte to Amie J. Mathis<br><br>Bates Nos. EMA 1492 – 1493<br><br>(Mathis Deposition Exhibit No. 6) | ✓ |
| 8 | 10/15/2007 Email from Amie Mathis to newcasetxk@txed.uscourts.gov<br><br>Bates No. EMA 1407<br><br>(Mathis Deposition Exhibit No. 8) | ✓ |

| Defendant Exhibit No. | DESCRIPTION | Admitted |
|---|---|---|
| 9 | 10/18/2007 Patent Troll Tracker Article | ✓ |
| 10 | 10/16/2007 Email from paygovadmin@mail.doc.twai.gov to Amie J. Mathis<br><br>Bates No. EMA 1564<br><br>(Mathis Deposition Exhibit No. 10) | ✓ |
| 11 | 02/23/2008 Patent Troll Tracker Article "Blogger, Revealed"<br><br>Bates Nos. FRENKEL.000062 - 000064 | ✓ |
| 13 | 10/16/2007 Email from Amie J. Mathis to PMCANDREWS@mcandrews-ip.com<br><br>Bates Nos. EMA 1409 – 1411<br><br>(Mathis Deposition Exhibit No. 13) | ✓ |
| 14 | 03/14/2008 Email from Eric M. Albritton to Amie J. Mathis<br><br>Bates Nos. EMA 0857 – 0858<br><br>(Mathis Deposition Exhibit No. 14) | ✓ |
| 15 | 10/17/2007 First Amended Complaint for Patent Infringment in ESN, LLC v. Cisco Systems, Inc., et al, C.A. No. 5:07-cv-156-DF-CMC<br><br>Bates Nos. CISCO.000244 - 000250 | ✓ |
| 16 | 10/17/1007 Email from PMCANDREWS@mcandrews-ip.com to Eric M. Albritton<br><br>Bates Nos. EMA 1008 – 1009<br><br>(Mathis Deposition Exhibit No. 16) | ✓ |

| Defendant Exhibit No. | DESCRIPTION | Admitted |
|---|---|---|
| 17 | 01/30/2008 Email from Amie J. Mathis to Eric M. Albritton<br><br>Bates Nos. EMA 1222<br><br>(Mathis Deposition Exhibit No. 17) | ✓ |
| 21 | 10/15/2007 Notice of Electronic Filing<br><br>Bates Nos. CISCO.000088 – 89<br><br>(Mathis Deposition Exhibit No. 21) | ✓ |
| 21A | 10/15/2007 Civil Cover Sheet in ESN, LLC v. Cisco Systems, Inc. et al<br><br>Bates No. CISCO.000090<br><br>(Mathis Deposition Exhibit No. 21) | ✓ |
| 21B | 10/15/1007 Complaint for Patent Infringement in ESN, LLC v. Cisco Systems, Inc., et al<br><br>Bates Nos. CISCO.000091 – 000164<br><br>(Mathis Deposition Exhibit No. 21 | ✓ |
| 21C | 10/15/2007 Civil Docket for Case #5:07-cv-00156-DF-CMC<br><br>Bates Nos. CISCO.000240 – 000241<br><br>(Mathis Deposition Exhibit No. 21) | ✓ |
| 22 | 10/16/2007 Patently O<br><br>Bates Nos. CISCO.000002 – 000087<br><br>(Albritton Deposition Exhibit No. 22) | ✓<br>(with stipulated modifications) |
| 24 | 10/16/2007 Complaint for Patent Infringement, Civil Cover Sheet, and Docket Sheet in ESN LLC v. Cisco Systems, Inc., et al<br><br>Bates Nos. CISCO.000165 – 000239 and CISCO.000242 – 000243<br><br>(Mathis Deposition Exhibit No. 24) | ✓ |

| Defendant Exhibit No. | DESCRIPTION | Admitted |
|---|---|---|
| 25 | 10/16/2007 Email from Paul McAndrews to Amie J. Mathis, Eric M. Albritton, Pmcandrews@mcandrewsip.com; twimbiscus@mcandrewsip.com; gmcandrews@mcandresip.com; pwmcandrews@mcandrewsip.com<br><br>Bates Nos. EMA 0941 – 0989<br><br>(Mathis Deposition Exhibit No. 25) | ✓ |
| 26 | 10/16/2007 Email from Eric M. Albritton to T. John Ward, Jr.<br><br>Bates No. EMA 0990<br><br>(Albritton Deposition Exhibit No. 26) | ✓ |
| 28 | 10/17/2007 Email from Johnny Ward to Eric M. Albritton<br><br>Bates No. EMA 0991 - 0992<br><br>(Albritton Deposition Exhibit No. 28) | ✓ |
| 28A | Redlined First amended Complaint for Patent Infringement in ESN, LLC v. Cisco Systems, Inc., et al, C. A. No. 5:07-cv-156-DF-CMC<br><br>Bates Nos. EMA 0993 - 0999 | ✓ |
| 29 | 10/17/2007 Email from Amie J. Mathis to Eric M. Albritton<br><br>Bates No. EMA 1005<br><br>(Mathis Deposition Exhibit No. 29) | ✓ |
| 30 | 10/17/2007 Email from Pete McAndrews to Amie J. Mathis<br><br>Bates Nos. EMA 1006 – 1007<br><br>(McAndrews Deposition Exhibit No. 30) | ✓ |
| 37 | 02/25/2008 Email from Pete McAndrews to Eric M. Albritton<br><br>Bates No. EMA 1363<br><br>(McAndrews Deposition Exhibit No. 37) | ✓ |

| Defendant Exhibit No. | DESCRIPTION | Admitted |
|---|---|---|
| 39 | 03/09/2008 Email from Pete McAndrews to Eric M. Albritton and T. John Ward, Jr.<br><br>Bates No. EMA 1365<br><br>(Albritton Deposition Exhibit No. 39) | ✓ |
| 62 | Information from Albritton Law Firm www.emafirm.com<br><br>Bates Nos. JW.000129 – 000135<br><br>(Albritton Deposition Exhibit No. 62) | ✓ |
| 63 | Information from lawyers.com regarding Albritton Law Firm<br><br>Bates Nos. JW.000136 – 000137 | ✓ |
| 81 | 03/17/2008 Texas Lawyer article entitled Patent Attorneys Sue Cisco systems, Blogger, Alleging Defamation<br><br>Bates Nos. JW.000049 – 000051<br><br>(Maland Deposition Exhibit No. 81) | ✓ |
| 85 | 10/15/2007 Email confirming opening shell case to Amie J. Mathis<br><br>(Maland Deposition Exhibit No. 85) | ✓ |
| 86 | 10/18/2007 Email thread between Shelley Moore and David Maland<br><br>(Maland Deposition Exhibit No. 86) | ✓ |
| 87 | 03/14/2008 Memorandum from David Maland to Ann K. McMillan, Managing Editor, Texas Lawyer and Brenda Jeffreys, Senior Reporter, Texas Lawyer<br><br>(Maland Deposition Exhibit No. 87) | ✓ |

| Defendant Exhibit No. | DESCRIPTION | Admitted |
|---|---|---|
| 93 | 10/03/2008 Email thread between David Provines and the Help Desk (Maland Deposition Exhibit No. 93) | ✓ |
| 94 | 10/03/2008 Email thread between David Provines and the Help Desk (Maland Deposition Exhibit No. 94) | ✓ |
| 96 | 11/15/2006 How to Electronically File a New Case – Texas Eastern District Court (Revised November 15, 2006) (Maland Deposition Exhibit No. 96) | ✓ |
| 99 | Docket Sheet for ESN LLC v. Cisco Systems, Inc. et al as of 10/01/2008 (Maland Deposition Exhibit No. 99) | ✓ |
| 100 | 03/13/2008 Email from Peggy Thompson to David Maland (Maland Deposition Exhibit No. 100) | ✓ |
| 102 | 10/01/2008 System Transactions for 1/1/1970 – 10/1/2008 (Maland Deposition Exhibit No. 102) | ✓ |
| 111 | 10/15/2007 Civil Docket for ESN LLC v. Cisco Systems, Inc. et al (Maland Deposition Exhibit No. 111) | ✓ |

| Defendant Exhibit No. | DESCRIPTION | Admitted |
|---|---|---|
| 114 | 10/15/2007 Email thread between Amie J. Mathis and Rhonda Lafitte<br><br>(Lafitte Deposition Exhibit No. 114) | ✓ |
| 115 | 10/18/2007 Email thread between Shelley Moore and David Maland<br><br>(Moore Deposition Exhibit No. 115) | ✓ |
| 117 | 10/31/2008 printout of Civil Docket for ESN LLC v. Cisco Systems, Inc. et al<br><br>(Wilson Deposition Exhibit No. 117) | ✓ |
| 118 | 10/03/2008 Email thread between David Provines and the Help Desk<br><br>(Provines Deposition Exhibit No. 118) | ✓ |
| 123 | 04/07/2008 Letter to Mark Chandler from George P. McAndrews<br><br>(McAndrews Deposition Exhibit No. 123) | ✓ |
| 124 | 10/15/2007 Email from Peter McAndrews to Eric M. Albritton<br><br>Bates Nos. EMA 0863 – 0864<br><br>(McAndrews Deposition Exhibit No. 124) | ✓ |
| 125 | 10/15/2007 Email from Peter McAndrews to Eric M. Albritton<br><br>Bates No. EMA 0865<br><br>(McAndrews Deposition Exhibit No. 125) | ✓ |

| Defendant Exhibit No. | DESCRIPTION | Admitted |
|---|---|---|
| 127 | 10/17/2007 Email thread between Peter McAndrews and Eric M. Albritton<br><br>Bates Nos. EMA 1010 - 1011<br><br>(McAndrews Deposition Exhibit No. 127) | ✓ |
| 141 | 10/19/2007 Gmail from Michael Smith to Patent Troll<br><br>Bates No. FRENKEL2.000003<br><br>(Smith Deposition Exhibit No. 141) | ✓ |
| 144 | 10/29/2007 Gmail from Michael Smith to Patent Troll<br><br>Bates Nos. FRENKEL2.000008 - 000009 | ✓ |
| 159M | 03/14/2008 Email from Michael C. Smith to John Ward, Jr. and Eric Albritton<br><br>(Smith Deposition Exhibit No. 159M) | ✓<br>with ordered redactions |
| 161 | 10/18/2007 Patent Troll Tracker Article<br><br>(Smith Deposition Exhibit No. 161) | ✓ |
| 162 | 11/07/2007 Patent Troll Tracker<br><br>Bates Nos. FRENKEL.000055 – 000061<br><br>(MSJ Exhibit No. L) | ✓ |
| 163 | 6/29/2008 Texarkana Gazette article entitled "Texarkana, Longview lawyers file lawsuit against California blogger saying he libeled them<br><br>(MSJ Exhibit No. 23) | ✓ |

| Defendant Exhibit No. | DESCRIPTION | Admitted |
|---|---|---|
| 170 | 03/17/2008 Law.com article entitled "Patent Attorneys Sue Cisco and Blogging In-House Lawyer for Defamation"<br><br>Bates Nos. JW.000079 – 000083<br><br>(MSJ Exhibit No. 31) | ✓ |
| 185 | Civil Docket for Case #5:08-cv-00020-DF, ESN LLC v. Cisco Systems, Inc. et al<br><br>Bates Nos. JW3.000044 – 000054 | ✓ |
| 188 | 10/18/2007 Email from Michael Barclay to trolltracker@gmail.com<br>Bates Nos. FRENKEL.000012 - 000016 | ✓ |
| 189 | 10/18/2007 Email from jdslf jfslk to trolltracker@gmail.com<br><br>Bates No. FRENKEL.00002 | ✓ |
| 190 | 10/18/2007 Email from Anonymous to trolltracker@gmail.com<br><br>Bates No. FRENKEL2.000027 | ✓ |
| 191 | 10/17/2007 Email from Anonymous to trolltracker@gmail.com<br>Bates No. FRENKEL.00001 | ✓ |
| 193 | 03/12/2008 Patently O article entitled "Troll Tracker, Defamation, and Splitting the Bar"<br>Bates JW.000010 – 000024 | ✓ |

| Defendant Exhibit No. | DESCRIPTION | Admitted |
|---|---|---|
| 213 | 03/17/2008 Law.Com article entitled "Patent Attorneys Sue Cisco and Blogging In-House Lawyer for Defamation"<br>Bates Nos. JW.000113 – 000115 | ✓ |
| 219 | 03/13/2008 The Wall Street Journal article entitled "Revealed Patent Blogger, and Employer, Sued for Defamation"<br>Bates Nos. JW.000126 – 000128 | ✓<br>with ordered redactions |
| 227 | Troll Tracker Sitemeter reports<br>Bates Nos. FRENKEL2.000059 – 000072 | ✓ |
| 228 | Articles from the Patent Troll Tracker Blog<br>Bates Nos. FRENKEL2.000150 - 152, FRENKEL2.000212 – 000214, FRENKEL2.000305 – 000311, FRENKEL2.000344 – 000347, FRENKEL2.000348 – 351, FRENKEL2.000368 – 000369. FRENKEL2.000421 – 000422 | ✓<br>with ordered redactions |
| 230 | 03/14/2008 Email from Eric M. Albritton to Amie J. Mathis<br>Bates No. EMA 0856 | ✓ |
| 253 | 03/14/2008 Email from Amie J. Mathis to Eric M. Albritton<br>Bates No. EMA 1396 – 1397 | ✓ |