Albritton v. Cisco Systems, Inc. et al

1

PLAINTIFF'S AMENDED TRIAL EXHIBIT LIST

| Pltf. No. | Description of Exhibit |
|---|---|
| 1. | November 1, 2007 letter to Eric Albritton from Garret Chambers memorializing agreement between Cisco Systems, Iinc. And Cisco-Linksys, LLC and ESN |
| 10. | Civil Cover Sheet; Cause No. 5:07cv156; ESN v. Cisco Systems, Inc. and Cisco-Linksys, LLC with 10/15/2007 banner |
| 11. | Complaint for Patent Infringement; ESN v. Cisco Systems, Inc. and Cisco-Linksys, LLC; EDTX No. 5:07cv156 with 10/15/07 banner |
| 15. | Ex. C, (DE #3) in the ESN v. Cisco Systems, Inc. and Cisco-Linksys, LLC; EDTX No. 5:07cv156 matter |
| 16. | Ex. D, (DE #3) in the ESN v. Cisco Systems, Inc. and Cisco-Linksys, LLC; EDTX No. 5:07cv156 matter |
| 17. | First Amended Complaint (DE #3) filed in the ESN v. Cisco Systems, Inc. and Cisco-Linksys, LLC; EDTX No. 5:07cv156 matter |
| 20. | DE #6 – Plaintiff's Motion to Enjoin Defendants Cisco and Linksys From Prosecuting Later-Filed Parallel Litigation in Connecticut filed in the ESN v. Cisco Systems, Inc. and Cisco-Linksys, LLC; EDTX No. 5:07cv156 matter |

Dockets.Justia.com

Doc. 309

| Pltf. No. | Description of Exhibit |
|---|---|
| 26. | DE #12 – Stipulation of Dismissal Without Prejudice filed in the ESN v. Cisco Systems, Inc. and Cisco-Linksys, LLC; EDTX No. 5:07cv156 matter |
| 27. | Order of Dismissal Without Prejudice filed in the ESN v. Cisco Systems, Inc. and Cisco-Linksys, LLC; EDTX No. 5:07cv156 matter on November 19, 2007 |
| 28. | 10/15/2007 Civil Cover Sheet re: ESN v. Cisco Systems, Inc. and Cisco-Linksys, LLC |
| 31. | Complaint for Patent Infringement re: ESN v. Cisco Systems, Inc. and Cisco-Linksys, LLC; EDTX No. 5:07cv156 |
| 32. | Notice of Electronic Filing of ESN v. Cisco Systems, Inc. and Cisco-Linksys, LLC; EDTX No. 5:07cv156, Complaint entered on 10/16/07 and filed on 10/15/07 |
| 36. | Draft of First Amended Complaint for Patent Infringement re: the ESN v. Cisco Systems, Inc. and Cisco-Linksys, LLC; EDTX No. 5:07cv156 matter |
| 37. | First Amended Complaint for Patent Infringement re: the ESN v. Cisco Systems, Inc. and Cisco-Linksys, LLC; EDTX No. 5:07cv156 matter |
| 38. | Notice of Electronic Filing of Amended Complaint (DE #3) entered in the ESN v. Cisco Systems, Inc. and Cisco-Linksys, LLC; EDTX No. 5:07cv156 matter |
| 41. | Complaint for Patent Infringement filed in the ESN v. Cisco Systems, Inc. and Cisco-Linksys, LLC; EDTX No. 5:07cv156 matter with 10/16/2007 banner |
| 47. | Plaintiff's Motion to Enjoin Defendants Cisco and Linksys From Prosecuting Later-Filed Parallel Litigation in Connecticut re: ESN v. Cisco Systems, Inc. and Cisco-Linksys, LLC; EDTX No. 5:07cv156 |
| 48. | Stipulation of Dismissal Without Prejudice re: ESN v. Cisco Systems, Inc. and Cisco-Linksys, LLC; EDTX No. 5:07cv156 |
| 51. | Summons (Cisco Systems, Inc.) re: ESN v. Cisco Systems, Inc. and Cisco-Linksys, LLC; EDTX No. 5:07cv156 (issued 10/17/07) |
| 63. | Notice of Filing Complaint re: ESN v. Cisco Systems, Inc. and Cisco-Linksys, LLC; EDTX No. 5:07cv156 |
| 64. | System Transactions 1/1/1980-3/13/2008 re: ESN v. Cisco Systems, Inc. and Cisco-Linksys, LLC; EDTX No. 5:07cv156 |

| Pltf. No. | Description of Exhibit |
|---|---|
| 67. | October 12, 2007 e-mail from Eric Albritton to Mathis re:calendar filing at 12:01 am |
| 68. | October 15, 2007 e-mail from Pete McAndrews to Albritton, et al re:draft of complaint |
| 76. | October 15, 2007 e-mail from Mathis to McAndrews re: pro hac application and sending copy of complaint after it is filed at 12:01 |
| 77. | Notice of Filing Complaint re: ESN v. Cisco Systems, Inc. and Cisco-Linksys, LLC; EDTX No. 5:07cv156 |
| 78. | October 16, 2007 e-mail from Mathis to McAndrews re: Notice of Filing Complaint re: ESN v. Cisco Systems, Inc. and Cisco-Linksys, LLC; EDTX No. 5:07cv156 |
| 79. | October 15, 2007 e-mail from McAndrews to Mathis re: Notice of Filing Complaint re: ESN v. Cisco Systems, Inc. and Cisco-Linksys, LLC; EDTX No. 5:07cv156 |
| 80. | October 16, 2007 e-mail from McAndrews to Mathis, et al re: '519 Patent |
| 81. | October 16, 2007 – Patent No. 7,283,519 B2 |
| 82. | October 16, 2007 e-mail from Albritton to Ward re: whether to file amended complaint attaching patent |
| 83. | October 17, 2007 e-mail from Ward to Albritton re: whether to file amended complaint attaching patent |
| 90. | October 18, 2007 e-mail from Saunders to Albritton re: ESN Convinces EDTX Court Clerk to Alter Documents to Try to Manufacture Subject Matter Jurisdiction Where None Existed |
| 93. | October 16, 2007 – Complaint for Patent Infringement (with Notice of Filing) re: ESN v. Cisco; USDC Texas; No. 5:07-CV-156 |
| 147. | March 17, 2008 email from Texas Lawyer to Eric Albritton re: Daily News and Case Alert: March 17, 2008 |
| 149. | April 7, 2008 Letter to Mark Chandler from George McAndrews |

| Pltf. No. | Description of Exhibit |
|---|---|
| 150. | April 11, 2008 Letter to George McAndrews from Charles Babcock |
| 151. | October 15, 2007 email from Amie J. Mathis to newcasetxk@txedcourts.gov re: List of Parties and Civil Coversheet |
| 153. | October 16, 2007 email from Amie J. Mathis to Peter McAndrews re: Complaint |
| 157. | October 17, 2007 email from Amie J. Mathis to Rhonda Lafitte re: Summons for Cisco |
| 164. | March 9, 2008 email from Amie J. Mathis to T. John Ward, Jr. re: Notice of electronic filing |
| 179. | October 15, 2007 email from Eric Albritton to Amie J. Mathis re: Complaint final |
| 180. | October 15, 2007 email from Rhonda Lafitte to Amie J. Mathis re: List of Parties and Civil Coversheet |
| 181. | October 15, 2007 email from Eric Albritton to Amie J. Mathis re: Complaint exhibit b and exhibit c |
| 182. | October 15, 2007 email from Albritton to Amie J. Mathis re: Complaint Exhibit A |
| 197. | October 18, 2007 Notice of Electronic filing Motion for Miscellaneous Relief |
| 207. | ESN LLC v. Cisco Systems, Inc. Docket Report |
| 208. | October 16, 2007 e-mail from paygovadmin@mail.doc.twai.gov confirming payment of filing fee |
| 209. | 2007 Transaction log of Eric M. Albritton indicting 10/16/07 filing fees |
| 213. | Legal Pad 12/8/08 Post – Cisco: Troll Tracker Had It Right |

| Pltf. No. | Description of Exhibit |
|---|---|
| 214. | Original October 18, 2007 blog "ESN Convinces EDTX Court Clerk to Alter Documents to Try to Manufacture Subject Matter Jurisdiction Where None Existed" |
| 216. | Eastern District of Texas Local Rules as of February 12, 2007 |
| 217. | Federal Rule of Civil Procedure 4 |
| 224. | Docket of the *EchoStar Technologies Corporation v. TiVo Inc., et al*; EDTX No. 5:05cv81 matter |
| 225. | |
| 226. | Texas Penal Code (Ex. 37 to Pltf's Corrected Response to Defendants' Motion for Summary Judgment) |
| 233. | Richard Frenkel's Application to Appear Pro Hac Vice *in EchoStar Technologies Corporation v. TiVo Inc., et al*; EDTX No. 5:05cv81 |

| Pltf. No. | Description of Exhibit |
|---|---|
| 242. | October 22, 2007 e-mail from Kurt Pankratz to Jillian Powell re ESN original complaint |
| 245. | October 17, 2007 e-mail from Rick Frenkel to Beckwith, Yen, Ritter, Michels, Showalter, Pankrazt and Corcoran |
| 246. | |
| 247. | |
| 249. | October 18, 2007 e-mail from Kurt Pankratz to Frenkel, Showalter, Beckwith, Michels, Yen and Ritter re original complaint - version 2 |
| 250. | October 18, 2007 e-mail from Rick Frenkel to John Noh and Mallun Yen |
| 251. | Original October 18, 2007 blog "ESN Convinces EDTX Court Clerk to Alter Documents to Try to Manufacture Subject Matter Jurisdiction Where None Existed" |
| 254. | Complaint for Patent Infringement and Civil Cover Sheet in the matter of *ESN v. Cisco Systems, Inc.;* EDTX Cause No. 5:07cv156 |
| 255. | Docket Report for the *ESN v. Cisco Systems, Inc.;* EDTX Cause No. 5:07cv156 matter |
| 257. | EDTexweblog.com Post - "They did WHAT with my filing?" |
| 258. | August 26, 2007 e-mail from Patent Troll to John Noh and Mallun Yen |
| 259. | December 11, 2007 e-mail from Rick Frenkel to John Noh |
| 260. | December 10, 2007 e-mail from Rick Frenkel to John Noh |
| 261. | January 25, 2008 e-mail from Rick Frenkel to Mallun Yen |

| Pltf. No. | Description of Exhibit |
|---|---|
| 266. | February 25, 2008 e-mail from Rick Frenkel to Mallun Yen, ip-team |
| 270. | March 4, 2008 e-mail from Rick Frenkel to Mallun Yen |
| 272. | August 26, 2007 e-mail from Patent Troll to John Noh and Mallun Yen |
| 273. | October 18, 2007 e-mail from Mallun Yen to Matthew Tanielian |
| 274. | Cisco Systems, Inc. Internet Postings Policy (Created March 2007) (Ex. 27 to Mark Chandler Deposition) |
| 278. | October 17, 2007 e-mail from Rick Frenkel to Beckwith, Yen, Ritter, Michels, Showalter, Panktraz and Corcoran re amended ESN complaint |
| 283. | October 22, 2007 e-mail from Kurt Pankratz to Powell re ESN original complaint (with 10/15 banner) |
| 284. | |
| 285. | October 22, 2007 e-mail from Kurt Pankratz to Powell and Schortgen re Kevin Meeks with Johnny Ward when he was making call |
| 286. | October 18, 2008 e-mail from Rick Frenkel to Noh and Yen re lawsuit filed before patent issued |
| 287. | October 15, 2007 e-mail from Rick Frenkel to Pankratz, Showalter, Beckwith, Ritter and Yen re Complaint just put online |
| 288. | October 15, 2007 e-mail from Rick Frenkel to Yen, Beckwith, Ritter and Michels re we were just sued by ESN, LLC |
| 289. | October 22, 2007 e-mail from Marta Beckwith to Reines, Powers, Maroulis, et al re in case you haven't seen this about your DJ case in ESN |
| 291. | October 27, 2007 e-mail from Bart Showalter to Beckwith re Michael in cahoots with Johnny and Eric and was asked to post |

| Pltf. No. | Description of Exhibit |
|---|---|
| 292. | February 25, 2008 e-mail from Marta Beckwith to Bhavsar re Rick still handling his responsibilities at Cisco |
| 294. | November 25, 2007 e-mail from Marta Beckwith to Chambers re EDTx amending local rules |
| 298. | February 25, 2008 e-mail from Mallun Yen to Chandler re closest we came to talking about a topic before it was actually posted |
| 299. | February 25, 2008 e-mail from Mallun Yen to Chandler re want you to be aware of the full facts |
| 300. | October 18, 2007 e-mail from Mark Chandler to Tanielian re Yen calling Dan Webb |
| 301. | October 17, 2007 e-mail from John Corcoran to Frenkel re having way too much fun |
| 302. | October 17, 2007 e-mail from Rick Frenkel to Corcoran re trolls are driving me batty |
| 303. | October 19, 2007 e-mail from Rick Frenkel to Tanielian re fair comparison of patent litigation statistics |
| 304. | February 25, 2008 e-mail from Mallun Yen to Frenkel re content of post was all Frenkel |
| 305. | February 25, 2008 e-mail from Rick Frenkel to Yen re content of post all mine |
| 306. | October 19, 2007 e-mail from Matthew Tanielian to Frenkel and Chandler re fair comparison of patent litigation statistics |
| 307. | |
| 308. | October 18, 2007 e-mail from Pankratz to Frenkel, Pankratz, et al re new version of complaint with revised banner showing 10/16 |
| 312. | October 19, 2007 e-mail from Rich Renfree to Michels, Kubehl, et al re ESN's amended complaint |

| Pltf. No. | Description of Exhibit |
|---|---|
| 318. | October 18, 2007 e-mail from Mallun Yen to Chandler and Noh re clerk changed the docket and all documents to reflect 10/16 |
| 320. | October 17, 2007 e-mail from Kurt Pankratz to Frenkel, Beckwith, et al re ESN amended complaint and patent trademark form |
| 321. | October 18, 2007 e-mail from Mallun Yen to Chandler, Tanielian, et al re court clerk persuaded to change filing date |
| 325. | October 18, 2007 e-mail from Mallun Yen to Noh re new version of complaint with revised banner |
| 326. | October 17, 2007 e-mail from Mallun Yen to Noh re amended complaint |
| a. 3 327a. | October 19, 2007- Email to Rick Frenkel from Michael Smith re: Patent wins at trial stats |
| 328. | October 19, 2007- Blog posted Michael Smith re: Eastern District of Texas Federal Court Practice, They did WHAT with my filing? |
| 330. | October 19, 2007- Email to Rick Frenkel and Dennis Crouch from Michael Barclay re: Docket alteration in ESN v. Cisco |
| 333. | October 18, 2007- Email to Rick Frenkel from Michael Barclay re: Docket alteration in ESN v. Cisco |
| 335. | Revised October 18, 2007 Post |
| 336. | February 23, 2008- Patent Troll Tracker: Blogger Revealed |
| 337. | October 19, 2007 e-mail from Patent Troll to Michael Smith |
| 338. | October 19, 2007- Email to Rick Frenkel from Michael Smith re: Patent win at trial stats |

| Pltf. No. | Description of Exhibit |
|---|---|
| 345. | February 19, 2008 Patent Troll Tracker Blog Post |
| 346. | February 13, 2008 Patent Troll Tracker Blog Post. |
| 348. | January 30, 2008 Patent Troll Tracker Blog Post |
| 349. | Patent Troll Tracker Blog Post |
| 350. | January 22, 2008 Patent Troll Tracker Blog Post |
| 353. | Patent Troll Tracker Blog Post |
| 354. | Troll Tracker Blog Post |
| 355. | Troll Tracker Blog Post |
| 356. | Saturday, October 20, 2007 Troll Tracker Blog Post |
| 357. | Thursday, October 18, 2007 Troll Tracker Blog Post |
| 358. | Wednesday, October 17, 2007 Troll Tracker Blog Post |
| 362. | Troll Tracker Blog Post |
| 364. | Troll Tracker Blog Post |
| 365. | Troll Tracker Blog Post |

| Pltf. No. | Description of Exhibit |
|---|---|
| 368. | March 11, 2008—Article on Legal Pad "Cisco: Nothin' to Say. Except, Don't Blame Us. |
| 369. | March 11, 2008- Article on Forbes.com " Shut up Already!" |
| 370. | trolltracker.blogspot.com invitation page from website |
| 371. | Electronic Case Files CM/ECF User Manual Eastern District of Texas |
| 395. | Ex 2 (E-mail to Mallun Yen, et al., from Rich Fenner, dated October 15, 2007, Cisco Privileged 000027, 1 page ) to Marta Beckwith's November 19, 2008 deposition |
| 404. | Ex 4 (Federal Rules of Civil Procedure Commencement of Action; 1 page) to Mark Chandler's November 18, 2008 deposition |
| 406. | Ex 6 (BusinessWeek article "Busting a Rogue Blogger"; 2 pages) to Mark Chandler's November 18, 2008 deposition |
| 431. | Ex 85 (E-mails, 10/15/07, Amie J. Mathis and Rhonda Lafitte, attached List of Parties and Civil Cover Sheet) to David Maland's November 3, 2008 deposition |
| 432. | Ex 87 (Pages 3 – 11) (E-mail, 3/14/2007 From David Maland to Ann McMillan, Brenda Jeffreys, et al. 3 attachments) to David Maland's November 3, 2008 deposition |
| 433. | Ex 96 (How to Electronically File a New Case in effect 10/07) to David Maland's November 3, 2008 deposition |
| 434. | Ex 98 (Pay.gov receipt 10/16/2007) to David Maland's November 3, 2008 deposition |
| 435. | Ex 101 (Local Rule CV-5 (a) (3) Significance of Electronic Filing) to David Maland's November 3, 2008 deposition |
| 436. | Ex 102 (System Transactions Log 10/1/2008' Fed.R.Civ.P 5(d) (2) (A) CM/ECF User Manual on TXED website pages 22-23; How to Electronically File a New Case as of 10/07) to David Maland's November 3, 2008 deposition |

| Pltf. No. | Description of Exhibit |
|---|---|
| 440. | Ex 106 (Fed.R.Civ.P 5(d) (2) (A) to David Maland's November 3, 2008 deposition |
| 444. | Ex 110 (CM/ECF User Manual on TXED website Pages 22-23) to David Maland's November 3, 2008 deposition |
| 450. | Ex 29 (E-mail, 10/17/2007, from Amie Mathis to Eric M. Albritton) to David Maland's November 3, 2008 deposition (previously marked exhibit) |
| 473. | Ex 1 (Law.com article "Troll Tracker tracked to Cisco IP Team; 2 pages) to John Noh's November 17, 2008 deposition |
| 474. | Ex 2 (IPBIZ article "WSJ on Troll Tracker Frenkel"; 3 pages) to John Noh's November 17, 2008 deposition |
| 477. | |
| 534. | Ex 12 (Email thread dated 3/4/08 from Rick Frenkel "Subject: FW": Nos. CISCO 000390-91) to Mallun Yen's November 17, 2008 deposition |