IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ERIC M. ALBRITTON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | NO. 6:08-CV-00089 |
| (1) CISCO SYSTEMS, INC., (2) RICHARD FRENKEL, (3) MALLUN YEN and (4) JOHN NOH, | § § § | |
| | § | |
| Defendants. | § | |

## *PLAINTIFF'S MOTION TO DISMISS*

*TO THE HONORABLE UNITED STATES DISTRICT JUDGE:*

**COMES NOW, ERIC ALBRITTON,** Plaintiff in the above-captioned and numbered cause, and files this, his Motion to Dismiss, and, in support thereof, would respectfully show unto the Court as follows:

*I.*

As announced in chambers at the conclusion of evidence, the parties have agreed to a confidential settlement of all matters in controversy between them. Consistent with that agreement, Plaintiff and Defendants have now executed the contemplated settlement documents, and payment of the agreed-upon consideration is due within thirty (30) days of the entry of an Order of Dismissal. Each party shall bear its own attorneys' fees and costs of Court.

**WHEREFORE, PREMISES CONSIDERED, ERIC ALBRITTON** respectfully prays for the entry of an Order dismissing this case with prejudice, directing the payment of the agreed-upon consideration within thirty (30) days and taxing all costs of Court against the party incurring same.

Respectfully submitted,

**THE LAW OFFICE OF JAMES HOLMES, P.C.**

By: _____/s/_____
   James A. Holmes
   Texas Bar No. 00784290

635 SOUTH MAIN, SUITE 203
HENDERSON, TX 75654
(903) 657-2800
(903) 657-2855 (fax)
jh@jamesholmeslaw.com

**ATTORNEY FOR PLAINTIFF**



## *CERTIFICATE OF SERVICE*

I hereby certify that a true and correct copy of the foregoing has been forwarded to all counsel of record *via* the electronic filing system of the United States District Court for the Eastern District of Texas on this, the 4th day of November 2009.

                                                              /s/
                                          James A. Holmes