IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ERIC M. ALBRITTON, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | |
| § | NO. 6:08-CV-00089 |
| (1) CISCO SYSTEMS, INC., (2) RICHARD § | |
| FRENKEL, (3) MALLUN YEN and § | |
| (4) JOHN NOH, § | |
| § | |
| Defendants. § | |

## ORDER DISMISSING WITH PREJUDICE

**BE IT REMEMBERED**, that on this, the 5th day of November 2009, came on for consideration the Motion of Eric M. Albritton to dismiss this case with prejudice. The Court, after reviewing the Motion [de #310], is of the opinion that it is well-taken and should be, in all respects, ***GRANTED.***

**IT IS, THEREFORE, ORDERED, ADJUDGED and DECREED** that this case is dismissed with prejudice with each party to bear its own attorneys' fees and costs of Court. Defendants shall deliver the agreed-upon consideration to Mr. Albritton's Counsel within thirty (30) days of the entry of this Order.

**SIGNED this the 5th day of November, 2009.**

_Richard A. Schell_
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE